Gregory M. Saylin (9648)
Cory A. Talbot (11477)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, Utah  84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
catalbot@hollandhart.com
gmsaylin@hollandhart.com

*Attorneys for Defendants Domo, Inc., Joshua G.
James, Bruce Felt, Fraser Bullock, Matthew R.
Cohler, Dana Evan, Mark Gorenberg, Nehal Raj,
and Glenn Solomon*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JARRETT PATTON, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>DOMO, INC., JOSHUA G. JAMES, BRUCE FELT, FRASER BULLOCK, MATTHEW R. COHLER, DANA EVAN, MARK GORENBERG, NEHAL RAJ, and GLENN SOLOMON,<br><br>Defendants. | **ORDER FOR PRO HAC VICE ADMISSION (GREGORY L. WATTS)**<br><br>Case No. 2:19-cv-00781-DAK-EJF<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Evelyn J. Furse |

It appearing to the Court that Petitioner meets the *pro hac vice* admission requirements of

DUCivR 83-1.1(d), the motion for the admission *pro hac vice* of Gregory L. Watts in the United

States District Court for the District of Utah in the subject case is GRANTED.

Dated this _____ day of November, 2019.

**BY THE COURT:**

_____

Judge Dale A. Kimball
Magistrate Judge Evelyn J. Furse

13857284_v1

2