Gregory L. Watts (*pro hac vice*)
Stephanie L. Jensen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
gwatts@wsgr.com
sjensen@wsgr.com

Gregory M. Saylin (9648)
Cory A. Talbot (11477)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City, UT 84101
Telephone:  (801) 799-5800
Facsimile:   (801) 799-5700
gmsaylin@hollandhart.com
catalbot@hollandhart.com

Ignacio E. Salceda (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811
isalceda@wsgr.com

*Attorneys for Defendants*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| EXKAE Ltd., Lead Plaintiff, and MARISA ELLIS, JOHN MARBACH, JARRETT PATTON, and LISA DAVIS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DOMO, INC., JOSHUA G. JAMES, BRUCE FELT, FRASER BULLOCK, MATTHEW R. COHLER, DANA EVAN, MARK GORENBERG, NEHAL RAJ, and GLENN SOLOMON, <br><br> Defendants. | Case No. 2:19-cv-00781-DAK-DAO <br><br> **DECLARATION OF STEPHANIE L. JENSEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> Honorable Dale A. Kimball <br><br> Magistrate Judge Daphne A. Oberg |

I, Stephanie L. Jensen, declare:

1. I am an attorney duly admitted to practice law in the State of Washington, and admitted *pro hac vice* in the above-referenced case (ECF No. 44).

2. I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati, P.C., and counsel of record for Domo, Inc., ("Domo"), Joshua G. James, Bruce Felt, Fraser Bullock, Matthew R. Cohler, Dana Evan, Mark Gorenberg, Nehal Raj, and Glenn Solomon ("Defendants"). I have personal knowledge of, and if called as a witness would competently testify to, the matters stated herein. This declaration is submitted in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a Chart of Allegedly False or Misleading Statements, created by Defendants to facilitate the Court's review of the Complaint and allegations stated therein.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Domo's amended Registration Statement on Form S-1/A, filed with the Securities and Exchange Commission (the "SEC") on June 18, 2018 and deemed effective on June 28, 2018.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Domo's 2Q20 Earnings Call Transcript, dated September 5, 2019.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Domo's 2Q19 Press Release, filed on Form 8-K with the SEC on September 6, 2018.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Domo's 3Q19 Press Release, filed on Form 8-K with the SEC on December 6, 2018.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Domo's 2Q19 Earnings Call Transcript, dated September 6, 2018.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Domo's 4Q and FY19 Press Release, filed on Form 8-K with the SEC on March 13, 2019.

10. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of Domo's 3Q19 Earnings Call Transcript, dated December 6, 2018.

11. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Domo's 1Q20 Press Release, filed on Form 8-K with the SEC on June 6, 2019.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of Domo's 4Q19 Earnings Call Transcript, dated March 13, 2019.

13. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of Domo's 1Q20 Earnings Call Transcript, dated June 6, 2019.

14. Attached hereto as **Exhibit 12** is a true and correct copy of Google LLC's Press Release, dated June 6, 2019.

15. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Domo's 2Q20 Press Release, filed on Form 8-K with the SEC on September 5, 2019.

16. Attached hereto as **Exhibit 14** is a true and correct copy of Salesforce.com, Inc.'s Press Release, filed on Form 8-K with the SEC on June 10, 2019.

17. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of Domo's FY20 Form 10-K, filed with the SEC on April 13, 2020.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of Domo's 2Q19 Form 10-Q, filed with the SEC on September 13, 2018.

19. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of Domo's 3Q19 Form 10-Q, filed with the SEC on December 13, 2018.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of Domo's 1Q20 Form 10-Q, filed with the SEC on June 13, 2019.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Cle Elum, Washington, on this 9th day of July, 2020.

*/s/ Stephanie L. Jensen*
Stephanie L. Jensen *(pro hac vice)*
(Signed copy of document bearing signature of Stephanie L. Jensen is being maintained in the office of the Filing Attorney)

*/s/ Gregory L. Watts (Filing Attorney)*
Gregory L. Watts *(pro hac vice)*

3