# EXHIBIT 1

**CHART OF ALLEGEDLY FALSE AND MISLEADING STATEMENTS**
**FROM THE AMENDED CLASS ACTION COMPLAINT***

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 1. | 56 | Registration Statement | Company | 6/29/2018 | For Domo's fiscal year ended January 31, 2018, the Offering Documents noted that Domo's total number of customers increased from 1,199 in fiscal 2017 to 1,521 in fiscal 2018, and that billings had increased from $92.41 million in fiscal 2017 to $129.54 million in fiscal 2018. |
| 2. | 57 | Registration Statement | Company | 6/29/2018 | The Offering Documents also highlighted the Company's "***Proven Enterprise Readiness***" as one of Domo's competitive strengths. |
| 3. | 57 | Registration Statement | Company | 6/29/2018 | Domo "ha[d] invested significantly to broaden [its] platform capabilities and enhance security and scalability requirements for the enterprise." |
| 4. | 57 | Registration Statement | Company | 6/29/2018 | Domo's "enterprise customer base has grown from 36 as of January 31, 2014, to 385 as of April 30, 2018, representing a compound annual growth rate, or CAGR, of 75%," that the Company's "customer base includes 36% of the 2017 Fortune 50 as of the date of this prospectus[.]" |
| 5. | 57 | Registration Statement | Company | 6/29/2018 | [T]he Company was "investing in [its] field sales team to further increase [its] focus on attracting new enterprise customers and expanding [its] footprint within [its] current enterprise customers." |
| 6. | 58 | Registration Statement | Company | 6/29/2018 | "We believe that our ability to expand our customer base is an important indicator of market penetration, the growth of our business, and future business opportunities." |

*The information in this chart is based on Plaintiffs' quotations and descriptions as stated in their Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"). Purportedly quoted language from Defendants are presented in quotations, while Plaintiffs' characterizations are presented without quotations.

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 7. | 58 | Registration Statement | Company | 6/29/2018 | "We define a customer at the end of any particular quarter as an entity that generated revenue greater than $2,500 during that quarter . . . . In addition to our increase in total customers, as of April 30, 2018, we had 385 enterprise customers, representing a compound annual growth rate of 75% from January 31, 2014. For the years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, no single customer accounted for more than 10% of our total revenue, nor did any single organization when accounting for multiple subsidiaries or divisions which may have been invoiced separately." |
| 8. | 59 | Registration Statement | Company | 6/29/2018 | "[B]illings represent [the Company's] total revenue plus the change in deferred revenue in a period," and that "[b]illings reflect sales to new customers plus subscription renewals and upsells to existing customers, and represent amounts invoiced for subscription, support and professional services." |
| 9. | 59 | Registration Statement | Company | 6/29/2018 | Domo "typically invoice[s] customers in advance in annual installments for subscriptions to [its] platform," and generally warned that "[b]ecause [the Company] generate[s] most of [its] revenue from customers who are invoiced on an annual basis and have a wide range of annual contract values, [the Company] may experience variability due to typical enterprise buying patterns and timing of large renewals." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 10. | 60 | Registration Statement | Company | 6/29/2018 | "As of April 30, 2018, we had more than 1,500 organizations as customers, including 385 customers with more than $1 billion in revenue, which we refer to as enterprise customers. For the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, our enterprise customers accounted for 47%, 46%, 46% and 46% of our revenue for such periods, respectively. We employ a land-and-expand business model and typically enter into enterprises within a specific division or for a specific use case. As our users see the value of our platform [. . . ], we expand our footprint within the enterprise . . . . As of January 31, 2018, for the cohort of enterprise customers that licensed our product in the fiscal year ended January 31 2015, the current annual contract value, or ACV, was 186% of the original license value, compared to 129% and 160% for the cohorts of enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively . . . ." |
| 11. | 61 | Registration Statement | Company | 6/29/2018 | "[F]rom the beginning, we targeted CEOs as a key user of our platform. That concept has fundamentally influenced every aspect of the Domo platform from architecture to user experience." |
| 12. | 62 | Registration Statement | Company | 6/29/2018 | "[I]n the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, [Domo] derived 86%, 82%, 83% and 79%, respectively, of [its] revenue from customers with billing addresses in the United States; however, [Defendants] are focused on growing [Domo's] international business and will continue to invest in sales operations outside the United States." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 13. | 63 | Registration Statement | Company | 6/29/2018 | Defendants "believe we are extremely well-poised to capitalize on global digital transformation, creating more competitive organizations built on data-centric, connected and collaborative workforces," and that Defendants "ha[d] assembled an experienced management team to execute on this global opportunity." |
| 14. | 64 | Registration Statement | Company | 6/29/2018 | Defendants "have . . . developed go-to-market partnerships with a number of key technology, system integrator and consultant partners . . . internationally to help customers and potential customers validate our solutions and provide introductions to potential customers, and in some cases to resell or provide professional services related to our platform." |
| 15. | 64 | Registration Statement | Company | 6/29/2018 | Defendants "anticipate that we will continue to develop a select number of third-party relationships to help grow our business." |
| 16. | 65 | Registration Statement | Company | 6/29/2018 | "[T]he market for [Domo's] platform is large and underpenetrated, as any organization of any size and in any industry is a potential customer of Domo[.]" |
| 17. | 65 | Registration Statement | Company | 6/29/2018 | [Domo] touted the "substantial opportunity to add additional customers both in the United States and internationally." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 18. | 66 | Registration Statement | Company | 6/29/2018 | *"We are increasingly targeting sales efforts at enterprise customers and the length, cost and uncertainty associated with sales cycles may result in fluctuations in our operating results and our failure to achieve the expectations of investors.* <br><br> We are increasingly targeting sales efforts at enterprise customers, which we define as companies with over $1 billion in revenue, and face long sales cycles, complex customer requirements, substantial upfront sales costs, and a relatively low and difficult to predict volume of sales on a quarter-by-quarter basis . . . . Events may occur . . . that affect the size or timing of a purchase or even cause cancellations, which may lead to greater unpredictability in our business and operating results. Moreover, customers often begin to use our platform on a limited basis with no guarantee that they will expand their use of our platform widely enough across their organization to justify the costs of our sales efforts. We may also face unexpected implementation challenges with enterprise customers or more complicated installations of our platform. [. . . .] <br><br> [. . . .] Our financial performance and the predictability of our quarterly financial results may be harmed by intermittent failures to secure timely or at all the higher value enterprise agreements, or changes in the volume of transactions overall, compared to our forecasts[.] <br><br> Additionally, our quarterly sales cycles are generally more heavily weighted toward the end of the quarter with an increased volume of sales in the last few weeks and days of the quarter. This impacts the timing of recognized revenue and billings, cash collections and delivery of professional services . . . . Compression of sales activity to the end of the quarter also greatly increases the likelihood that sales cycles will extend beyond the quarter in which they are forecasted to close for some sizeable transactions, which will harm forecasting accuracy and adversely impact billings and new customer acquisition metrics for the quarter in which they are forecasted to close."* |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 19. | 70 | 2Q19 Earnings Release | Company | 9/5/2018[1] | [T]he Exchange Act Defendants reported 35% year-over-year growth in total billing. |
| 20. | 70 | 2Q19 Earnings Release | James | 9/5/2018[2] | "The IPO has given us the capital needed to successfully execute our business plan." |
| 21. | 72 | 2Q19 Earnings Call | Felt | 9/7/2018[3] | Felt touted Domo's "accelerating billings" growth, stating that "[b]illings grew 35%, driven by 47% improvement in sales force productivity compared to last quarter." |

---

[1] The 2Q19 Earnings Release was dated September 6, 2018, not September 5.

[2] The 2Q19 Earnings Release was dated September 6, 2018, not September 5.

[3] The 2Q19 Earnings Call was held on September 6, 2018, not September 7.

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 22. | 72 | 2Q19 Earnings Call | James | 9/7/2018 | James . . . stated, "this quarter we saw a 35% year-over-year increase in billings compared to 22% year-over-year last quarter and year-over-year revenue growth of 32% with notable growth in our international business."<br><br>[And] international business is "growing very rapidly," that "everything looks great in terms of the customer bases," and that they'd done "an excellent job at building their business . . . we can count on continued high growth from them."[4] |
| 23. | 72 | 2Q19 Earnings Call | Felt | 9/7/2018 | Felt added that, "because of our focus and investment in our international operations, we saw an 83% growth in our international business, representing 23% of our Q2 revenue." |
| 24. | 73 | 2Q19 Earnings Call | James | 9/7/2018 | James emphasized Domo's "strong performance in . . . enterprise" and "strong enterprise referrals," and representing that they are seeing the "enterprise business grow."<br><br>James . . . stated that, "we've had that success with the big enterprise customers…" and "we have the right strategies with these enterprise customers…"[5] |

---

[4] The transcript shows the statement "an excellent job at building their business . . . we can count on continued high growth from them" was made by Mr. Felt.

[5] The transcript does not reflect the statement "we have the right strategies with these enterprise customers."

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 25. | 73 | 2Q19 Earnings Call | Felt | 9/7/2018 | Felt stated, "we're seeing just the beginning of all the effort that we've put into enterprise sales, enterprise sales management and marketing and marketing focus." |
| 26. | 75 | 2Q19 10-Q | Company (signed by James & Felt) | 9/13/2018 | "[T]his report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report . . ." <br><br> "Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, ***to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities,*** particularly during the period in which this report is being prepared." |
| 27. | 76 | 2Q19 10-Q | Company | 9/13/2018 | Defendants represented that "to encourage wider and more strategic adoptions," the Company was "shifting our sales and marketing activities towards enterprise customers." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 28. | 76 | 2Q19 10-Q | Company | 9/13/2018 | "We also intend to shift marketing spending from broad based initiatives that are better suited to attracting smaller organizations towards enterprise-targeted marketing campaigns and user events that we believe will result in larger initial new customer ACV and more upsell ACV potential.<br><br>***<br><br>Historically, we have made significant investments in research and development to build our platform and to offer enterprise customers the features and functionality that they require.<br><br>***<br><br>We are increasingly targeting sales efforts at enterprise customers." |
| 29. | 77 | 2Q19 10-Q | Company | 9/13/2018 | The 2Q 2019 10-Q contained the same ineffective boilerplate warnings as Domo's previous filings, which did nothing to alert investors to current and specific risks to Domo's enterprise business. |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 30. | 78 | 2Q19 10-Q | Company | 9/13/2018 | "Revenue from customers with billing addresses in the United States comprised 83% and 77% or our total revenue for the three months ended July 31, 2017 and 2018, respectively, and 83% and 78% of our total revenue for the six months ended July 31, 2017 and 2018, respectively; however, we are focused on growing our international business and will continue to invest in sales operations outside the United States.<br><br>***<br><br>***Our long-term growth depends in part on being able to expand internationally on a profitable basis.***<br><br>***<br><br>We expect to use the net proceeds from our initial public offering for working capital and other general corporate purposes, which we currently expect will include continued investment in developing technology to support our growth, increased investment in our sales team and marketing activities, as well as overall growth in our international operations." |
| 31. | 79 | 2Q19 10-Q | Company | 9/13/2018 | Defendants continued to identify billings as a "key business metric[.]" |
| 32. | 81 | 3Q19 8-K Earnings Release | Company | 12/6/2018 | [B]illings were $38.8 million for 29% year over year growth. |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 33. | 81 | 3Q19 8-K Earnings Release | James | 12/6/2018 | "[D]emand for our products and services continues to grow as ***enterprises*** around the globe embrace digital transformation and ***push our products deeper into their business processes***. We have a very large multi-billion-dollar market opportunity in front of us." |
| 34. | 82 | 3Q19 Earnings Call | James | 12/6/2018 | "This quarter, we saw a 29% year-over-year increase in billings and year-over-year revenue growth of 30%, led by 34% growth in subscription revenue.<br><br>***<br><br>As the strong billings growth implies, our Q3 sales performance was also healthy across the board, ***with particularly strong performance in our U.S. enterprise business*** and in EMEA." |
| 35. | 83 | 3Q19 Earnings Call | Felt | 12/6/2018 | "We had another strong quarter, billings grew 29% to $38.8 million. We're particularly pleased with the results of North America enterprise as that has been the key area of focus for improvement.<br><br>***<br><br>We are planning for more improvement in Q4 and with a seasonally strong Q4 quarter, we are planning for a 30% sequential increase in billings from Q3 to Q4." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 36. | 85 | 3Q19 10-Q | Company (signed by James & Felt) | 12/13/2018 | "[T]his report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report . . ." <br><br> [T]hey "[d]esigned such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, *to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities,* particularly during the period in which this report is being prepared." |
| 37. | 86 | 3Q19 10-Q | Company | 12/13/2018 | "Given the higher average annual contract value (ACV) and renewal rates we experience with larger customers, we are focused on customers with over $100 million in revenue, *with a particular emphasis on enterprise customers with over $1 billion in revenue.*" |
| 38. | 86 | 3Q19 10-Q | Company | 12/13/2018 | The 3Q 2019 10-Q also reiterated the same misrepresentations regarding Domo's enterprise business and international business as contained in the 2Q 2019 10-Q.  Further, Defendants once again represented billings as a "key business metric." |
| 39. | 87 | 3Q19 10-Q | Company | 12/13/2018 | "Revenue from customers with billing addresses in the United States comprised 82% and 77% or our total revenue for the three months ended October 31, 2017 and 2018, respectively, and 83% and 77% of our total revenue for the nine months ended October 31, 2017 and 2018, respectively. We are focused on growing our international business and will continue to invest in sales operations outside the United States." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 40. | 89 | 4Q19 Earnings call | James | 3/13/2019 | "We saw a 26% increase year-over-year in billings in Q4 and a year-over-year revenue growth of 31%.<br><br>***<br><br>As part of our enterprise focus, we've also asked our corporate business to focus on larger and larger companies and we found quite a bit of success there. We experienced a 62% increase in business from customers between $250 million and $1 billion in revenue this quarter compared to the same quarter last year. A big part of our corporate business to me is enterprise-like in terms of the size of new deals, upsells, and renewals that we're seeing.<br><br>***<br><br>And all the moves that we're making to improve our go-to-market in favor of enterprise are benefiting our corporate business."[6] |

---

[6] The transcript reflects that the last sentence was made by Mr. Felt.

-13-

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 41. | 90 | 4Q19 Earnings call | Felt | 3/13/2019 | "Billings grew 26% to $57.2 million.<br><br>***<br><br>Our international operations continued to drive outsized growth and our EMEA business more than doubled its billings from last year's Q4.  Our North American enterprise business exceeded expectations as well.<br><br>***<br><br>we plan to generate $198 million of total billings in fiscal 2020. We expect $40 million to $41 million of billings to be generated in Q1.<br><br>***<br><br>International represented 23% of revenue.<br><br>***<br><br>So, on the billings guidance, to be clear, we're guiding $198 million in billings for the year and $40 million to $41 million in Q1." |
| 42. | 92 | 2019 10-K | Company | 4/15/2019 | For fiscal 2019, [Domo] reported billings of $165.41 million, compared to billings of $129.54 million in fiscal 2018, and billings of $92.41 million in fiscal 2017. |
| 43. | 93 | 2019 10-K | Company | 4/15/2019 | With respect to billings in the 2019 10-K's "Key Business Metric" section, the 2019 10-K reiterated statements contained in the Offering Documents. |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 44. | 94 | 2019 10-K | Company | 4/15/2019 | **"Quarterly Billing Trends"**<br><br>"[t]he increase in billings during the three months ended January 31, 2018 and 2019 is primarily from seasonality due to the buying patterns of our larger customers and the higher concentration of customers renewing their subscriptions in our fiscal fourth quarter," nonetheless touted an overall quarterly billing trend showing "improvement in billings . . . ***due to the acquisition of additional customers and sales of larger subscription contracts to existing customers, which are attributable to [Domo's] continued focus on selling to larger enterprise customers***" (emphasis added). |
| 45. | 94 | 2019 10-K | Company | 4/15/2019 | This billings trend was shown as follows (all figures in thousands):<br><br>April 30, 2017: $27,663<br>July 31, 2017: $26,464<br>Oct 31, 2017: $30,015<br>Jan. 31, 2018: $45,402<br>Apr. 30, 2018: $33,714<br>July 31, 2018: $35,664<br>Oct. 31, 2018: $38,791<br>Jan. 31, 2019: $57,241 |
| 46. | 95 | 2019 10-K | Company | 4/15/2019 | [T]he 2019 10-K contained the same generic, boilerplate representations as the Offering Documents. |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 47. | 96 | 2019 10-K | Company | 4/15/2019 | "[R]evenue from customers with billing addresses in the United States comprised 86%, 82% and 77% of [Domo's] total revenue for the years ended January 31, 2017, 2018 and 2019, respectively" and continued to assure investors that the Company was "focused on growing [its] international business and will continue to invest in sales operations outside the United States." |
| 48. | 97 | 2019 10-K | Company (signed by James & Felt) | 4/15/2019 | "[T]he [2019 10-K] fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934," and that "the information contained in the [2019 10-K] fairly presents, in all material respects, the financial condition and results of operations of the Company." They also represented that disclosure controls and procedures were in place "to ensure that material information [r]elating to [Domo] is made known to us…" |
| 49. | 99 | 1Q20 8-K | Company | 6/6/2019 | [B]illings were $41.1 million or 22% year over year growth. |
| 50. | 99 | 1Q20 8-K | James | 6/6/2019 | "I'm continually impressed how our customers, *some of which are the world's biggest corporations,* are transforming their businesses by using our platform with our rapidly expanding portfolio of *enterprise applications* and advanced data offerings." |
| 51. | 100 | 1Q20 Earnings call | James | 6/6/2019 | "In Q1, we saw 28% year-over-year growth in revenue and 22% year-over-year growth in billings.<br><br>***<br><br>Enterprise revenue grew 33% year-over-year, an acceleration from Q4." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 52. | 101 | 1Q20 Earnings call | Felt | 6/6/2019 | ". . . we're executing well against our plan, billings grew 22% to $41.1 million.<br><br>***<br><br>International revenue represented 26% of total revenue, up from 22% in Q4." |
| 53. | 103 | 1Q20 10-Q | Company (signed by James & Felt) | 6/13/2019 | "[T]his report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report . . ."<br><br>"Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, *to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities,* particularly during the period in which this report is being prepared." |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 54. | 104 | 1Q20 10-Q | Company | 6/13/2019 | "Given the higher average annual contract value (ACV) and renewal rates we experience with larger customers, we are focused on customers with over $100 million in revenue, with a particular emphasis on enterprise customers with over $1 billion in revenue.<br><br>We had total revenue of $31.9 million and $40.8 million for the three months ended April 30, 2018 and 2019, respectively, reflecting a year-over-year increase of 28%. ***Our enterprise customers were a key driver of revenue growth,*** with revenue of $14.6 million and $19.4 million for the three months ended April 30, 2018 and 2019, respectively, or 33% year-over-year growth."<br><br>[Defendants] were "focusing our sales and marketing activities towards enterprise customers." |
| 55. | 105 | 1Q20 10-Q | Company | 6/13/2019 | [T]he Exchange Act Defendants reiterated the same generic boilerplate warnings contained in the Company's prior filings. |
| 56. | 106 | 1Q20 10-Q | Company | 6/13/2019 | Defendants . . . identified billings as Domo's "key business metric." |
| 57. | 106 | 1Q20 10-Q | Company | 6/13/2019 | [B]illings for the three months ended April 30, 2019 came to $41,065,000 as compared to $33,714,000 for same period in 2018. |

| Stmt No. | ¶ | Source | Alleged Speaker | Alleged Date | Allegedly False or Misleading Statement |
|---|---|---|---|---|---|
| 58. | 107 | 1Q20 10-Q | Company | 6/13/2019 | ***"Our long-term growth depends in part on being able to expand internationally on a profitable basis.*** Historically, we have generated a substantial majority of our revenue from customers inside the United States. For example, approximately 79% and 74% of our total revenue for the three months ended April 30, 2018 and 2019, respectively, was derived from sales within the United States. We have begun to expand internationally and plan to continue to expand our international operations as part of our growth strategy.<br><br>***<br><br>As our international sales and operations increase, so too will the number and significance of transactions[.]" |