# EXHIBIT 2

S-1/A 1 domoincs-1a.htm S-1/A

**As filed with the Securities and Exchange Commission on June 18, 2018.**

**Registration No. 333- 225348**

---

# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## AMENDMENT NO. 1 TO
## FORM S-1
### REGISTRATION STATEMENT
### UNDER THE
### SECURITIES ACT OF 1933

---

# DOMO, INC.
### (Exact Name of Registrant as Specified in its Charter)

---

| **Delaware** | **7372** | **27-3687433** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**772 East Utah Valley Drive**
**American Fork, UT 84003**
**(801) 899-1000**

**(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)**

---

**Joshua G. James**
**Founder and Chief Executive Officer**
**772 East Utah Valley Drive**
**American Fork, UT 84003**
**(801) 899-1000**

**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

---

*Copies to:*

| | | |
|---|---|---|
| **Patrick J. Schultheis** | **Daniel Stevenson** | **Richard C. Blake** |
| **Michael Nordtvedt** | **Chief Legal Officer** | **Brooks Stough** |
| **John Brust** | **Domo, Inc.** | **Gunderson Dettmer Stough** |
| **Wilson Sonsini Goodrich & Rosati** | **772 East Utah Valley Drive** | **Villeneuve Franklin & Hachigian, LLP** |
| **Professional Corporation** | **American Fork, UT 84003** | **1200 Seaport Boulevard** |
| **701 Fifth Avenue, Suite 5100** | **(801) 899-1000** | **Redwood City, CA 94063** |
| **Seattle, Washington 98104** | | **(650) 321-2400** |
| **(206) 883-2500** | | |

---

**Approximate date of commencement of proposed sale of the securities to the public:** As soon as practicable after the effective date of this Registration Statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☐ |
| (Do not check if a smaller reporting company) | Emerging growth company ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

### CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities to be Registered | Amount To Be Registered[1] | Proposed Maximum Offering Price Per Share | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| Common B Common Stock, par value $0.001 per share | 10,580,000 | $22.00 | $232,760,000 | $28,979[2] |

(1) Estimated solely for the purpose of calculating the registration fee in accordance with Rule 457(a) under the Securities Act of 1933, as amended. Includes additional shares that the underwriters have the option to purchase.

(2) The Registration previously paid $12,450 of this amount in connection with the prior filings of this registration statement.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the U.S. Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

The information in this preliminary prospectus is not complete and may be changed. These securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell nor does it seek an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

*PROSPECTUS (Subject to Completion)*
*Issued June 18, 2018*

# 9,200,000 *SHARES*



## CLASS B COMMON STOCK

*Domo, Inc. is offering 9,200,000 shares of its Class B common stock. This is our initial public offering and no public market currently exists for our Class B common stock. We anticipate that the initial public offering price will be between $19 and $22 per share.*

*We have applied to list our Class B common stock on The Nasdaq Global Market under the symbol "DOMO."*

*We have two classes of common stock, Class A common stock and Class B common stock. The rights of the holders of Class A common stock and Class B common stock are identical, except for voting and conversion rights. Each share of Class A common stock is entitled to 40 votes per share and is convertible at any time into one share of Class B common stock. Each share of Class B common stock is entitled to one vote per share. Following this offering, all shares of Class A common stock will be held by an entity affiliated with Joshua G. James, our founder, chief executive officer and chairman, who will have voting control over 100% of our Class A common stock, representing 86% of the voting power of our outstanding capital stock. Following this offering, we will be a "controlled company" within the meaning of the corporate governance rules of The Nasdaq Stock Market. See "Management—Controlled Company Exemption."*

*We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012. Investing in our Class B common stock involves risks. See "Risk Factors" beginning on page 16.*

*PRICE $ A SHARE*

|  | Price to Public | Underwriting Discounts and Commissions[1] | Proceeds to Company |
|---|---|---|---|
| Per share | $ | $ | $ |
| Total | $ | $ | $ |

[1] *See the section titled "Underwriters" for a description of the compensation payable to the underwriters.*

*At our request, the underwriters have reserved up to 7.5% of the shares of Class B common stock offered by this prospectus for sale, at the initial public offering price, to certain individuals associated with us. See the section titled "Underwriters—Directed Share Program."*

*We have granted the underwriters an option for a period of 30 days to purchase an additional 1,380,000 shares of our Class B common stock at the initial public offering price less the underwriting discount to cover over-allotments.*

*The Securities and Exchange Commission and state securities regulators have not approved or disapproved these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.*

*The underwriters expect to deliver the shares of Class B common stock to purchasers on          , 2018.*

*MORGAN STANLEY      ALLEN & COMPANY LLC      CREDIT SUISSE      UBS INVESTMENT BANK*

*WILLIAM BLAIR                    JMP SECURITIES                    COWEN*

         *, 2018*

# EVERYONE ON THE SAME PAGE, ALL THE TIME.





**Wide views of your entire business, across all teams, and any program.**

**Conversations that solve business worry, and make your whole team more efficient.**

**Always know how your business is performing, right from your phone.**

# Domo brings together people, data, and systems for a digitally-connected business.

## TABLE OF CONTENTS

| | Page | | Page |
|---|---|---|---|
| PROSPECTUS SUMMARY | 1 | MANAGEMENT | 100 |
| THE OFFERING | 12 | EXECUTIVE COMPENSATION | 107 |
| SUMMARY CONSOLIDATED FINANCIAL AND OTHER DATA | 14 | CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS | 119 |
| RISK FACTORS | 16 | PRINCIPAL STOCKHOLDERS | 122 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND INDUSTRY DATA | 44 | DESCRIPTION OF CAPITAL STOCK | 125 |
| USE OF PROCEEDS | 46 | SHARES ELIGIBLE FOR FUTURE SALE | 131 |
| | | MATERIAL U.S. FEDERAL INCOME TAX CONSIDERATIONS FOR NON-U.S. HOLDERS OF COMMON STOCK | 134 |
| DIVIDEND POLICY | 47 | UNDERWRITERS | 138 |
| CAPITALIZATION | 48 | | |
| DILUTION | 50 | LEGAL MATTERS | 146 |
| SELECTED CONSOLIDATED FINANCIAL AND OTHER DATA | 52 | EXPERTS | 146 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 54 | WHERE YOU CAN FIND ADDITIONAL INFORMATION | 146 |
| BUSINESS | 79 | INDEX TO CONSOLIDATED FINANCIAL STATEMENTS | F-1 |

You should rely only on the information contained in this prospectus and any free writing prospectus prepared by or on behalf of us or to which we have referred you. Neither we nor any of the underwriters have authorized anyone to provide you with information that is different. We are offering to sell shares of our Class B common stock, and seeking offers to buy shares of our Class B common stock, only in jurisdictions where such offers and sales are permitted. The information in this prospectus is accurate only as of the date of this prospectus, regardless of the time of delivery of this prospectus or any sale of our Class B common stock. Our business, financial condition, results of operations and prospects may have changed since that date.

Until and including            , 25 days after the date of this prospectus, all dealers that buy, sell or trade our Class B common stock, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealer's obligation to deliver a prospectus when acting as an underwriter and with respect to unsold allotments or subscriptions.

For investors outside of the United States: neither we nor any of the underwriters have done anything that would permit this offering or possession or distribution of this prospectus in any jurisdiction where action for that purpose is required, other than in the United States. You are required to inform yourselves about and to observe any restrictions relating to this offering and the distribution of this prospectus.

We use Domo, the Domo logo, Domopalooza, Mr. Roboto, Buzz and other marks as trademarks in the United States and other countries. This prospectus contains references to our trademarks and service marks and to those belonging to other entities. Solely for convenience, trademarks and trade names referred to in this prospectus, including logos, artwork and other visual displays, may appear without the ® or TM symbols, but such references are not intended to indicate in any way that we will not assert, to the fullest extent under applicable law, our rights or the rights of the applicable licensor to these trademarks and trade names. We do not intend our use or display of other entities' trade names, trademarks or service marks to imply a relationship with, or endorsement or sponsorship of us by, any other entity.

## PROSPECTUS SUMMARY

*This summary highlights information contained elsewhere in this prospectus. This summary does not contain all of the information you should consider before investing in our Class B common stock. Before you decide to invest in our Class B common stock, you should read the entire prospectus carefully, including the section entitled "Risk Factors" and the consolidated financial statements and related notes included elsewhere in this prospectus. In this prospectus, unless otherwise stated or the context otherwise indicates, references to "Domo," "we," "us," "our" and similar references refer to Domo, Inc. and its subsidiaries taken as a whole.*

## DOMO, INC.

### Overview

Domo is an operating system that powers a business, enabling all employees to access real-time data and insights and take action from their smartphone. We believe digitally connected companies will increasingly be best positioned to manage their business by leveraging artificial intelligence, machine learning, correlations, alerts and indices. We bring massive amounts of data from all departments of a business together to empower employees with real-time data insights, accessible on any device, that invite action. Accordingly, Domo enables CEOs to manage their entire company from their phone, including one Fortune 50 CEO who logs into Domo almost every day and over 10 times on some days. This is possible because Domo digitally connects all the people, data and systems in an organization.

A digitally connected organization maximizes the contributions of its employees and harnesses the power of both its quantitative and qualitative data. Data is the lifeblood of every application, system and performance measure in a company and constitutes the substantive part of most communications. When data is digitally connected from every source, resides in one place and is accessible to every single worker in real time, from any device, the platform that serves up the data and makes it available for everyone to use acts like an operating system for a company.

Domo digitally connects data from across the organization and makes it useful for everyone. Through Domo's platform, data from across the business is collected, stored, prepared, organized, analyzed, visualized, and shared. Algorithms and machine learning are applied to the data that allow alerts to be triggered and actions invited. Users can receive these notifications on any device and immediately act on the invitation, after which the system can write back to the original system of record. Because Domo can digitally connect any organization and empower each of its employees, we believe our market potential is every working person with a mobile device.

Our founder, chief executive officer and chairman, Josh James, previously started Omniture, the online marketing cloud company that became Adobe Marketing Cloud. He understood that real-time data powering the marketing cloud improved how online marketers ran their business, and he identified an opportunity to create and apply that same transformational paradigm across businesses more broadly and not for just one department. This insight served as the impetus for Domo, the platform for digitally connecting a company and enabling data-driven decision making, not just for one department or one person, but for an entire company.

Because we leverage the power of the cloud, our platform can process extremely large volumes of quantitative and qualitative data while maintaining high performance levels. On a typical business day, our customers in the aggregate typically query between 100 to 200 trillion rows from uncached queries. Even with this volume of data, we maintain a subsecond average query response time. In aggregate, the data in Domo can be indexed anonymously.

From the beginning, we targeted CEOs as a key user of our platform. That concept has fundamentally influenced every aspect of the Domo platform from architecture to user experience. We made significant investments over the past seven years to build an enterprise-grade platform that serves as the operating system that powers a digitally connected business. In many ways, building Domo was like building seven start-ups in one. We built connectors to connect real-time to all of the data within a company and bring all that data into a warehouse and developed a data engine that is able to manage up to trillions of rows of data. We built visualization tools that enable our users to explore the data on any device and enable them to collaborate on the data in real time. We built our artificial intelligence and machine learning engine that is able to find correlations within the data and invites users to action. To enable our users to develop the applications they wanted on top of this platform, we built an app store with pre-built applications as well as the tools for users to build their own applications. That's why Domo is more than just a business intelligence, data warehouse, data discovery, analytics, collaboration, dashboarding, visualization or reporting tool. These tools and technologies are typically provided by separate vendors today. Domo combines all of them in a single platform with the following:

1

- **Connectors**: Domo offers more than 500 powerful, first-class connectors, also known as DomoBots, which we define as read/write, API and standards based connectors that are available in the Domo Appstore, as well as a library of very flexible universal connectors that currently power over one hundred thousand Domo datasets, enabling all users, regardless of technical ability, to connect to data across a broad range of sources and facilitate initiation of business processes. These DomoBots enable data to be continuously synchronized in real time, fostering visibility and interoperability across a broad range of data sources.

- **Data Warehouse**: Our data warehouse, Adrenaline, stores massive amounts of data from across the business, organizes that data across many factors or variables and employs a massive number of processors to query that data in parallel, enabling employees across the organization to simultaneously access the same data for their various needs with subsecond response times on average.

- **Domo ETL**: Fusion is our data transformation engine that sorts customer data, making it possible for any dataset connected to Domo to be cleansed, combined and prepared for use leveraging Magic ETL, Data Flows and hygiene algorithms.

- **Data Analysis and Visualization**: Our Explorer analytics suite allows users to analyze, display, share and interact with data through pixel-perfect visualizations. Explorer is a data discovery tool that seamlessly works on mobile as well as on wall monitors in executive offices or manufacturing facility floors.

- **Collaboration**: Buzz is our standalone collaboration and productivity suite that integrates seamlessly with Domo's other features. Chat, sharing, organizational charts, profiles, and project management all help foster an engaged and curious workforce, so that anyone in an organization can participate in improving the business.

- **Artificial Intelligence Algorithms**: Domo's Mr. Roboto leverages machine learning algorithms, predictive analytics, and other artificial intelligence technologies to create alerts, detect anomalies, optimize queries, and suggest areas of interest to help people focus on what matters most. Mr. Roboto constantly scans incoming data to identify trends, anomalies and correlations, providing alerts and initiating business processes.

- **Partner Ecosystem**: With the Domo Appstore, APIs and developer tool kits, Domo enables an ecosystem of partners to quickly build applications on the platform. We believe this will be a meaningful source of future lead generation as application creation investment thresholds are high.

Our multi-tenant architecture allows all users to have access to the same version at the same time on any device, with all updates and functionality deployed to our entire customer base. This enables organizations to use Domo for complex analytics processing that cannot be done in spreadsheets or traditional business intelligence, data discovery, data analytics or data visualizations tools.

As of April 30, 2018, we had more than 1,500 organizations as customers, including 385 customers with more than $1 billion in revenue, which we refer to as enterprise customers. For the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, our enterprise customers accounted for 47%, 46%, 46% and 46% of our revenue for such periods, respectively. We employ a land-and-expand business model and typically enter into enterprises within a specific division or for a specific use case. As our users see the value of our platform and user engagement increases, we expand our footprint within the enterprise. As of January 31, 2018, our 20 largest customers as measured by annualized recurring revenue, had increased their investment in our platform by approximately nine times compared to their initial subscription. These 20 customers comprise both enterprise and non-enterprise customers and contributed 14% of our revenue for the fiscal year ended January 31, 2018. As of January 31, 2018, for the cohort of enterprise customers that licensed our product in the fiscal year ended January 31, 2015, the current annual contract value, or ACV, was 186% of the original license value, compared to 129% and 160% for the cohorts of enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively. For the cohort of non-enterprise customers that licensed our product in the fiscal year ended January 31, 2015, the current ACV as of January 31, 2018 was 59% of the original license value, compared to 86% and 111% for the cohorts of non-enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively. ACV represents the total annual contract value of subscriptions to our platform exclusive of professional services and one-time revenue generating events and after giving effect to the impact of cancellations. In addition, over the fiscal year ended January 31, 2018, our subscription net revenue retention rate, which compares the subscription revenue generated from a cohort of customers that generated subscription revenue at the beginning of the same period in consecutive fiscal years (excluding customers from the cohort who canceled during the initial period), was over 100%, 115% and 95% for all customers, enterprise customers and non-enterprise customers, respectively. For the three months ended April 30, 2018, our subscription net revenue retention rates were 105%, 115% and 98% for all customers, enterprise customers and non-enterprise customers, respectively, compared to 101%,

2

108% and 95% for the three months ended April 30, 2017. We believe we are extremely well-poised to capitalize on global digital transformation, creating more competitive organizations built on data-centric, connected and collaborative workforces. We have assembled an experienced management team to execute on this global opportunity.

As of January 31, 2018, approximately 1,500 of our users in the preceding 90 days were C-level executives, of which over 400 were CEOs. The real power of our platform, however, lies in enabling every type of employee to connect to, analyze, and leverage data. Traditional tools do not address the needs of many of today's employees who depend on IT to implement numerous systems to capture, store, view, and analyze data and business analysts with technical expertise to run queries to extract data and configure and run reports. Business decision makers can view these reports, but they cannot create them on their own, or customize for their specific use, without involving business analysts. With Domo, employees without technical expertise can use all of the features of our platform without involving a business analyst. The intuitive use of our platform enables users to spend less time gathering and iterating data, preparing reports, and attending meetings to discuss results and more time acting upon the results of the data. Additionally, as employees customize our platform for their own specific use cases, they become better at using data to do their jobs. When everyone can use data, the value that it provides to an organization increases significantly, and everyone is equipped with a common set of facts to communicate across all levels of an organization.

Users currently deploy our platform in the following ways:

- With Domo, line workers and executives at a bread products manufacturer are able to identify any problems in the production process in seconds, rather than the traditional timeline of a month, allowing them to make adjustments to minimize wasted product and to maintain customer satisfaction.

- A Fortune 50 retailer uses Domo to combine billions of rows of data and deliver insights that everyone from senior leaders to merchandisers can use to understand in-store performance and optimize processes across corporate functions. Domo combines the retailer's market data like sales by category, weather data and industry trends to provide insights it needs to make adjustments to assortment, staffing or inventory impacting more than 1,800 stores.

- American Metalcraft engages its warehouse employees to improve customer service. Using Domo on top of its warehouse management software, each warehouse employee has real-time visibility into how he/she is impacting order-to-ship rates. As a result of this data transparency, shipping times have improved from three to four days after an order was received to same-day shipping.

- Goodwill of Central & Southern Indiana, with more than 70 brick-and-mortar retail locations, an e-commerce fulfillment facility, a manufacturing operation, and a variety of education and employment services, empowers its leadership to understand and demonstrate to key stakeholders, including its funders, the value it delivers to the community through visibility into retail production, job placements and more, in real time.

- Nude by Nature, an Australian-based cosmetics retailer, enables its marketing team to be more effective and efficient. Using Domo to automate reporting, Nude by Nature has freed up labor resources, while quadrupling its active customer base and tripling sales in the first year through actions taken off Domo-delivered insights.

- ObservePoint, a cloud software company, is combining nine different data sources in Domo to predict and alert which customers are at risk of leaving, enabling the client success team to initiate actions to address customer hot spots before they become serious risks. As a result, ObservePoint has seen a nearly ten percent improvement in customer churn.

- Mastercard uses custom visualizations that combine data from dozens of internal data sources as well numerous external sources, such as social media accounts, enabling them to understand in near real time what needs the most attention and to make strategic adjustments. By reducing manual reporting, Mastercard was able to reallocate several hundred hours per month of the team's time towards activities that focus on improving company performance.

- Rakuten Marketing, using Domo's automated delivery of data and insights, eliminated the repetitive and time-consuming tasks of report building and dissemination. As a result, data analysts were able to reduce their typical workload while empowering business decision makers with real-time access to the data they need to run client meetings, and answer business questions.

- European Wax Center uses a custom Domo app for its franchise network of currently more than 600 franchise locations and more than 8,000 associates across the United States.  The custom app is available on iPads and other mobile devices, providing corporate, franchisees and their associates with real-time access to key performance metrics and other performance data, making it easier to make business decisions no matter where they are.

3

For the years ended  January 31, 2017 and 2018 , our revenue was $74.5 million and $108.5 million, respectively, representing year-over-year growth of 46%. For the years ended  January 31, 2017 and 2018 , our net loss was $183.1 million and $176.6 million, respectively. For the three months ended April 30, 2017 and 2018 , our revenue was $24.2 million and $31.9 million , respectively, representing year-over-year growth of 32% . For the three months ended April 30, 2017 and 2018 , our net loss was  $48.0 million and $45.5 million , respectively.

**Industry Background**

### *Stale, Inaccessible Data Limits Organizations*

Organizations are capturing more data than ever before, but that doesn't make them digitally connected. By the year 2020, about 1.7 megabytes of data will be created every second for every human being on the planet. This data is being generated from an increasing number of business applications, social media networks, collaboration tools and the internet of things, or IoT. Companies store employee data and transactional information across multiple systems of record including Human Capital Management, or HCM, Customer Resource Management, or CRM, and Enterprise Resource Planning, or ERP, systems. Increasingly, social media applications such as Facebook, Twitter, Snapchat, and LinkedIn capture valuable data used for marketing, human resources and customer engagement. But these systems often just store this data and it is queried, if at all, by technically adept data analysts.

To be a truly digitally connected organization, an organization's data systems have to be connected, allowing data to flow between such systems with employees interacting with the data at any point in the system. In a digitally connected organization, when thresholds or targets are met or anomalies occur, automated action would be taken or an employee would be invited to take action. All of this data has the potential to improve the way that business decisions are made at all levels of an organization. However, the growing amount of data generated in organizations does not generally invite action, as it sits across disparate silos and cannot be consolidated given limitations of existing business intelligence tools.

### *Ubiquitous Access to Relevant Information Drives Competitive Advantage*

To remain competitive, organizations must constantly innovate to differentiate themselves in increasingly crowded and fast-moving markets. Organizations are focused on greater productivity, faster time to market, new product innovation, and better customer experiences. The fast pace of technological development has enabled new companies to get to market quickly with limited or no startup costs and has shortened product cycles for existing companies. Speed, agility and scale are now imperative for all companies to remain competitive. Organizations must be able to make fast decisions and react quickly to changes in market dynamics. This can mean implementing product or process changes, improving efficiency in operations, changing financial goals, or altering hiring plans. To make these types of decisions quickly, organizations need real-time access to the right data, and employees need the autonomy to use data to make decisions on their own, without hierarchical bottlenecks.

### *Employees' Data Needs Have Evolved*

- *Teams Need to be Coordinated and In-Sync at All Times.* People don't work effectively in silos. Staying in sync has become more complex given the increasingly globally distributed nature of organizations and the rise of the mobile workforce. By 2020, mobile employees will account for nearly three-quarters of the U.S. workforce, according to the International Data Corporation, or IDC. These employees, such as retail clerks, healthcare professionals, teachers, assembly workers, field service agents, pilots and contractors are mobile and cannot rely on having access to desktop software.

- *The Necessary Employees Need to Access Data Without Relying on a Business Analyst to Configure and Query the Data.* For optimal performance, everyone needs to be able to access and interact with data on their own. Today's business intelligence, data discovery, data analytics and data visualization solutions still require a business analyst with some technical expertise to query data from a source or configure a report for a team. The power of data needs to be accessible by everyone.

- *Employees Need to Know How to Take Action Based on Data.* Traditional business intelligence solutions have focused on visualization - graphical representations of data that facilitate interpretations of what happened in the past. Data should tell someone when to add a worker to an assembly line, when to order ingredients for a restaurant, or when their sales team is falling below quota. Less time needs to be spent compiling and analyzing data and more time spent acting upon data.

- *People Rely on Smartphones and Other Mobile Devices.* People rely on their smartphones for every aspect of their personal lives. Employees increasingly expect to leverage mobile applications for their professional lives as they do

4

in their personal lives. Employees need the ability to interact with data and collaborate with team members anytime and anyplace to ensure they are able to act when necessary and remain coordinated at all times.

*Traditional Business Intelligence and Adjacent Systems are Falling Short*

Traditional approaches to solving the data challenge are falling short of expectations because they:

- require heavy IT involvement to source, configure and manage multiple systems;

- are focused on IT and the data analyst as core users, instead of enabling direct use by business decision makers;

- are limited in the breadth, scale and timeliness of access to business data;

- are not designed as mobile first; and

- rely on legacy PC-centric desktop client server architecture, which limits scalability.

**The Domo Solution**



We believe business technology must be as easy-to-use and intuitive as mobile consumer applications, while providing enterprise-grade scalability and security features. Everyone, from a CEO to a frontline employee, benefits from the functionality that Domo provides. While developing our platform, we have been focused on four key pillars.

*All of Your People*

Our platform enables every type of employee to connect to, analyze, and leverage data from their smartphone. As a result, data-driven knowledge proliferates throughout an organization as more employees become capable of contributing to shared, collaborative analysis. When freed from the constraints of traditional business intelligence tools, these employees tend to not only become increasingly productive, but also feel more connected to the broader organization.

*All of Your Data in Real Time*

Our platform provides real-time access to quantitative and qualitative data, including through more than 500 powerful first-class connectors as well as a library of very flexible universal connectors that currently power over one hundred thousand Domo datasets. In addition, through Domo Workbench, organizations can connect to proprietary data sources regardless of where those

5

data sources reside within an organization. This comprehensive approach enables every type of employee to design customized, real-time views of data and data trends.

### Intelligence that Invites Actions

Our platform leverages artificial intelligence, including machine learning algorithms and predictive analytics, to continuously power more advanced insights, recommendations and alerts. We thereby enable employees to be aware of what is happening on a real-time basis, and take appropriate action where necessary. Our platform, based on ongoing variance analysis, is capable of providing personalized, proactive alerts and recommended actions to every employee and writing back to source applications based on predetermined actions triggered after certain thresholds or behavior has occurred.

### Domo Appstore

We have prebuilt applications for specific use cases, and our users, including development partners, can build tailored applications to address a wide range of potential use cases, with limited training and no or limited IT involvement required. These applications range from a real-time social index to evaluate an organization's engagement across various social media platforms to a predictive analytics toolkit that allows users to analyze "what if" scenarios and forecast the direction of key business metrics to an aggregator for an organization's relevant mobile application statistics. To date, these applications have been adopted across a broad range of industries. Additionally, through the Domo Appstore, users have the option to make their applications available to all Domo users. This application ecosystem generates a powerful network for our platform — as users build, adopt and use additional applications, usage increases within an organization, which enables our platform to deliver even more powerful insights to those users.



Through the power of Domo's comprehensive cloud-based platform, organizations can finally provide all of their data, to all of their employees, all of the time.

### Key Benefits of Our Solution

Domo is more than just a business intelligence, data connection, data warehouse, data transformation or ETL, data discovery, analytics, collaboration, dashboarding, visualization or reporting tool. These tools and technologies are typically provided by separate vendors today. Domo combines all of them in a single platform and enables truly digitally connected organizations.

6

**Our Market Opportunity**

The addressable market for our platform is large and growing. Our solution was designed to address the needs of every working person with a mobile device, and in doing so, it addresses the narrower business intelligence market that is currently served by traditional systems that target business analysts, data scientists and IT personnel. IDC estimates that the business intelligence software market will reach $24.4 billion in 2018.

Our comprehensive platform also addresses portions of markets currently served by disparate systems, including the analytic data integration and integrity, relational data warehouse management, and collaboration applications markets. IDC estimates that these markets collectively will total $20.4 billion in 2018.

Beyond these markets, because our platform can be used by every employee within an organization, we believe it has the potential to address a wide variety of additional enterprise application and infrastructure software markets.

**Competitive Strengths**

Our key competitive strengths include:

- *Mobile Functionality.* We designed Domo with mobile functionality front of mind. Domo's native mobile applications unlock users' ability to access data and collaborate in real time, from anywhere. Unlike some other tools, when data is in Domo, it is immediately available for consumption on smartphones and other mobile devices without requiring separate versions or visualizations. Our mobile functionality enables all employees to manage their responsibilities from their smartphone.

- *Functionality That Can Be Used by Everyone.* Employees can easily connect to relevant data sources, create powerful data transformations, analyze data, build reports and applications, configure alerts, and collaborate through our desktop or mobile application. Employees without technical expertise can use all of the features of our platform without involving a business analyst. The intuitive use of our platform enables employees to spend less time gathering and iterating data, preparing reports, and attending meetings to discuss results and more time acting upon the results of data.

- *Easy to Adopt.* Employees can begin using our platform within minutes, without the need for heavy IT involvement to procure and implement. We offer a self-service subscription, as well as a free trial, through our website, in addition to traditional inside and field sales models for broad company deployments. Regardless of how they purchase Domo, users can access the platform within minutes to begin realizing the benefits.

- *Scale*. Domo has been natively built on a cloud-based architecture that is capable of massive scale. The Domo data warehouse and our connector strategy allows our platform to connect, house and make accessible all of the data within an organization and have a system that can make recommendations. Our customers collectively upload new data to Domo millions of times each week, and we have customers who create individual datasets that exceed 60 billion rows. On a typical business day, our customers in the aggregate typically query between 100 to 200 trillion rows from uncached queries. Even with this volume of data, we maintain a subsecond average query response time.

- *Proven Economic Value.* The comprehensive capabilities of our solution enable organizations to benefit from cost savings that result from their ability to remove previously deployed, limited systems. Also, because our solution enables employees to spend less time tracking down data or preparing presentations for meetings, employees are able to dedicate more time to value added activities. As a result, in addition to cost savings, organizations that deploy our solution are often able to generate incremental revenue. For example, a digital marketing team can use our solution to monitor each of their marketing campaigns in real-time and also set alerts to trigger action for performance anomalies, thereby increasing the effectiveness of their marketing campaigns and driving additional sales.

- *Proven Enterprise Readiness.* We have invested significantly to broaden our platform capabilities and enhance security and scalability requirements for the enterprise. Our enterprise customer base has grown from 36 as of January 31, 2014, to 385 as of April 30, 2018, representing a compound annual growth rate, or CAGR, of 75%. Our customer base includes 36% of the 2017 Fortune 50 as of the date of this prospectus. We are investing in our field sales team to further increase our focus on attracting new enterprise customers and expanding our footprint within our current enterprise customers.

- *Continuous Product Innovation.* From inception through April 30, 2018, we invested $333.9 million in research and development to create our comprehensive platform, which enables everyone, from the CEO to the frontline employee, to make better decisions, thereby improving business outcomes and financial results. These investments allowed us to create more than 500 first-class connectors as well as a library of very flexible universal connectors that currently power

8

over one hundred thousand Domo datasets, which enable everyone to connect and use all of the data within their organization in real time, through our data explorer and ETL engine. We invested in creating our native mobile application, which empowers all employees to effectively manage their responsibilities using their mobile device. We also invested in developing collaboration capabilities, resulting in our solution being able to aggregate all collaboration activity within an organization in a context-sensitive, easily navigable view. These investments have also enabled us to build a comprehensive cloud-based platform with enterprise-grade features. More recently, these investments have allowed us to develop machine learning algorithms that invite all employees to action, based on the real-time data that is accessible within our platform. We developed the Domo Appstore on top of that, which offers hundreds of applications, developed internally and by an open ecosystem of partners, providing expertise across a variety of industries. Developer tools and programmatic APIs enable the rapid development and delivery of custom apps leveraging the Domo platform and services. In many ways, building Domo was like building seven start-ups at once. Additionally, we believe that our significant investments in research and development, which were required to build an operating system that powers a business, will provide tremendous leverage in our financial model as our business continues to scale.

- *Strong Industry Recognition.* Our brand is synonymous with the next generation of cloud-native, mobile-first data solutions. We have attracted and retained top talent in our industry and become a top choice for organizations looking for better ways to use data to run their businesses. We have received multiple innovation awards and recognition from industry analysts, including Dresner Advisory Services and Ventana Research, and publications, including Deloitte Technology Fast 500, Forbes Cloud 100, CNBC Disruptor 50, Great Places to Work, and Glassdoor Best Places to Work 2016. Additionally, our annual conference, Domopalooza, is renowned within the industry and attracts thousands of passionate users each year.

- *Expanding Third Party Ecosystem with Strong Network Effects.* We have developed pre-built applications for specific use cases and provide everyone with the necessary tools to build applications that run on our platform. These applications can be tailored to the specific needs of a specific role, organization or industry and leverage all the benefits of our solution to enable everyone to improve decision making, business outcomes and financial results. To date, customers and third-party solution providers have published over 100 applications in the Domo Appstore, which have been adopted across a broad range of industries. As more organizations build and use these applications, our platform is able to drive more insights and actions by benchmarking all the data generated from these applications, thereby attracting more users.

**Growth Strategies**

Key components of our growth strategy include:

- *Increasing Our Overall Customer Base.* The market for our platform is large and underpenetrated, as any organization of any size and in any industry is a potential customer of Domo. We believe there is substantial opportunity to add additional customers both in the United States and internationally.

- *Accelerate Expansion within Existing Customers.* We employ a land-and-expand business model and typically enter into enterprises either within a specific division or for a specific use case. As our users see the value of our platform and user engagement increases, we expand our footprint within the enterprise. As of January 31, 2018, for the cohort of enterprise customers that licensed our product in the fiscal year ended January 31, 2015, the current ACV is 186% of the original license value, compared to 129% and 160% for the cohorts of enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively. For the cohort of non-enterprise customers that licensed our product in the fiscal year ended January 31, 2015, the current ACV as of January 31, 2018 was 59% of the original license value, compared to 86% and 111% for the cohorts of non-enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively. ACV represents the total annual contract value of subscriptions to our platform exclusive of professional services and one-time revenue generating events and after giving effect to the impact of cancellations. We will continue to focus on showcasing the value of our platform to expand our footprint within our existing customers.

- *Extend Platform Functionality and Value Proposition.* Our goal is to continue to enhance and broaden the capabilities of our platform to address our users' evolving needs. To that end, we plan to continue to invest in enhancing the ease of use and self-service capabilities, scalability, security and performance of our platform and expanding the IoT, artificial intelligence and data management functionality of our platform. We will also continue to invest in additional features and capabilities.

- *Expand the Domo Ecosystem.* The ecosystem for our platform includes customer influencers, which share valuable best practices for and serve as proof points for other customers, strategic partners, which efficiently expand our reach, and

9

third party developers that create customized applications tailored for specific customer use cases. We will continue to invest in establishing and strengthening these relationships to broaden this ecosystem.

- *Leverage the Data.* The Domo platform is uniquely positioned to generate performance benchmarks and indices across a wide array of organizations and disciplines, and in time we plan to capitalize on that position to attract additional customers and broaden and deepen our relationships with them. Although no customer will have access to the data of another, given that customers bring their data into the same cloud-based platform, we could enable performance comparisons based on index derived from similarly-situated organizations. In addition, that data, coupled with publicly-available data that we access and provide, could provide additional insights to customers.

**Summary Risk Factors**

Participating in this offering involves substantial risk. Our ability to execute our strategy is also subject to certain risks. The risks described under the heading "Risk Factors" included elsewhere in this prospectus may cause us not to realize the full benefits of our strengths or may cause us to be unable to successfully execute all or part of our strategy. Some of the most significant challenges and risks include the following:

- we have a history of losses and may never achieve profitability;

- we have a limited operating history, which makes it difficult to evaluate our prospects and future operating results;

- if we fail to manage our growth effectively, our business and operating results will be adversely affected;

- our ability to raise capital in the future may be limited, and if we fail to raise capital when needed in the future, we could be prevented from growing or could be forced to delay or eliminate product development efforts or other operations;

- we face intense competition, and we may not be able to compete effectively, which could reduce demand for our platform and adversely affect our business, growth, revenue and market share;

- if we are unable to attract new customers in a manner that is cost-effective, our revenue growth could be slower than we expect;

- if customers do not renew their contracts with us or reduce the number of users of our platform, our revenue will decline and our operating results and financial condition may be adversely affected;

- if customers do not expand the number of users of our platform or adopt additional use cases, our growth prospects, operating results and financial condition may be adversely affected;

- if our network or computer systems are breached or unauthorized access to customer data is otherwise obtained, our platform may be perceived as insecure and we may lose existing customers or fail to attract new customers, our reputation may be damaged and we may incur significant liabilities;

- third-party claims that we are infringing or otherwise violating the intellectual property rights of others, whether successful or not, could subject us to costly and time-consuming litigation or require us to obtain expensive licenses;

- our ability to protect and enforce our intellectual property rights;

- third parties could make it difficult or prevent us from accessing their systems;

- reduced engagement or acceptance of our platform as part of changes that were implemented in connection with the new General Data Protection Regulation;

- a security breach could impact our reputation, harm our customer confidence, hurt our sales and expansion into new markets, and could expose us to potential liability or require us to expend significant resources on data security; and

- the dual class structure of our common stock has the effect of concentrating voting control with our founder and chief executive officer.

Before you invest in our Class B common stock, you should carefully consider all the information in this prospectus, including matters set forth under the heading "Risk Factors."

10

**Corporate Information**

We were incorporated in Delaware in September 2010 under the name Shacho, Inc. In December 2010, we changed our name to "Lightstorm, Inc." and in July 2011, we changed our name to "Domo Technologies, Inc." We changed our name to "Domo, Inc." in December 2011. Our principal executive office is located at 772 East Utah Valley Drive, American Fork, Utah 84003. Our telephone number is (801) 899-1000. Our website is www.domo.com. Information contained in, or that can be accessed through, our website is not a part of, and is not incorporated into, this prospectus.

**Implications of Being an Emerging Growth Company**

We qualify as an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012, or the JOBS Act. An emerging growth company may take advantage of relief from certain reporting requirements and other burdens that are otherwise applicable generally to public companies. These provisions include:

- reduced obligations with respect to financial data, including presenting only two years of audited financial statements and only two years of selected financial data;

- an exception from compliance with the auditor attestation requirements of Section 404 of the Sarbanes-Oxley Act of 2002, or the Sarbanes-Oxley Act;

- reduced disclosure about our executive compensation arrangements in our periodic reports, proxy statements and registration statements; and

- exemptions from the requirements of holding non-binding advisory votes on executive compensation or golden parachute arrangements.

We may take advantage of these provisions for up to five years or such earlier time that we no longer qualify as an emerging growth company. We would cease to be an emerging growth company if we have more than $1.07 billion in annual revenues, have more than $700 million in market value of our capital stock held by non-affiliates or issue more than $1.0 billion of non-convertible debt over a three-year period. We may choose to take advantage of some or all of these reduced reporting burdens.

**Controlled Company**

We also qualify as a "controlled company" under the corporate governance rules of The Nasdaq Stock Market, which entitles us to rely on certain exemptions from corporate governance requirements. See "Management—Controlled Company Exemption."

11

**The Offering**

| | |
|---|---|
| **Class A common stock to be outstanding after this offering** | 3,263,659 shares |
| **Class B common stock offered** | 9,200,000 shares |
| **Class B common stock to be outstanding immediately after this offering** | 21,690,147 shares (or 23,070,147 shares if the underwriters exercise their option to purchase additional shares in full) |
| **Total Class A and Class B common stock to be outstanding after this offering** | 24,953,806 shares |
| **Over-allotment option to purchase additional shares of Class B common stock** | 1,380,000 shares |
| **Use of proceeds** | We estimate that the net proceeds from this offering will be approximately $171.4 million, or $197.7 million if the underwriters exercise their option to purchase additional shares in full, after deducting underwriting discounts and commissions and estimated offering expenses payable by us, assuming an initial offering price of $20.50 per share, which is the midpoint of the price range set forth on the cover page of this prospectus. |
| | We expect to use the net proceeds from this offering for working capital and other general corporate purposes; however, we do not currently have specific planned uses for the proceeds. We may also use a portion of our net proceeds to acquire or invest in additional products, technologies, or businesses; however, we currently have no agreements or commitments to complete any such transactions. See "Use of Proceeds." |
| **Voting rights** | We have two classes of common stock, Class A common stock and Class B common stock. The rights of the holders of Class A common stock and Class B common stock are identical, except for voting and conversion rights. Each share of Class A common stock is entitled to 40 votes per share and is convertible at any time into one share of Class B common stock. Each share of Class B common stock is entitled to one vote per share. Following this offering, all shares of Class A common stock will be held by an entity affiliated with Joshua G. James, our founder, chief executive officer and chairman, who will have voting control over 100% of our Class A common stock, representing 86% of the voting power of our outstanding capital stock. See "Description of Capital Stock." |
| **Directed Share Program** | At our request, the underwriters have reserved up to 690,000 shares of Class B common stock, or 7.5% of the shares offered by this prospectus, for sale at the initial public offering price to individuals through a directed share program, including our directors, executive officers and employees, as well as friends and family members of our executive officers, founders and certain members of senior management, and persons with whom we have a business relationship, including employees of certain customers and suppliers. If purchased by these persons, these shares will not be subject to a lock-up restriction, except in the case of shares purchased by any director, executive officer or employee, which will be subject to a 180-day lock-up restriction. The number of shares of Class B common stock available for sale to the general public will be reduced by the number of reserved shares sold to these individuals. Any reserved shares of our Class B common stock that are not so purchased will be offered by the underwriters to the general public on the same terms as the other shares of our Class B common stock offered by this prospectus. We have agreed to indemnify the underwriters against certain liabilities and expenses, including liabilities under the Securities Act, in connection with sales of the reserved shares. |
| **Proposed Nasdaq trading symbol** | "DOMO" |

| | |
|---|---|
| **Controlled company** | We are a "controlled company" under the corporate governance rules of The Nasdaq Stock Market, which entitles us to rely on certain exemptions from corporate governance requirements. See "Management—Controlled Company Exemption." |
| **Risk factors** | See "Risk Factors" beginning on page 16 and other information included in this prospectus for a discussion of factors you should carefully consider before deciding to invest in shares of our Class B common stock. |

In addition to 1,654,869 shares of Class B common stock outstanding as of April 30, 2018 , the number of shares of our common stock outstanding immediately after this offering includes the assumed conversion of 14,098,937 shares of convertible preferred stock outstanding as of April 30, 2018 into 3,263,659 shares of Class A common stock and 10,835,278 shares of Class B common stock, and excludes:

- 675,623 shares of Class B common stock issuable upon the exercise of options to purchase shares of our common stock granted prior to January 31, 2014 and outstanding as of April 30, 2018 , with a weighted-average exercise price of $5.66 per share;

- 1,760,420 shares of Class B common stock issuable upon the exercise of options to purchase shares of our common stock granted after January 31, 2014 and outstanding as of April 30, 2018 , with a weighted-average exercise price of $28.16 per share;

- 1,204,223 shares of Class B common stock subject to restricted stock units outstanding as of April 30, 2018 ;

- 16,182 shares of Class B common stock reserved for future issuance under our 2011 Equity Incentive Plan as of April 30, 2018 ;

- an aggregate of 6,286,107 shares of Class B common stock reserved for future issuance under our 2018 Equity Incentive Plan and 2018 Employee Stock Purchase Plan, each of which will become effective on the business day immediately prior to the date of effectiveness of the registration statement of which this prospectus forms a part; and

- 73,726 shares of Class B common stock issuable upon the exercise of warrants outstanding as of April 30, 2018 at a weighted-average exercise price of $42.49 per share.

Except as otherwise indicated, all information in this prospectus assumes:

- a 15 -for-1 reverse stock split of our common and convertible preferred stock, which became effective as of June 15, 2018 ;

- the conversion of 14,098,937 shares of convertible preferred stock outstanding as of April 30, 2018 into an aggregate of 10,835,278 shares of Class B common stock and 3,263,659 shares of Class A common stock immediately prior to the closing of this offering;

- no exercise of options or warrants outstanding as of the date of this prospectus;

- the filing of our amended and restated certificate of incorporation, which will occur immediately prior to the closing of this offering; and

- no exercise of the underwriters' option to purchase additional shares.

13

## RISK FACTORS

*Investing in our Class B common stock involves a high degree of risk. Before making an investment decision, you should carefully consider the risks and uncertainties described below, which we believe are the material risks of our business and this offering. Our business, financial condition, operating results or growth prospects could be harmed by any of these risks. In such an event, the trading price of our common stock could decline, and you may lose all or part of your investment. In assessing these risks, you should also refer to all of the other information contained in this prospectus, including our consolidated financial statements and related notes.*

### Risks Related to Our Business and Industry

**We have a history of losses, and we may not be able to generate sufficient revenue to achieve or maintain profitability in the future.**

We incurred net losses of $183.1 million, $176.6 million and $45.5 million in the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2018, respectively, and had an accumulated deficit of $803.3 million at April 30, 2018. We may not be able to generate sufficient revenue to achieve or sustain profitability. We expect to continue to incur losses for the foreseeable future and we expect costs to increase in future periods as we expend substantial financial and other resources on, among other things:

- sales and marketing, including a continued expansion of our direct sales organization, which will require time before these investments generate sales results;

- technology and data center infrastructure, enhancements to cloud architecture, improved disaster recovery protection, increasing data security, compliance and operations expenses;

- data center costs as customers increase the amount of data that is available to our platform and the number of users on our platform;

- other software development, including enhancements and modifications related to our platform;

- international expansion in an effort to increase our customer base and sales;

- general and administration, including significantly increasing expenses in accounting and legal related to the increase in the sophistication and resources required for public company compliance and other work arising from the growth and maturity of the company;

- competing with other companies, custom development efforts and open source initiatives that are currently in, or may in the future enter, the markets in which we compete;

- maintaining high customer satisfaction and ensuring quality and timely releases of platform enhancements and applications;

- developing our indirect sales channels and strategic partner network;

- maintaining the quality of our cloud and data center infrastructure to minimize latency when using our platform;

- increasing market awareness of our platform and enhancing our brand;

- maintaining compliance with applicable governmental regulations and other legal obligations, including those related to intellectual property and international sales; and

- attracting and retaining top talent in a competitive market.

These expenditures may not result in additional revenue or the growth of our business. If we fail to continue to grow revenue or to achieve or sustain profitability, the market price of our Class B common stock could be adversely affected.

**We have a limited operating history, which makes it difficult to evaluate our prospects and future operating results.**

We were incorporated in 2010 and publicly announced our platform in 2015. Our limited operating history makes our ability to forecast future operating results difficult and subjects us to a number of uncertainties, including our ability to plan and model future growth. Revenue grew 46% in the fiscal year ended January 31, 2018 compared to the prior year; however, revenue grew

16

only 32% in the three months ended April 30, 2018 compared to the prior year, and historical revenue growth is not necessarily indicative of future performance. Our revenue growth rate is expected to decline in future periods due to a number of reasons, which may include the maturation of our business, increase in overall revenue over time, slowing demand for our platform, increasing competition, a decrease in the growth of the markets in which we compete, or if we fail, for any reason, to continue to capitalize on growth opportunities, a decrease in our renewal rates, or a decline in upsells.

We have encountered and will continue to encounter risks and uncertainties frequently experienced by growing companies in rapidly changing industries, such as determining appropriate investments of our limited resources, market adoption of our platform, competition, acquiring and retaining customers, hiring, integrating, training and retaining skilled personnel (including sales personnel), developing new platform enhancements and applications, determining prices and contract terms, and unforeseen expenses and challenges in forecasting accuracy. If our assumptions regarding these risks and uncertainties, which we use to plan our business, are incorrect or change, or if we do not address these risks successfully, our prospects, operating results and business could be adversely affected.

***We have been growing and expect to continue to invest in our growth for the foreseeable future. If we fail to manage this growth effectively, our business and operating results will be adversely affected.***

We intend to continue to grow our business. For example, we plan to continue to increase our headcount, particularly in our sales group. If we cannot adequately train these new employees, including our direct sales force, or if these new employees are not as productive as quickly as we would like, sales may decrease or customers may lose confidence in the knowledge and capability of our employees. In addition, we intend to make direct investments to continue our international expansion efforts. We must successfully manage growth to achieve our objectives. Although our business has experienced significant growth in the past, we cannot provide any assurance that our business will continue to grow at any particular rate, or at all.

Our ability to effectively manage the growth of our business will depend on a number of factors, including our ability to do the following:

- effectively recruit, integrate, train and motivate new employees and make them productive, including our direct sales force, while retaining existing employees, maintaining the beneficial aspects of our corporate culture and effectively executing our business plan;

- attract new customers, and retain and increase usage by existing customers;

- recruit and successfully leverage channel partners and app developers;

- successfully enhance our platform;

- continue to improve our operational, financial and management controls;

- protect and further develop strategic assets, including intellectual property rights; and

- manage market expectations and other challenges associated with operating as a public company.

These activities will require significant financial resources and allocation of valuable management and employee resources, and growth will continue to place significant demands on management and our operational and financial infrastructure.

Our future financial performance and ability to execute our business plan will depend, in part, on our ability to effectively manage any future growth. There are no guarantees we will be able to do so. In particular, any failure to successfully implement systems enhancements and improvements will likely negatively impact our ability to manage our expected growth, ensure uninterrupted operation of key business systems and comply with the rules and regulations that are applicable to public reporting companies. Moreover, if we do not effectively manage the growth of our business and operations, the quality of our platform could suffer, which could negatively affect our brand, operating results and business.

***Our ability to raise capital in the future may be limited, and if we fail to raise capital when needed in the future, we could be prevented from growing or could be forced to delay or eliminate product development efforts or other operations.***

Our business and operations may consume resources faster than we anticipate. We have incurred cumulative and recurring losses from operations since inception and had an accumulated deficit of $803.3 million as of April 30, 2018 . We have also experienced negative cash flows from operating activities since inception, including cash used in operating activities of $144.1 million , $148.7 million , $36.4 million and $36.9 million during the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018 , respectively.  As of April 30, 2018 , we had cash and cash equivalents of

17

$71.9 million and no amounts available to draw under our credit facility. While we believe our cash and cash equivalents together with the proceeds of this offering will be sufficient to support our planned operations for at least the next 12 months, these conditions and our financial position without additional capital may affect our ability to meet our projected operating obligations under our current forecast.

Further, in the future, we may need to raise additional funds to invest in growth opportunities, to continue product development and sales and marketing efforts, and for other purposes. Additional financing may not be available on favorable terms, if at all. If adequate funds are not available on acceptable terms, we may be unable to meet our obligations, invest in future growth opportunities, or continue operations at anticipated levels, which could harm our business and operating results. In addition, current and future debt instruments may impose restrictions on our ability to dispose of property, make changes in our business, engage in mergers or acquisitions, incur additional indebtedness, and make investments and distributions. Furthermore, if we issue additional equity securities, stockholders will experience dilution, and the new equity securities could have rights senior to those of our common stock. Because our decision to issue securities in any future offering will depend on market conditions and other factors beyond our control, we cannot predict or estimate the amount, timing or nature of any such future offerings. As a result, stockholders bear the risk that future securities offerings reduce the market price of our Class B common stock and dilute their interest.

***We face intense competition, and we may not be able to compete effectively, which could reduce demand for our platform and adversely affect our business, growth, revenue and market share.***

The market for our platform is intensely and increasingly competitive and subject to rapidly changing technology and evolving standards. In addition, many companies in our target market are offering, or may soon offer, products and services that may compete with our platform. Furthermore, many potential customers have made significant investments in legacy software systems and may be unwilling to invest in new solutions.

Our current primary competitors generally fall into the following categories:

- large software companies, including suppliers of traditional business intelligence products that provide one or more capabilities that are competitive with our products, such as Microsoft Corporation, Oracle Corporation, SAP AG and IBM;

- business analytics software companies, such as Tableau Software, Inc., Qlik Technologies, Looker Data Services, Inc., Sisense, Inc., and Tibco Software, Inc.; and

- SaaS-based products or cloud-based analytics providers such as salesforce.com, Inc. and Infor, Inc.

We expect competition to increase as other established and emerging companies enter the markets in which we compete, as customer requirements evolve and as new products and technologies are introduced.

Many competitors, particularly the large software companies named above, have longer operating histories, significantly greater financial, technical, research and development, marketing, distribution, professional services or other resources and greater name recognition than we do. In addition, many competitors have strong relationships with current and potential customers, channel partners and development partners and extensive knowledge of markets in which we compete. As a result, they may be able to respond more quickly to new or emerging technologies and changes in customer requirements, for example by devoting greater resources to the development, promotion and sale of their products than we do.

Moreover, many of these competitors may bundle their data management and analytics products into larger deals or maintenance renewals, often at significant discounts or at no charge. Increased competition may lead to price cuts, alternative pricing structures or the introduction of products available for free or a nominal price, fewer customer orders, reduced gross margins, longer sales cycles and loss of market share. We may not be able to compete successfully against current and future competitors, and our business, operating results and financial condition will be harmed if we fail to meet these competitive pressures. Even if we are successful in acquiring and retaining customers, those customers may continue to use our competitors' products in addition to our products.

Our ability to compete successfully depends on a number of factors, both within and outside of our control. Some of these factors include ease and speed of platform deployment and use, accessibility across mobile devices, operating systems, and applications, discovery and visualization capabilities, analytical and statistical capabilities, performance and scalability, the quality of our data security infrastructure, the quality and reliability of our customer service and support, total cost of ownership, return on investment and brand recognition. See "Business—Competition." Any failure by us to compete successfully in any

18

one of these or other areas may reduce the demand for our platform, as well as adversely affect our business, operating results and financial condition.

Moreover, current and future competitors may also make strategic acquisitions or establish cooperative relationships among themselves or with others. By doing so, these competitors may increase their ability to meet the needs of customers. These relationships may limit our ability to sell or certify our platform through specific distributors, technology providers, database companies and distribution channels and allow competitors to rapidly gain significant market share. These developments could limit our ability to obtain revenue from existing and new customers. If we are unable to compete successfully against competitors, our business, operating results and financial condition would be harmed.

*The estimates of market opportunity and forecasts of market growth included in this prospectus may prove to be inaccurate, and even if the market in which we compete achieves the growth forecasts, our business could fail to grow at similar rates, if at all.*

Market opportunity estimates and growth forecasts included in this prospectus are subject to significant uncertainty and are based on assumptions and estimates that may prove to be inaccurate. Even if the market in which we compete meets the size estimates and growth forecasted in this prospectus, our business could fail to grow at similar rates, if at all. For more information regarding the estimates of market opportunity and the forecasts of market growth included in this prospectus, see the section of the prospectus captioned "Special Note Regarding Forward-Looking Statements and Industry Data."

*If we are unable to attract new customers in a manner that is cost-effective, our revenue growth could be slower than we expect and our business may be harmed.*

To increase our revenue, we must add new customers. Demand for our platform is affected by a number of factors, many of which are beyond our control, such as continued market acceptance of our platform for existing and new use cases, the timing of development and release of new applications and features, technological change, growth or contraction in our addressable market, and accessibility across mobile devices, operating systems, and applications. In addition, if competitors introduce lower cost or differentiated products or services that are perceived to compete with our features, our ability to sell our features based on factors such as pricing, technology and functionality could be impaired. As a result, we may be unable to attract new customers at rates or on terms that would be favorable or comparable to prior periods, which could negatively affect the growth of our revenue.

Even if we do attract customers, the cost of new customer acquisition may prove so high as to prevent us from achieving or sustaining profitability. We recognize subscription revenue ratably over the term of the subscription period. In general, customer acquisition costs and other upfront costs associated with new customers are much higher in the first year than the aggregate revenue we recognize from those new customers in the first year. As a result, the profitability of a customer to our business in any particular period depends in part upon how long a customer has been a subscriber and the degree to which it has expanded its usage of our platform. Additionally, we intend to continue to hire additional sales personnel to grow our domestic and international operations. If our sales and marketing efforts do not result in substantial increases in revenue, our business, results of operations, and financial condition may be adversely affected.

*If customers do not renew their contracts with us or reduce the number of users of our platform, our revenue will decline and our operating results and financial condition may be adversely affected.*

The initial terms of our customer contracts typically vary in length between one and three years, and our customers have no obligation to renew their subscriptions after the expiration of their initial subscription periods. In some cases, the contracts automatically renew (with each party having the option to elect not to renew), but in circumstances where that is not the case, our customers may unilaterally elect not to renew, may seek to renew for lower subscription amounts or for shorter contract lengths, or may choose to renew for the same or fewer applications over time. Our renewal rates may decline or fluctuate as a result of a number of factors, including leadership changes within our customers resulting in loss of sponsorship, limited customer resources, pricing changes by us or competitors, customer satisfaction with our platform and related applications, the acquisition of customers by other companies, procurement or budgetary decisions, and deteriorating general economic conditions. To the extent our customer base continues to grow, renewals and additional subscriptions by renewing customers will become an increasingly important part of our results. If our customers do not renew their subscriptions, or decrease the amount they spend with us, revenue will decline and our business will be harmed.

19

*If customers do not expand the number of users of our platform or adopt additional use cases our growth prospects, operating results and financial condition may be adversely affected.*

Our future success depends on our ability to increase the deployment of our platform within and across our existing customers and future customers. Many of our customers initially deploy our platform to specific groups or departments within their organization or for a limited number of use cases. Our growth prospects depend on our ability to persuade customers to expand their use of our platform to additional groups, departments and use cases across their organization. Historically, we have made significant investments in research and development to build our platform and to offer enterprise customers the features and functionality that they require.

Because our recent growth has resulted in the rapid expansion of our business, we do not have a long history upon which to base forecasts of customer renewal rates, customer upsells or future revenue. As a result, future operating results may be significantly below the expectations of investors, which could harm the market price of our Class B common stock.

*The loss of one or more of our key customers, or a failure to renew our subscription agreements with one or more of our key customers, could negatively affect our ability to market our platform.*

We rely on our reputation and recommendations from key customers in order to promote subscriptions to our platform. The loss of, or failure to renew by, any of our key customers could have a significant effect on our revenue, reputation and our ability to obtain new customers. In addition, acquisitions of our customers could lead to cancellation of such customers' contracts, thereby reducing the number of our existing and potential customers.

*Future operating results and key metrics may fluctuate significantly due to a wide range of factors, which makes our future results difficult to predict.*

Our operating results and key metrics could vary significantly from quarter to quarter as a result of various factors, some of which are outside of our control, including:

- the expansion of our customer base;

- the size, duration and terms of our contracts with both existing and new customers;

- the introduction of products and product enhancements by competitors, and changes in pricing for products offered by us or our competitors;

- customers delaying purchasing decisions in anticipation of new products or product enhancements by us or our competitors or otherwise;

- changes in customers' budgets;

- seasonal variations in our sales, which have generally historically been highest in our fourth fiscal quarter and lowest in the second and third fiscal quarters;

- the timing of satisfying revenue recognition criteria, particularly with regard to large transactions;

- the amount and timing of payment for expenses, including infrastructure costs to deliver our platform, research and development, sales and marketing expenses, employee benefit and stock-based compensation expenses and costs related to Domopalooza, our annual user conference that occurs in our first fiscal quarter;

- costs related to the hiring, training and maintenance of our direct sales force;

- the timing and growth of our business, in particular through the hiring of new employees and international expansion; and

- general economic and political conditions, both domestically and internationally, as well as economic conditions specifically affecting industries in which our customers operate.

Any one of these or other factors discussed elsewhere in this prospectus may result in fluctuations in our operating results, meaning that quarter-to-quarter comparisons may not necessarily be indicative of our future performance.

20

***Because we recognize revenue from subscriptions ratably over the term of the agreement, near-term changes in sales may not be reflected immediately in our operating results.***

We offer our platform primarily through subscription agreements, which typically vary in length between one and three years, and may in many cases be subject to automatic renewal or renewal only at a customer's discretion. We generally invoice our customers in annual installments at the beginning of each year in the subscription period. Amounts that have been invoiced are initially recorded as deferred revenue and are recognized ratably over the subscription period. As a result, most of the revenue that we report in each period is derived from the recognition of deferred revenue relating to subscriptions entered into during previous periods. A decline in new or renewed subscriptions in any one quarter is not likely to have a material impact on results for that quarter. However, declines would negatively affect revenue and deferred revenue balances in future periods, and the effect of significant downturns in sales and market acceptance of our platform, and potential changes in our rate of renewals, may not be fully reflected in our results of operations until future periods. Our subscription model also makes it difficult for us to rapidly increase our total revenue through additional sales in any period, as revenue from new customers is recognized over the applicable subscription term. We may be unable to adjust our cost structure to reflect the changes in revenue. In addition, a significant majority of our costs are expensed as incurred, while revenue is generally recognized over the life of the customer agreement. As a result, increased growth in the number of our customers could result in our recognition of more costs than revenue in the earlier periods of the terms of our agreements.

***We are increasingly targeting sales efforts at enterprise customers and the length, cost and uncertainty associated with sales cycles may result in fluctuations in our operating results and our failure to achieve the expectations of investors.***

We are increasingly targeting sales efforts at enterprise customers, which we define as companies with over $1 billion in revenue, and face long sales cycles, complex customer requirements, substantial upfront sales costs, and a relatively low and difficult to predict volume of sales on a quarter-by-quarter basis. This makes it difficult to predict with certainty our sales and related operating performance in any given period. Our typical sales cycle for new enterprise customers is approximately six months, but is variable and difficult to predict and can be longer. Customers often undertake a prolonged evaluation of our platform, including assessing their own readiness, scoping the professional services involved, and comparing our platform to products offered by competitors and their ability to solve the problem internally. Events may occur during this period that affect the size or timing of a purchase or even cause cancellations, which may lead to greater unpredictability in our business and operating results. Moreover, customers often begin to use our platform on a limited basis with no guarantee that they will expand their use of our platform widely enough across their organization to justify the costs of our sales efforts. We may also face unexpected implementation challenges with enterprise customers or more complicated installations of our platform. It may be difficult to deploy our platform if the customer has unexpected database, hardware or software technology issues.

Adherence to our financial plan in part depends on managing the mix of customers, the rate at which customers add users within their organizations, the number of use cases they employ, and the timing and amount of upsells, all of which affect annual contract value. Our financial performance and the predictability of our quarterly financial results may be harmed by intermittent failures to secure timely or at all the higher value enterprise agreements, or changes in the volume of transactions overall, compared to our forecasts, and depends in large part on the successful execution of our direct sales team.

Additionally, our quarterly sales cycles are generally more heavily weighted toward the end of the quarter with an increased volume of sales in the last few weeks and days of the quarter. This impacts the timing of recognized revenue and billings, cash collections and delivery of professional services. Furthermore, the concentration of contract negotiations in the last few weeks and days of the quarter could require us to expend more in the form of compensation for additional sales, legal and finance employees and contractors. Compression of sales activity to the end of the quarter also greatly increases the likelihood that sales cycles will extend beyond the quarter in which they are forecasted to close for some sizeable transactions, which will harm forecasting accuracy and adversely impact billings and new customer acquisition metrics for the quarter in which they are forecasted to close.

***If we fail to effectively develop and expand our sales and marketing capabilities, our ability to increase our customer base and increase acceptance of our platform could be harmed.***

To increase the number of customers and increase the market acceptance of our platform, we will need to expand our sales and marketing operations, including our domestic and international sales force. We will continue to dedicate significant resources to sales and marketing programs. We believe that there is significant competition for direct sales personnel with the sales skills and technical knowledge that we require. Our ability to achieve significant revenue growth in the future will depend, in large part, on our success in recruiting, training and retaining a sufficient number of direct sales personnel and sales leadership. For example, we recently hired a new chief revenue officer. New hires require significant training and time before they achieve full productivity, particularly in new sales territories. Recent hires and planned hires may not become as productive as quickly as

21

we would like, changes in sales leadership could adversely affect our existing sales personnel, and we may be unable to hire or retain sufficient numbers of qualified individuals in the future in the markets where we do business. The effectiveness of our sales and marketing has also varied over time and, together with the effectiveness of any partners or resellers we may engage, may vary in the future. Our business and operating results may be harmed if our efforts do not generate a correspondingly significant increase in revenue. We may not achieve anticipated revenue growth from expanding our sales force if we are unable to hire, develop and retain talented sales personnel, if our new sales personnel are unable to achieve desired productivity levels in a reasonable period of time, or if our sales and marketing programs are not effective.

***We do not have a long history with our subscription or pricing models and changes could adversely affect our operating results.***

We have limited experience with respect to determining the optimal prices and contract length for our platform. As the markets for our features grow, as new competitors introduce new products or services that compete with ours or reduce their prices, or as we enter into new international markets, we may be unable to attract new customers or retain existing customers at the same price. Moreover, large customers, which are the focus of our direct sales efforts, may demand greater price discounts.

As we expand internationally, we also must determine the appropriate price to enable us to compete effectively internationally. In addition, if the mix of features we sell changes, then we may need to, or choose to, revise our pricing. As a result, in the future we may be required to reduce our prices or offer shorter contract durations, which could adversely affect our revenue, gross margin, profitability, financial condition and cash flow.

In addition, our competitors may offer different subscription or pricing models, such as by number of queries or data size, which may be more attractive to potential customers. We may be required to adjust our subscription or pricing models in response to these changes, which could adversely affect our financial performance.

***We are subject to governmental laws, regulation and other legal obligations, particularly those related to privacy, data protection and information security, and any actual or perceived failure to comply with such obligations could impair our efforts to maintain and expand our customer base, causing our growth to be limited and harming our business.***

We receive, store and process personal information and other data from and about customers in addition to our employees and services providers. Also, in connection with future feature offerings, we may receive, store and process additional types of data, including personally identifiable information, related to end consumers. Our handling of data is subject to a variety of laws and regulations, including regulation by various government agencies, such as the U.S. Federal Trade Commission, or FTC, and various state, local and foreign agencies. Our data handling also is subject to contractual obligations and may be deemed to be subject to industry standards, including certain industry standards that we undertake to comply with.

The U.S. federal and various state and foreign governments have adopted or proposed limitations on the collection, distribution, use and storage of data relating to individuals, including the use of contact information and other data for marketing, advertising and other communications with individuals and businesses. In the United States, various laws and regulations apply to the collection, processing, disclosure, and security of certain types of data. Additionally, the FTC and many state attorneys general are interpreting federal and state consumer protection laws as imposing standards for the online collection, use, dissemination and security of data. The laws and regulations relating to privacy and data security are evolving, can be subject to significant change and may result in ever-increasing regulatory and public scrutiny and escalating levels of enforcement and sanctions.

In addition, several foreign countries and governmental bodies, including the European Union, have laws and regulations dealing with the handling and processing of personal information obtained from their residents, which in certain cases are more restrictive than those in the United States. Laws and regulations in these jurisdictions apply broadly to the collection, use, storage, disclosure and security of various types of data, including data that identifies or may be used to identify an individual, such as names, email addresses and in some jurisdictions, Internet Protocol, or IP, addresses. Such laws and regulations may be modified or subject to new or different interpretations, and new laws and regulations may be enacted in the future. Within the European Union, in 2016, legislators adopted the General Data Protection Regulation, or GDPR, which entered into force on May 25, 2018 and replaced the 1995 European Union Data Protection Directive and superseded applicable EU member state legislation. The GDPR includes more stringent operational requirements for processors and controllers of personal data and imposes significant penalties for non-compliance of up to the greater of €20 million or 4% of global annual revenues. Complying with the GDPR or other new data protection laws and regulations may cause us to incur substantial operational costs or require us to modify our data handling practices. Actual or alleged non-compliance could result in proceedings against us by governmental entities or others (including a private right of action for affected EU individuals) and may otherwise adversely impact our business, financial condition and operating results.

22

We have certified under the EU-U.S. Privacy Shield and the Swiss-U.S. Privacy Shield with respect to our transfer of certain personal data from the European Union and Switzerland to the United States. The Privacy Shield program is subject to annual review and may be challenged, suspended or invalidated. At present, the EU-U.S. Privacy Shield framework and the use of EU Standard Contractual Clauses, or the Model Clauses, to protect data exports between the European Union and the U.S. are both subject to ongoing legal challenges. The EU-US Privacy Shield is subject to two challenges before the courts of the European Union that are expected to be heard in the near future, one by an Irish privacy group and another by a French privacy group. The Model Clauses are also the subject of court proceedings between the Irish Data Protection Commissioner and a private individual, and this case has been referred to the Court of Justice of the European Union. Any or all of these court proceedings may result in a ruling that the industry-standard measures we, and other companies, have taken are no longer sufficient. Additionally, it is possible that the Privacy Shield program may need to be updated by the European Commission and Department of Commerce to take into account the GDPR. As a result, we may be unsuccessful in maintaining legitimate means for our transfer and receipt of personal data from the European Union to the United States and may be at risk of experiencing reluctance or refusal of European or multi-national customers to use our solutions and incurring regulatory penalties, which may have an adverse effect on our business.

Further, following a referendum in June 2016 in which voters in the United Kingdom approved an exit from the EU, the United Kingdom government has initiated a process to leave the EU. This has created uncertainty with regard to the future regulation of data protection in the United Kingdom. We may experience reluctance or refusal by current or prospective customers in Europe, including the United Kingdom, to use our products, and we may find it necessary or desirable to make further changes to our handling of personal data of European residents. The regulatory environment applicable to the handling of European residents' personal data, and our actions taken in response, may cause us to assume additional liabilities or incur additional costs, and could result in our business, operating results and financial condition being harmed.

We also handle credit card and other personal information. Due to the sensitive nature of such information, we have implemented policies and procedures in an effort to preserve and protect our data and our customers' data against loss, misuse, corruption, misappropriation caused by systems failures, unauthorized access or misuse. Notwithstanding these policies, we could be subject to liability claims by individuals and customers whose data resides in our databases for the misuse of that information. If we fail to meet appropriate compliance levels, this could negatively impact our ability to utilize credit cards as a method of payment, and/or collect and store credit card information, which could disrupt our business.

We sign business associate agreements with our customers who require them in order to comply with the Health Insurance Portability and Accountability Act, or HIPAA, and the Health Information Technology for Economic and Clinical Health Act, or HITECH, and therefore we are directly subject to certain provisions of HIPAA applicable to business associates. We may collect and process protected health information as part of our HIPAA compliant service, which may subject us to a number of data protection, security, privacy and other government- and industry-specific requirements. In addition, if we are unable to protect the privacy and security of protected health information, we could be found to have breached our contracts with customers with whom we have a business associate relationship. Noncompliance with laws and regulations relating to privacy and security of personal information, including HIPAA, or with contractual obligations under any business associate agreement may lead to significant fines, civil and criminal penalties, or liabilities. The U.S. Department of Health and Human Services, or HHS, audits the compliance of business associates and enforces HIPAA privacy and security standards. HHS enforcement activity has become more significant over the last few years and HHS has signaled its intent to continue this trend. In addition to HHS, state attorneys general are authorized to bring civil actions seeking either injunctions or damages to the extent violation implicate the privacy of state residents.

Any failure or perceived failure by us to comply with laws, regulations, policies, legal or contractual obligations, industry standards, or regulatory guidance relating to privacy, data protection, information security, marketing or consumer communications may result in governmental investigations and enforcement actions, litigation, fines and penalties or adverse publicity, and could cause our customers and partners to lose trust in us, which could have an adverse effect on our reputation and business. We expect that there will continue to be new proposed laws, regulations and industry standards relating to privacy, data protection, marketing, consumer communications and information security in the United States, the European Union and other jurisdictions, and we cannot determine the impact such future laws, regulations and standards may have on our business. Future laws, regulations, standards and other obligations or any changed interpretation of existing laws or regulations could impair our ability to develop and market new features and maintain and grow our customer base and increase revenue. Future restrictions on the collection, use, sharing or disclosure of data or additional requirements for express or implied consent of our customers, partners or end consumers for the use and disclosure of such information could require us to incur additional costs or modify our platform, possibly in a material manner, which we may be unable to achieve in a commercially reasonable manner or at all, and which could limit our ability to develop new features. If our policies, procedures, or measures relating to privacy, data protection, information security, marketing, or customer communications fail, or are perceived as failing, to comply with

23

laws, regulations, policies, legal obligations or industry standards, we may be subject to governmental enforcement actions, litigation, regulatory investigations, fines, penalties and negative publicity and could cause our application providers, customers and partners to lose trust in us, which could materially affect our business, operating results and financial condition.

***If our network or computer systems are breached or unauthorized access to customer data is otherwise obtained, our platform may be perceived as insecure and we may lose existing customers or fail to attract new customers, our reputation may be damaged and we may incur significant liabilities.***

Our operations involve the storage and transmission of our customers' sensitive and proprietary information. Cyber-attacks and other malicious internet-based activity continue to increase generally, and cloud-based platform providers of software and services have been targeted. If any unauthorized access to or security breach or security incident impacting our platform, our networks or systems, or any systems or networks of our service providers, occurs, or is believed to have occurred, whether as a result of third-party action, employee, vendor, or contractor error, malfeasance, phishing attacks, social engineering or otherwise, such an event or perceived event could result in the loss of, or unauthorized access to or acquisition of, data or intellectual property of ourselves or our customers, loss of business, severe reputational or brand damage adversely affecting customer or investor confidence, regulatory investigations and orders, litigation or other demands, indemnity obligations, damages for contract breach, penalties for violation of applicable laws, regulations, or contractual obligations, and significant costs for remediation that may include liability for stolen assets or information and repair of system damage that may have been caused, incentives offered to customers or other business partners in an effort to maintain business relationships after a breach or other incident, and other liabilities. Additionally, any such event or perceived event could impact our reputation, harm customer confidence, hurt our sales and expansion into existing and new markets, or cause us to lose existing customers. We could be required to expend significant capital and other resources to alleviate problems caused by such actual or perceived breaches or other incidents and to remediate our systems, we could be exposed to a risk of loss, litigation or regulatory action and possible liability, and our ability to operate our business may be impaired. Additionally, actual, potential or anticipated attacks may cause us to incur increasing costs, including costs to deploy additional personnel and protection technologies, train employees and engage third-party experts and consultants.

In addition, if the security measures of our customers are compromised, even without any actual compromise of our platform or systems, or any networks or systems of our service providers, we may face negative publicity or reputational harm if customers or anyone else incorrectly attributes the blame for such security breaches or other incidents to us, our platform, our systems or networks, or those of our service providers. If customers believe that our platform does not provide adequate security for the storage of personal or other sensitive information or its transmission over the internet, our business will be harmed. Customers' concerns about security or privacy may deter them from using our platform for activities that involve personal or other sensitive information.

Our errors and omissions insurance covering certain security and privacy damages and claim expenses may not be sufficient to compensate for all liability. Although we maintain insurance for liabilities incurred as a result of some security and privacy damages, we cannot be certain that our coverage will be adequate for liabilities actually incurred, that insurance will continue to be available to us on economically reasonable terms, or at all, or that any insurer will not deny coverage as to any future claim. The successful assertion of one or more large claims against us that exceed available insurance coverage, or the occurrence of changes in our insurance policies, including premium increases or the imposition of large deductible or co-insurance requirements, could have a material adverse effect on our business, including our financial condition, operating results, and reputation.

Because the techniques used and vulnerabilities exploited to obtain unauthorized access or to sabotage systems change frequently and generally are not identified until they are launched against a target, we may be unable to anticipate these techniques or vulnerabilities or implement adequate preventative measures. We may also experience security breaches that may remain undetected for an extended period.

Additionally, with data security a critical competitive factor in our industry, we make public statements in our privacy policies, on our website, and elsewhere describing the security of our platform. Should any of these statements be untrue, become untrue, or be perceived to be untrue, even if through circumstances beyond our reasonable control, we may face claims, including claims of unfair or deceptive trade practices, brought by the FTC, state, local, or foreign regulators, and private litigants.

***If we fail to adapt and respond effectively to rapidly changing technology, evolving industry standards and changing customer needs or requirements, our solutions may become less competitive.***

Our success depends on our customers' willingness to adopt and use our platform, including on their smartphone or mobile device, as well as our ability to adapt and enhance our platform. To attract new customers and increase revenue from existing customers, we need to continue to enhance and improve our platform, to meet customer needs at prices that customers are willing

24

to pay. Such efforts will require adding new features, expanding related applications and responding to technological advancements, which will increase our research and development costs. If we are unable to develop solutions that address customers' needs, or enhance and improve our platform in a timely manner, we may not be able to increase or maintain market acceptance of our platform.

Further, we may make changes to our platform that customers do not find useful. We may also discontinue certain features, begin to charge for certain features that are currently free or increase fees for any features or usage of our platform. We may also face unexpected problems or challenges in connection with new applications or feature introductions. Enhancements and changes to our platform could fail to attain sufficient market acceptance for many reasons, including:

- failure to predict market demand accurately in terms of platform functionality and capability or to supply features that meets this demand in a timely fashion;

- inability to operate effectively with the technologies, systems or applications of existing or potential customers;

- defects, errors or failures;

- negative publicity about their performance or effectiveness;

- delays in releasing new enhancements and additional features to our platform to the market;

- the introduction or anticipated introduction of competing products;

- an ineffective sales force;

- poor business conditions for our end-customers, causing them to delay purchases;

- challenges with customer adoption and use of our platform on mobile devices or problems encountered in developing or supporting enhancements to our mobile applications; and

- the reluctance of customers to purchase subscriptions to software incorporating open source software.

In addition, because our platform is designed to operate on and with a variety of systems, we will need to continuously modify and enhance our platform to keep pace with changes in technology, and we may fail to do so.

Moreover, many competitors expend a considerably greater amount of funds on their research and development programs, and those that do not may be acquired by larger companies that would allocate greater resources to competitors' research and development programs. If we fail to maintain adequate research and development resources or compete effectively with the research and development programs of competitors, our business could be harmed. Our ability to grow is also subject to the risk of future disruptive technologies. If new technologies emerge that are able to deliver business intelligence solutions at lower prices, more efficiently, more conveniently or more securely, such technologies could adversely affect our ability to compete.

***We are dependent on the continued services and performance of our senior management and other key personnel, the loss of any of whom could adversely affect our business.***

Our future success depends in large part on the continued contributions of our executive officers, members of senior management and other key personnel. We do not maintain "key person" insurance for any employee. Our executive officers, senior management and key personnel are all employed on an at-will basis, which means that they could terminate their employment with us at any time, for any reason and without notice. The loss of any of our key management personnel could significantly delay or prevent the achievement of our development and strategic objectives and adversely affect our business.

***If we are unable to attract, integrate and retain additional qualified personnel, including top technical talent, our business could be adversely affected.***

Future success depends in part on our ability to identify, attract, integrate and retain highly skilled technical, managerial, sales and other personnel. We face intense competition for qualified individuals from numerous other companies, including other software and technology companies, many of whom have greater financial and other resources than we do. These companies also may provide more diverse opportunities and better chances for career advancement. Some of these characteristics may be more appealing to high-quality candidates than those we have to offer. In addition, new hires often require significant training and, in many cases, take significant time before they achieve full productivity. We may incur significant costs to attract and retain qualified personnel, including significant expenditures related to salaries and benefits and compensation expenses related

25

to equity awards, and we may lose new employees to competitors or other companies before we realize the benefit of our investment in recruiting and training them. Moreover, new employees may not be or become as productive as we expect, as we may face challenges in adequately or appropriately integrating them into our workforce and culture. In addition, as we move into new geographies, we will need to attract and recruit skilled personnel in those areas. We have limited experience with recruiting in geographies outside of the United States, and may face additional challenges in attracting, integrating and retaining international employees. If we are unable to attract, integrate and retain suitably qualified individuals who are capable of meeting our growing technical, operational and managerial requirements, on a timely basis or at all, our business will be adversely affected.

Volatility or lack of positive performance in our stock price may also affect our ability to attract and retain our key employees. Employees may be more likely to leave us if the shares they own or the shares underlying their vested options have significantly appreciated in value relative to the original purchase prices of the shares or the exercise prices of the options, or, conversely, if the exercise prices of the options that they hold are significantly above the market price of our common stock. If we are unable to appropriately incentivize and retain our employees through equity compensation, or if we need to increase our compensation expenses in order to appropriately incentivize and retain our employees, our business, operating results, financial condition and cash flows would be adversely affected.

### If we are unable to develop and maintain successful relationships with channel partners, our business, operating results, and financial condition could be adversely affected.

To date, we have been primarily dependent on our direct sales force to sell subscriptions to our platform. Although we have developed relationships with some channel partners, such as referral partners, resellers, and integration partners, these channels have resulted in limited revenue historically. We believe that continued growth in our business is dependent upon identifying, developing, and maintaining strategic relationships with additional channel partners that can drive substantial revenue. If we fail to identify additional channel partners in a timely and cost-effective manner, or at all, or are unable to assist our current and future channel partners in independently selling and deploying our products, our business, results of operations, and financial condition could be adversely affected. Typically, agreements with channel partners are non-exclusive, meaning our channel partners may offer customers the products of several different companies, including products that compete with our platform. They may also cease marketing our platform with limited or no notice and with little or no penalty. Additionally, customer retention and expansion attributable to customers acquired through our channel partners may differ significantly from customers acquired through our direct sales efforts. If our channel partners do not effectively market and sell our products, or fail to meet the needs of our customers, our reputation and ability to grow our business may also be adversely affected.

Sales by channel partners are more likely than direct sales to involve collectability concerns. In particular sales by our channel partners into developing markets, and accordingly, variations in the mix between revenue attributable to sales by channel partners and revenue attributable to direct sales, may result in fluctuations in our operating results.

### If we fail to offer high-quality professional services and support, our business and reputation may suffer.

High-quality professional services and support, including training, implementation and consulting services, are important for the successful marketing, sale and use of our platform and for the renewal of subscriptions by existing customers. Professional services may be provided by us or by a third-party partner. The importance of high-quality professional services and support will increase as we expand our business and pursue new customers. If we or our third-party partners do not provide effective ongoing support, our ability to retain and expand use of our platform and related applications to existing customers may suffer, and our reputation with existing or potential customers may be harmed.

We continue to pursue strategies to reduce the amount of professional services required for a customer to begin to use and gain value from our platform, lower the overall costs of professional service fees to our customers, and improve the gross margin of our professional services business. If we are unable to successfully accomplish these objectives, our operating results, including our profit margins, may be harmed.

### We may not timely and effectively scale our existing technology, including our computing architecture, to meet the performance and other requirements placed on our systems, which could increase expenditures unexpectedly and create risk of outages and other performance and quality of service issues for our customers.

Our future growth and renewal rates depend on our ability to meet customers' expectations with respect to the speed, reliability and other performance attributes of our platform, and to meet the expanding needs of customers as their use of our platform grows. The number of users, the amount and complexity of data ingested, created, transferred, processed and stored by us, the number of locations where our platform is being accessed, and the number of processes and systems managed by us

26

on behalf of these customers, among other factors, separately and combined, can have an effect on the performance of our platform. In order to ensure that we meet the performance and other requirements of customers, we continue to make significant investments to develop and implement new technologies in our platform and infrastructure operations. These technologies, which include database, application and server advancements, revised network and hosting strategies, and automation, are often advanced, complex, and sometimes broad in scope and untested through industry-wide usage. We may not be successful in developing or implementing these technologies. To the extent that we do not develop offerings and scale our operations in a manner that maintains performance as our customers expand their use, our business and operating results may be harmed.

We may not accurately assess the capital and operational expenditures required to successfully fulfill our objectives and our financial performance may be harmed as a result. Further, we may make mistakes in the technical execution of these efforts to improve our platform, which may affect our customers. Issues that may arise include performance, data loss or corruption, outages, and other issues that could give rise to customer satisfaction issues, loss of business, and harm to our reputation. If any of these were to occur there would be a negative and potentially significant impact to our financial performance. Lastly, our ability to generate new applications, and improve our current solutions may be limited if and to the extent resources are necessarily allocated to address issues related to the performance of existing solutions.

***Real or perceived errors, failures, or bugs in our platform could adversely affect our operating results and growth prospects.***

We update our platform on a frequent basis. Despite efforts to test our updates, errors, failures or bugs may not be found in our platform until after it is deployed to our customers. We have discovered and expect we will continue to discover errors, failures and bugs in our platform and anticipate that certain of these errors, failures and bugs will only be discovered and remediated after deployment to customers. Real or perceived errors, failures or bugs in our platform could result in negative publicity, government inquiries, loss of or delay in market acceptance of our platform, loss of competitive position, or claims by customers for losses sustained by them. In such an event, we may be required, or may choose, for customer relations or other reasons, to expend additional resources in order to help correct the problem.

We implement bug fixes and upgrades as part of our regular system maintenance, which may lead to system downtime. Even if we are able to implement the bug fixes and upgrades in a timely manner, any history of inaccuracies in the data we collect for our customers, or the loss, damage, unauthorized access to or acquisition of, or inadvertent release or exposure of confidential or other sensitive data could cause our reputation to be harmed and result in claims against us, and customers may elect not to purchase or renew their agreements with us or we may incur increased insurance costs. The costs associated with any material defects or errors in our software or other performance problems may be substantial and could harm our operating results.

***If we fail to meet our service level commitments, our business, results of operations and financial condition could be adversely affected.***

Our subscription agreements with many of our customers, including most of our top customers, provide certain service level commitments. If we are unable to meet the stated service level commitments or suffer extended periods of downtime that exceed the periods allowed under our subscription agreements, we may be obligated to provide these customers with service credits, or we could face subscription terminations, which could significantly impact our revenue. Any extended service outages could also adversely affect our reputation, which would also impact our future revenue and operating results.

Our customers depend on our customer support organization to resolve technical issues relating to our platform. We may be unable to respond quickly enough to accommodate short-term increases in customer demand for support services. Increased customer demand for these services, without corresponding revenue, could increase costs and adversely affect our operating results. In addition, our sales process is highly dependent on the ease of use of our services, on our reputation and on positive recommendations from our existing customers. Any failure to maintain high-quality customer support, or a market perception that we do not maintain high-quality support, could adversely affect our reputation and our ability to sell our services to existing and prospective customers.

***Interruptions or performance problems associated with our technology and infrastructure may adversely affect our business and operating results.***

Our continued growth depends in part on the ability of existing and potential customers to access our platform at any time. We have experienced, and may in the future experience, disruptions, outages, and other performance problems due to a variety of factors, including infrastructure changes, introductions of new capabilities, human or technology errors, distributed denial of service attacks, or other security related incidents. In some instances, we may not be able to identify the cause or causes of these performance problems within an acceptable period of time. It may become increasingly difficult to maintain and improve our

27

performance, especially during peak usage times and as our platform becomes more complex and user traffic increases. If our platform is unavailable or if users are unable to access our platform within a reasonable amount of time, or at all, our business will be harmed.

We also rely on SaaS and other technologies from third parties in order to operate critical functions of our business. To the extent that our third-party service providers experience outages, disruptions, or other performance problems, or to the extent we do not effectively address capacity constraints, upgrade our systems as needed, and continually develop our technology and network architecture to accommodate actual and anticipated changes in technology, our business and operating results may be adversely affected. In addition, if our agreements with third-party software or services vendors are not renewed or the third-party software or services become obsolete, fail to function properly, are incompatible with future versions of our products or services, are defective or otherwise fail to address our needs, there is no assurance that we would be able to replace the functionality provided by the third-party software or services with software or services from alternative providers.

We have taken steps to increase redundancy in our platform and infrastructure and have plans in place to mitigate events that could disrupt our platform's service. However, there can be no assurance that these efforts would protect against interruptions or performance problems.

***We rely upon data centers and other systems and technologies provided by third parties, and technology systems and electronic networks supplied and managed by third parties, to operate our business and interruptions or performance problems with these systems, technologies and networks may adversely affect our business and operating results.***

We rely on data centers and other technologies and services provided by third parties in order to manage our cloud-based infrastructure and operate our business. If any of these services becomes unavailable or otherwise is unable to serve our requirements due to extended outages, interruptions, facility closure, or because it is no longer available on commercially reasonable terms, expenses could increase, our ability to manage finances could be interrupted and our operations otherwise could be disrupted or otherwise impacted until appropriate substitute services, if available, are identified, obtained, and implemented.

We do not control, or in some cases have limited control over, the operation of the data center facilities we use, and they are vulnerable to damage or interruption from earthquakes, floods, fires, power loss, telecommunications failures and similar events. They may also be subject to break-ins, sabotage, intentional acts of vandalism and similar misconduct, to adverse events caused by operator error, and to interruptions, data loss or corruption, and other performance problems due to various factors, including introductions of new capabilities, technology errors, infrastructure changes, distributed denial of service attacks, or other security related incidents. For instance, in December 2017, researchers identified significant CPU architecture vulnerabilities commonly known as "Spectre" and "Meltdown" that have required software updates and patches, including for providers of public cloud services, to mitigate such vulnerabilities and such updates and patches have required servers to be offline and potentially slow their performance. We may not be able to rapidly switch to new data centers or move customers from one data center to another in the event of any adverse event. Despite precautions taken at these facilities, the occurrence of a natural disaster, an act of terrorism or other act of malfeasance, a decision to close the facilities without adequate notice or other unanticipated problems at these facilities could result in lengthy interruptions in our service and the loss or corruption of, or unauthorized access to or acquisition of, customer data.

In addition, if we do not accurately predict our infrastructure capacity requirements, customers could experience service shortfalls. The provisioning of additional cloud hosting capacity and data center infrastructure requires lead time. As we continue to add data centers, restructure our data management plans, and increase capacity in existing and future data centers, we may be required to move or transfer our data and customers' data. Despite precautions taken during such processes and procedures, any unsuccessful data transfers may impair customers' use of our platform, and we may experience costs or downtime in connection with the transfer of data to other facilities, which may lead to, among other things, customer dissatisfaction and non-renewals. The owners of our data center facilities have no obligation to renew their agreements with us on commercially reasonable terms, or at all. If we are unable to renew these agreements on commercially reasonable terms, we may be required to transfer to new data center facilities, and we may incur significant costs and possible service interruption in connection with doing so.

Our ability to provide services and solutions to customers also depends on our ability to communicate with customers through the public internet and electronic networks that are owned and operated by third parties. In addition, in order to provide services on-demand and promptly, our computer equipment and network servers must be functional 24 hours per day, which requires access to telecommunications facilities managed by third parties and the availability of electricity, which we do not control. A severe disruption of one or more of these networks or facilities, including as a result of utility or third-party system interruptions, could impair our ability to process information and provide services to our customers.

28

Any unavailability of, or failure to meet our requirements by, third-party data centers or other third-party technologies or services, or any disruption of the internet or the third-party networks or facilities that we rely upon, could impede our ability to provide services to customers, harm our reputation, result in a loss of customers, cause us to issue refunds or service credits to customers, subject us to potential liabilities, result in contract terminations, and adversely affect our renewal rates. Any of these circumstances could adversely affect our business and operating results.

***If our or our customers' access to data becomes limited, our business, results of operations and financial condition may be adversely affected.***

The success of our platform is dependent in large part on our customers' ability to access data maintained on third party software and service platforms. Generally, we do not have agreements in place with these third parties that guarantee access to their platforms, and any agreements that we do have in place with these third parties are typically terminable for convenience by the third party. If these third parties restrict or prevent our ability to integrate our platform with their software or platform, including but not limited to, by limiting the functionality of our data connectors, our ability to access the data maintained on their systems or the speed at which such data is delivered, customers' ability to access their relevant data in a timely manner may be limited, and our business and operating results may be adversely affected.

***Our business depends on continued and unimpeded access to the internet and mobile networks.***

Our customers who access our platform and services through mobile devices, such as smartphones, laptops and tablet computers, must have a high-speed internet connection to use our services. Currently, this access is provided by telecommunications companies and internet access service providers that have significant and increasing market power in the broadband and internet access marketplace. In the absence of government regulation, these providers could take measures that affect their customers' ability to use our products and services, such as degrading the quality of the data packets we transmit over their lines, giving our packets low priority, giving other packets higher priority than ours, blocking our packets entirely, or attempting to charge their customers more for using our platform and services. To the extent that internet service providers implement usage-based pricing, including meaningful bandwidth caps, or otherwise try to monetize access to their networks, we could incur greater operating expenses and customer acquisition and retention could be negatively impacted. Furthermore, to the extent network operators were to create tiers of internet access service and either charge us for or prohibit our services from being available to our customers through these tiers, our business could be negatively impacted.

On February 26, 2015, the Federal Communications Commission, or the FCC, reclassified broadband internet access services in the United States as a telecommunications service subject to some elements of common carrier regulation, including the obligation to provide service on just and reasonable terms, and adopted specific net neutrality rules prohibiting the blocking, throttling or "paid prioritization" of content or services. However, in December 2017, the FCC once again classified broadband internet access service as an unregulated information service and repealed the specific rules against blocking, throttling or "paid prioritization" of content or services. It retained a rule requiring internet service providers to disclose their practices to consumers, entrepreneurs and the FCC. A number of parties have already stated they would appeal this order and it is possible Congress may adopt legislation restoring some net neutrality requirements. The elimination of net neutrality rules and any changes to the rules could affect the market for broadband internet access service in a way that impacts our business, for example, if internet access providers begin to limit the bandwidth and speed for the transmission of data from independent software vendors.

***Catastrophic events may disrupt our business and impair our ability to provide our platform to customers, resulting in costs for remediation, customer dissatisfaction, and other business or financial losses.***

Our operations depend, in part, on our ability to protect our facilities against damage or interruption from natural disasters, power or telecommunications failures, criminal acts and similar events. Despite precautions taken at our facilities, the occurrence of a natural disaster, an act of terrorism, vandalism or sabotage, spikes in usage volume or other unanticipated problems at a facility could result in lengthy interruptions in the availability of our platform. Even with current and planned disaster recovery arrangements, our business could be harmed. Also, in the event of damage or interruption, our insurance policies may not adequately compensate us for any losses that we may incur. These factors in turn could further reduce revenue, subject us to liability and cause us to issue credits or cause customers to fail to renew their subscriptions, any of which could harm our business.

***Our long-term growth depends in part on being able to expand internationally on a profitable basis.***

Historically, we have generated a substantial majority of our revenue from customers inside the United States. For example, approximately 86%, 82% and 79% of our total revenue for the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2018, respectively, was derived from sales within the United States. We have begun to expand

29

internationally and plan to continue to expand our international operations as part of our growth strategy. Expanding our international operations will subject us to a variety of risks and challenges, including:

- the need to make significant investments in people, solutions and infrastructure, typically well in advance of revenue generation;

- the need to localize and adapt our application for specific countries, including translation into foreign languages and associated expenses;

- potential changes in public or customer sentiment regarding cloud-based services or the ability of non-local enterprises to provide adequate data protection, particularly in the European Union;

- technical or latency issues in delivering our platform;

- dependence on certain third parties, including resellers with whom we do not have extensive experience;

- the lack of reference customers and other marketing assets in regional markets that are new or developing for us, as well as other adaptations in our market generation efforts that we may be slow to identify and implement;

- unexpected changes in regulatory requirements, taxes or trade laws;

- differing labor regulations, especially in the European Union, where labor laws are generally more advantageous to employees as compared to the United States, including deemed hourly wage and overtime regulations in these locations;

- challenges inherent in efficiently managing an increased number of employees over large geographic distances, including the need to implement appropriate systems, policies, benefits and compliance programs;

- difficulties in maintaining our company culture with a dispersed and distant workforce;

- difficulties in managing a business in new markets with diverse cultures, languages, customs, legal systems, alternative dispute systems and regulatory systems;

- currency exchange rate fluctuations and the resulting effect on our revenue and expenses, and the cost and risk of entering into hedging transactions if we choose to do so in the future;

- limitations on our ability to reinvest earnings from operations in one country to fund the capital needs of our operations in other countries;

- limited or insufficient intellectual property protection, or the risk that our products may conflict with, infringe or otherwise violate foreign intellectual property;

- political instability or terrorist activities;

- requirements to comply with foreign privacy, information security, and data protection laws and regulations and the risks and costs of non-compliance;

- likelihood of potential or actual violations of domestic and international anticorruption laws, such as the U.S. Foreign Corrupt Practices Act and the U.K. Bribery Act, or of U.S. and international export control and sanctions regulations, which likelihood may increase with an increase of sales or operations in foreign jurisdictions and operations in certain industries;

- requirements to comply with U.S. export control and economic sanctions laws and regulations and other restrictions on international trade;

- likelihood that the United States and other governments and their agencies impose sanctions and embargoes on certain countries, their governments and designated parties, which may prohibit the export of certain technology, products, and services to such persons;

- adverse tax burdens and foreign exchange controls that could make it difficult to repatriate earnings and cash should we desire to do so; and

- our ability to recruit and engage local channel and implementation partners.

30

Any of these risks could adversely affect our international operations, reduce our international revenue or increase our operating costs, adversely affecting our business, operating results and financial condition and growth prospects.

For example, compliance with laws and regulations applicable to our international operations increases the cost of doing business in foreign jurisdictions. We may be unable to keep current with changes in government requirements as they change from time to time. Failure to comply with these regulations could have adverse effects on our business. In addition, in many foreign countries it is common for others to engage in business practices that are prohibited by our internal policies and procedures or U.S. laws and regulations applicable to us. We have not historically had formal policies with respect to these laws and regulations, and have only recently begun to implement compliance procedures designed to prevent violations of these laws and regulations. There can be no assurance that all of our employees, contractors, and agents will comply with the formal policies we will implement, or applicable laws and regulations. Violations of laws or key control policies by our employees, contractors, channel partners or agents could result in delays in revenue recognition, financial reporting misstatements, fines, penalties, or the prohibition of the importation or exportation of our software and services and could have a material adverse effect on our business and operating results.

Some of our business partners also have international operations and are subject to the risks described above. Even if we are able to successfully manage the risks of international operations, our business may be adversely affected if our business partners are not able to successfully manage these risks.

***Increased sales to customers outside the United States or paid for in currency other than the U.S. dollar exposes us to potential currency exchange losses.***

As our international sales and operations increase, so too will the number and significance of transactions, including intercompany transactions, occurring in currencies other than the U.S. dollar. In addition, our international subsidiaries may accumulate assets and liabilities that are denominated in currencies other than the U.S. dollar, which is the functional reporting currency of these entities. Accordingly, changes in the value of foreign currencies relative to the U.S. dollar can affect our revenue and operating results due to foreign currency gains and losses that are reflected in our earnings. We do not currently maintain a program to hedge transactional exposures in foreign currencies. However, in the future, we may use derivative instruments, such as foreign currency forward and option contracts, to hedge certain exposures to fluctuations in foreign currency exchange rates. The use of such hedging activities may not offset any or more than a portion of the adverse financial effects of unfavorable movements in foreign exchange rates over the limited time the hedges are in place. Moreover, the use of hedging instruments may introduce additional risks if we are unable to structure effective hedges with such instruments.

***Future changes in the regulations and laws of the United States, or those of the international markets in which we do business, could harm our business.***

We are subject to general business regulations and laws, as well as regulations and laws specifically governing the internet and software, in the United States as well as the international markets in which we do business. These regulations and laws may cover employment, taxation, privacy, data security, data protection, pricing, content, copyrights and other intellectual property, mobile communications, electronic contracts and other communications, consumer protection, unencumbered internet access to our services, the design and operation of websites, and the characteristics and quality of software and services. It is possible changes to these regulations and laws, as well as compliance challenges related to the complexity of multiple, conflicting and changing sets of applicable regulations and laws, may impact our sales, operations, and future growth.

***Economic uncertainties or downturns could materially adversely affect our business.***

Current or future economic uncertainties or downturns could adversely affect our business and operating results. Negative conditions in the general economy both in the United States and abroad, including conditions resulting from changes in gross domestic product growth, the continued sovereign debt crisis, financial and credit market fluctuations, political deadlock, natural catastrophes, warfare and terrorist attacks on the United States, Europe, the Asia Pacific region or elsewhere, could cause a decrease in business investments, including corporate spending on business intelligence software in general and negatively affect the rate of growth of our business.

General worldwide economic conditions have experienced a significant downturn and continue to remain unstable. These conditions make it extremely difficult for our customers and us to forecast and plan future business activities accurately, and they could cause customers to reevaluate their decisions to subscribe to our platform, which could delay and lengthen our sales cycles or result in cancellations of planned purchases. Furthermore, during challenging economic times customers may tighten their budgets and face issues in gaining timely access to sufficient credit, which could result in an impairment of their ability to

31

make timely payments to us. In turn, we may be required to increase our allowance for doubtful accounts, which would adversely affect our financial results.

To the extent subscriptions to our platform are perceived by customers and potential customers to be discretionary, our revenue may be disproportionately affected by delays or reductions in general information technology spending. Also, customers may choose to develop in-house software as an alternative to using our platform. Moreover, competitors may respond to market conditions by lowering prices and attempting to lure away our customers. In addition, the increased pace of consolidation in certain industries may result in reduced overall spending on our platform.

We cannot predict the timing, strength or duration of any economic slowdown, instability or recovery, generally or within any particular industry. If the economic conditions of the general economy or industries in which we operate do not improve, or worsen from present levels, our business, operating results, financial condition and cash flows could be adversely affected.

***Our business is highly dependent upon our brand recognition and reputation, and the failure to maintain or enhance our brand recognition or reputation would likely adversely affect our business and operating results.***

We believe that maintaining and enhancing the Domo brand identity and our reputation are critical to our relationships with customers and channel partners and to our ability to attract new customers and channel partners. We also believe that the importance of our brand recognition and reputation will continue to increase as competition in our market continues to develop. Our success in this area will depend on a wide range of factors, some of which are beyond our control, including the following:

- the efficacy of our marketing efforts;

- our ability to maintain a high-quality, innovative and error- and bug-free platform;

- our ability to obtain new customers and retain and increase usage by existing customers;

- our ability to maintain high customer satisfaction;

- the quality and perceived value of our platform;

- our ability to obtain, maintain and enforce trademarks and other indicia of origin that are valuable to our brand;

- our ability to successfully differentiate our platform from competitors' products;

- actions of competitors and other third parties;

- our ability to provide customer support and professional services;

- any actual or perceived data breach or data loss, or misuse or perceived misuse of our platform;

- positive or negative publicity;

- interruptions, delays or attacks on our platform;

- challenges with customer adoption and use of our platform on mobile devices or problems encountered in developing or supporting enhancements to our mobile applications; and

- litigation or regulatory related developments.

If our brand promotion activities are not successful, our operating results and growth may be harmed.

Independent industry analysts often provide reviews of our platform, as well as competitors' products, and perception of our platform in the marketplace may be significantly influenced by these reviews. If these reviews are negative, or less positive as compared to those of competitors' products and services, our brand may be adversely affected.

Furthermore, negative publicity, whether or not justified, relating to events or activities attributed to us, our employees, partners or others associated with any of these parties, may tarnish our reputation and reduce the value of our brand. Damage to our reputation and loss of brand equity may reduce demand for our platform and have an adverse effect on our business, operating results and financial condition. Moreover, any attempts to rebuild our reputation and restore the value of our brand may be costly and time consuming, and such efforts may not ultimately be successful.

32

*Contractual disputes with our customers could be costly, time-consuming and harm our reputation.*

Our business is contract intensive and we are party to contracts with our customers all over the world. Our contracts can contain a variety of terms, including service levels, security obligations, indemnification and regulatory requirements. Contract terms may not always be standardized across our customers and can be subject to differing interpretations, which could result in disputes with our customers from time to time. If our customers notify us of an alleged contract breach or otherwise dispute any provision under our contracts, the resolution of such disputes in a manner adverse to our interests could negatively affect our operating results.

Additionally, if customers fail to pay us under the terms of our agreements, we may be adversely affected both from the inability to collect amounts due and the cost of enforcing the terms of our contracts, including litigation. The risk of such negative effects increases with the term length of our customer arrangements. Furthermore, some of our customers may seek bankruptcy protection or other similar relief and fail to pay amounts due to us, or pay those amounts more slowly, either of which could adversely affect our operating results, financial position and cash flow.

*Third-party claims that we are infringing or otherwise violating the intellectual property rights of others, whether successful or not, could subject us to costly and time-consuming litigation or require us to obtain expensive licenses, and our business could be harmed.*

The technology industry is characterized by the existence of a large number of patents, copyrights, trademarks, trade secrets and other intellectual property rights. Companies in the technology industry must often defend against litigation claims based on allegations of infringement or other violations of intellectual property rights. Third parties, including our competitors, may own patents or other intellectual property rights that cover aspects of our technology or business methods and may assert patent or other intellectual property rights against us and others in the industry. Moreover, in recent years, individuals and groups that are non-practicing entities, commonly referred to as "patent trolls," have purchased patents and other intellectual property assets for the purpose of making claims of infringement or other violation of intellectual property rights in order to extract settlements. From time to time, we have received and may receive in the future threatening letters, notices or "invitations to license," or may be the subject of claims that our technology and business operations infringe or otherwise violate the intellectual property rights of others. Responding to such claims, regardless of their merit, can be time consuming, costly to defend in litigation, divert management's attention and resources, damage our reputation and brand and cause us to incur significant expenses. Claims of intellectual property infringement or other violations of intellectual property rights might require us to stop using technology found to infringe or violate a third party's rights, redesign our platform, which could require significant effort and expense and cause delays of releases, enter into costly settlement or license agreements or pay costly damage awards, or face a temporary or permanent injunction prohibiting us from marketing or selling our platform. If we cannot or do not license the infringed or otherwise violated technology on commercially reasonable terms or at all, or substitute similar technology from another source, we could be forced to limit or stop selling our platform, we may not be able to meet our obligations to customers under our customer contracts, revenue and operating results could be adversely impacted, and we may be unable to compete effectively. Even if we are successful in defending against allegations of intellectual property infringement, litigation may be costly and may divert the time and other resources of our management. Additionally, customers may not purchase our platform if they are concerned that they may infringe or otherwise violate third-party intellectual property rights. The occurrence of any of these events may harm our business.

*Indemnity provisions in various agreements potentially expose us to substantial liability for intellectual property infringement and other losses.*

Our agreements with customers and other third parties may include indemnification provisions under which we agree to indemnify them for losses suffered or incurred as a result of claims of intellectual property infringement or other violations of intellectual property rights, damages caused by us to property or persons, or other liabilities relating to or arising from our software, services or other contractual obligations. Large indemnity payments could harm our business, results of operations and financial condition. Any dispute with a customer with respect to such obligations could have adverse effects on our relationship with that customer and other existing customers and new customers and harm our business and results of operations.

*The success of our business depends in part on our ability to protect and enforce our intellectual property rights.*

Our success is dependent, in part, upon protecting our proprietary technology. As of April 30, 2018, we had 85 issued U.S. patents covering our technology and 45 patent applications pending for examination in the United States. Our issued patents, and any patents issued in the future, may not provide us with any competitive advantages or may be challenged by third parties, and our patent applications may never be granted. Additionally, the process of obtaining patent protection is expensive and time-consuming, and we may not be able to prosecute all necessary or desirable patent applications at a reasonable cost or in a timely

33

manner. Even if issued, there can be no assurance that these patents will adequately protect our intellectual property, as the legal standards relating to the validity, enforceability and scope of protection of patent and other intellectual property rights are uncertain.

Any patents that are issued may subsequently be invalidated or otherwise limited, allowing other companies to develop offerings that compete with ours, which could adversely affect our competitive business position, business prospects and financial condition. In addition, issuance of a patent does not guarantee that we have a right to practice the patented invention. Patent applications in the United States are typically not published until 18 months after filing or, in some cases, not at all, and publications of discoveries in industry-related literature lag behind actual discoveries. We cannot be certain that we were the first to use the inventions claimed in our issued patents or pending patent applications or otherwise used in our platform, that we were the first to file for protection in our patent applications, or that third parties do not have blocking patents that could be used to prevent us from marketing or practicing our patented technology. Effective patent, trademark, copyright and trade secret protection may not be available to us in every country in which our platform is available. The laws of some foreign countries may not be as protective of intellectual property rights as those in the United States (in particular, some foreign jurisdictions do not permit patent protection for software), and mechanisms for enforcement of intellectual property rights may be inadequate. Additional uncertainty may result from changes to intellectual property legislation enacted in the United States, including the America Invents Act, and other national governments and from interpretations of the intellectual property laws of the United States and other countries by applicable courts and agencies. Accordingly, despite our efforts, we may be unable to prevent third parties from infringing upon or misappropriating our intellectual property.

Although we generally enter into confidentiality and invention assignment agreements with our employees and consultants that have access to material confidential information and enter into confidentiality agreements with our customers and the parties with whom we have strategic relationships and business alliances, no assurance can be given that these agreements will be effective in controlling access to and distribution of our platform and propriety information or prevent reverse engineering. Further, these agreements may not prevent competitors from independently developing technologies that are substantially equivalent or superior to our platform, and we may be unable to prevent this competition.

Unauthorized use of our intellectual property may have already occurred or may occur in the future. We may be required to spend significant resources to monitor and protect our intellectual property rights. Litigation may be necessary in the future to enforce our intellectual property rights. Such litigation could be costly, time consuming and distracting to management and could result in the impairment or loss of portions of our intellectual property. Furthermore, efforts to enforce our intellectual property rights may be met with defenses, counterclaims and countersuits attacking the validity and enforceability of our intellectual property rights. We may not prevail in any lawsuits that we initiate. Any litigation, whether or not resolved in our favor, could subject us to substantial costs, divert resources and the attention of management and technical personnel from our business and adversely affect our business. Our inability to protect our proprietary technology against unauthorized copying or use, as well as any costly litigation, could delay further sales or the implementation of our platform, impair the functionality of our platform, delay introductions of new features or enhancements, result in our substituting inferior or more costly technologies into our platform, or injure our reputation.

We may initiate claims or litigation against third parties for infringement or other violation of our proprietary rights or to establish the validity of our proprietary rights. Litigation also puts our patents at risk of being invalidated or interpreted narrowly and our patent applications at risk of not issuing. Additionally, we may provoke third parties to assert counterclaims against us. We may not prevail in any lawsuits that we initiate, and the damages or other remedies awarded, if any, may not be commercially viable. Any litigation, whether or not it is resolved in our favor, could result in significant expense to us and divert the efforts of our technical and management personnel, which may adversely affect our business, operating results, financial condition and cash flows.

***Incorrect or improper implementation or use of our platform could result in customer dissatisfaction and negatively affect our business, results of operations, financial condition, and growth prospects.***

Our platform is deployed in a wide variety of technology environments. Increasingly, our platform has been deployed in large scale, complex technology environments, and we believe our future success will depend on our ability to increase sales of our platform for use in such deployments. We must often assist our customers in achieving successful implementations of our platform, which we do through our professional services organization. The time required to implement our platform can vary. For complex deployments, implementation can take multiple months. If our customers are unable to implement our platform successfully, or unable to do so in a timely manner, customer perceptions of our platform may be harmed, our reputation and brand may suffer, and customers may choose to cease usage of our platform or not expand their use of our platform. Our customers and third-party partners may need training in the proper use of and the variety of benefits that can be derived from our platform

34

to maximize its benefits. If our platform is not effectively implemented or used correctly or as intended, or if we fail to adequately train customers on how to efficiently and effectively use our platform, our customers may not be able to achieve satisfactory outcomes. This could result in negative publicity and legal claims against us, which may cause us to generate fewer sales to new customers and reductions in renewals or expansions of the use of our platform with existing customers, any of which would harm our business and results of operations.

***Our use of "open source" software could negatively affect our ability to offer our platform and subject us to possible litigation.***

Our platform uses "open source" software that we, in some cases, have obtained from third parties. Open source software is generally freely accessible, usable and modifiable, and is made available to the general public on an "as-is" basis under the terms of a non-negotiable license. Use and distribution of open source software may entail greater risks than use of third-party commercial software. Open source licensors generally do not provide warranties or other contractual protections regarding infringement claims or other claims relating to violation of intellectual property rights or the quality of the software. In addition, certain open source licenses, like the GNU Affero General Public License, or AGPL, may require us to offer for no cost the components of our platform that incorporate the open source software, to make available source code for modifications or derivative works we create by incorporating or using the open source software, or to license our modifications or derivative works under the terms of the particular open source license. If we are required, under the terms of an open source license, to release our proprietary source code to the public, competitors could create similar products with lower development effort and time, which ultimately could result in a loss of sales for us.

We may also face claims alleging noncompliance with open source license terms or infringement, misappropriation or other violation of open source technology. These claims could result in litigation or require us to purchase a costly license, devote additional research and development resources to re-engineer our platform, discontinue the sale of our products if re-engineering could not be accomplished on a timely or cost-effective basis, or make generally available our proprietary code in source code form, any of which would have a negative effect on our business and operating results, including being enjoined from the offering of the components of our platform that contained the open source software. We could also be subject to lawsuits by parties claiming ownership of what we believe to be open source software. Litigation could be costly for us to defend, have a negative effect on our operating results and financial condition and require us to devote additional research and development resources to re-engineer our platform.

Although we monitor our use of open source software and try to ensure that none is used in a manner that would subject our platform to unintended conditions, few courts have interpreted open source licenses, and there is a risk that these licenses could be construed in a way that could impose unanticipated conditions or restrictions on our ability to commercialize our platform. We cannot guarantee that we have incorporated open source software in our platform in a manner that will not subject us to liability, or in a manner that is consistent with our current policies and procedures.

***We may be subject to litigation for a variety of claims, which could adversely affect our operating results, harm our reputation or otherwise negatively impact our business.***

In addition to intellectual property litigation, we may be subject to other claims arising from our normal business activities. These may include claims, lawsuits, and proceedings involving labor and employment, wage and hour, commercial and other matters. The outcome of any litigation, regardless of its merits, is inherently uncertain. Any claims and lawsuits, and the disposition of such claims and lawsuits, could be time-consuming and expensive to resolve, divert management attention and resources, and lead to attempts on the part of other parties to pursue similar claims. Any adverse determination related to litigation could adversely affect our operating results, harm our reputation or otherwise negatively impact our business. In addition, depending on the nature and timing of any such dispute, a resolution of a legal matter could materially affect our future operating results, our cash flows or both.

***Future acquisitions could disrupt our business and adversely affect our operating results, financial condition and cash flows.***

We may make acquisitions that could be material to our business, operating results, financial condition and cash flows. Our ability as an organization to successfully acquire and integrate technologies or businesses is unproven. Acquisitions involve many risks, including the following:

- an acquisition may negatively affect our operating results, financial condition or cash flows because it may require us to incur charges or assume substantial debt or other liabilities, may cause adverse tax consequences or unfavorable accounting treatment, may expose us to claims and disputes by third parties, including intellectual property claims and disputes, or may not generate sufficient financial return to offset additional costs and expenses related to the acquisition;

35

- we may encounter difficulties or unforeseen expenditures in integrating the business, technologies, products, personnel or operations of any company that we acquire, particularly if key personnel of the acquired company decide not to work for us;

- an acquisition may disrupt our ongoing business, divert resources, increase our expenses and distract our management;

- an acquisition may result in a delay or reduction of customer purchases for both us and the company we acquired due to customer uncertainty about continuity and effectiveness of service from either company;

- we may encounter difficulties in, or may be unable to, successfully sell any acquired products;

- an acquisition may involve the entry into geographic or business markets in which we have little or no prior experience or where competitors have stronger market positions;

- the potential strain on our financial and managerial controls and reporting systems and procedures;

- potential known and unknown liabilities associated with an acquired company;

- if we incur debt to fund such acquisitions, such debt may subject us to material restrictions on our ability to conduct our business as well as financial maintenance covenants;

- the risk of impairment charges related to potential write-downs of acquired assets or goodwill in future acquisitions;

- to the extent that we issue a significant amount of equity or convertible debt securities in connection with future acquisitions, existing stockholders may be diluted and earnings per share may decrease; and

- managing the varying intellectual property protection strategies and other activities of an acquired company.

We may not succeed in addressing these or other risks or any other problems encountered in connection with the integration of any acquired business. The inability to integrate successfully the business, technologies, products, personnel or operations of any acquired business, or any significant delay in achieving integration, could have a material adverse effect on our business, operating results, financial condition and cash flows.

***Our credit facility contains restrictive covenants that may limit our operating flexibility.***

Our credit facility contains restrictive covenants that limit our ability to transfer or dispose of assets, merge with other companies or consummate certain changes of control, acquire other companies, open new offices that contain a material amount of assets, pay dividends, incur additional indebtedness and liens and enter into new businesses. We therefore may not be able to engage in any of the foregoing transactions unless we obtain the consent of the lender or terminate the credit facility, which may limit our operating flexibility. In addition, our credit facility is secured by all of our assets, including our intellectual property, and requires us to satisfy certain financial covenants. There is no guarantee that we will be able to generate sufficient cash flow or sales to meet these financial covenants or pay the principal and interest on any such debt. Furthermore, there is no guarantee that future working capital, borrowings or equity financing will be available to repay or refinance any such debt. Any inability to make scheduled payments or meet the financial covenants on our credit facility would adversely affect our business.

***Governmental export or import controls could limit our ability to compete in foreign markets and subject us to liability if we violate them.***

Our software is subject to U.S. export controls, and we incorporate encryption technology into our platform. These products and the underlying technology may be exported only with the required export authorizations, including by license, a license exception or other appropriate government authorizations. U.S. export controls may require submission of a product classification and annual or semi-annual reports. Governmental regulation of encryption technology and regulation of imports or exports of encryption products, or our failure to obtain required import or export authorization for our platform, when applicable, could harm our international sales and adversely affect our revenue. Compliance with applicable regulatory requirements regarding the export of our platform, including with respect to new releases of our platform, may create delays in the introduction of our product releases in international markets, prevent customers with international operations from deploying our platform or, in some cases, prevent the export of our platform to some countries altogether. Furthermore, U.S. export control laws and economic sanctions prohibit the shipment of certain products and services to countries, governments and persons targeted by U.S. sanctions. If we fail to comply with export and import regulations and such economic sanctions, we may be fined or other penalties could be imposed, including a denial of certain export privileges. Moreover, any new export or import restrictions, new legislation or shifting approaches in the enforcement or scope of existing regulations, or in the countries, persons or technologies targeted by

36

such regulations, could result in decreased use of our platform by, or in our decreased ability to export or sell subscriptions to our platform to, existing or potential customers with international operations. Any decreased use of our platform or limitation on our ability to export or sell subscriptions to our platform would likely adversely affect our business, financial condition and operating results.

***Failure to comply with anti-bribery, anti-corruption, and anti-money laundering laws could subject us to penalties and other adverse consequences.***

We are subject to the Foreign Corrupt Practices Act, or FCPA, the U.K. Bribery Act and other anti-corruption, anti-bribery and anti-money laundering laws in various jurisdictions both domestic and abroad. Anti-corruption, anti-bribery, and anti-money laundering laws have been enforced aggressively in recent years and are interpreted broadly and generally prohibit companies and their directors, officers, employees and agents from promising, authorizing, making or offering improper payments or other benefits to government officials and others in the private sector. Such laws apply to our agents/third parties, and we leverage third parties, including channel partners, to sell subscriptions to our platform and conduct our business abroad. We and our third-party intermediaries may have direct or indirect interactions with officials and employees of government agencies or state-owned or affiliated entities and may be held liable for the corrupt or other illegal activities of these third-party business partners and intermediaries, our employees, representatives, contractors, channel partners, and agents, even if we do not explicitly authorize such activities. While we have policies and procedures to address compliance with such laws, these policies and procedures were only recently adopted and we cannot assure you that all of our employees and agents will not take actions in violation of our policies and applicable law, for which we may be ultimately held responsible. Any violation of the FCPA or other applicable anti-bribery, anti-corruption laws, and anti-money laundering laws could result in whistleblower complaints, adverse media coverage, investigations, loss of export privileges, severe criminal or civil sanctions, a significant diversion of management's resources and attention or suspension or debarment from U.S. government contracts, all of which may have a material adverse effect on our reputation, business, operating results and prospects.

***We may be subject to additional obligations to collect and remit sales tax and other taxes, and we may be subject to tax liability for past transactions, which could harm our business.***

We do not collect sales and use, value added and similar taxes in all jurisdictions in which we have sales, based on our belief that such taxes are not applicable in certain jurisdictions. State, local and foreign jurisdictions have differing rules and regulations governing sales, use, value added and other taxes, and these rules and regulations are subject to varying interpretations that may change over time. In particular, the applicability of such taxes on subscriptions to our platform in various jurisdictions is unclear. Further, these jurisdictions' rules regarding tax nexus are complex and vary significantly. As a result, we could face the possibility of audits that could result in tax assessments, including associated interest and penalties. A successful assertion that we should be collecting additional sales, use, value added or other taxes in those jurisdictions where we have not historically done so could result in substantial tax liabilities and related penalties for past transactions, discourage customers from purchasing our application or otherwise harm our business and operating results.

***Changes in tax laws or regulations that are applied adversely to us or our customers could increase the costs of our platform and adversely impact our business.***

New income, sales, use or other tax laws, statutes, rules, regulations or ordinances could be enacted at any time, which could affect the tax treatment of our (and our subsidiaries') domestic and foreign financial results. Any new taxes could adversely affect our domestic and international business operations, and our business and financial performance. Further, existing tax laws, statutes, rules, regulations or ordinances could be interpreted, changed, modified or applied adversely to us. Specifically, taxation of cloud-based software is constantly evolving as many state and local jurisdictions consider the taxability of software services provided remotely. These events could require us or our customers to pay additional tax amounts on a prospective or retroactive basis, as well as require us or our customers to pay fines or penalties and interest for past amounts deemed to be due. If we raise our prices to offset the costs of these changes, existing and potential future customers may elect not to continue to use or purchase subscriptions to our platform in the future. Additionally, new, changed, modified or newly interpreted or applied tax laws could increase our customers' and our compliance, operating and other costs, as well as the costs of our platform. Any or all of these events could harm our business and operating results.

Further, the recently enacted Tax Cuts and Jobs Act will bring about a wide variety of changes to the U.S. tax system, particularly at the corporate level. The new tax law includes changes to the U.S. corporate tax system that will reduce U.S. corporate tax rates, change how U.S. multinational corporations, like us, are taxed on international earnings and eliminate in whole or in part the deduction for net interest expense. The primary impact of the new legislation on our provision for income taxes will be a reduction of the future tax benefits of existing temporary differences, which are primarily comprised of net operating loss carryforwards. These net operating loss carryforwards may also be impacted by the one-time deemed income

37

inclusion of deferred foreign income from our non-U.S. subsidiaries.  This amount is not expected to be material. Since we have recorded a full valuation allowance against our deferred tax assets, we do not anticipate that these changes will have a material impact on our consolidated financial statements, but we will continue to examine the impact that this tax reform legislation may have on our business. The impact of the new legislation will likely be subject to ongoing technical guidance and accounting interpretation, which we will continue to monitor and assess. Provisional accounting impacts may change in future reporting periods until the accounting analysis is finalized, which will occur no later than one year from the date the Tax Cuts and Jobs Act was enacted.

***We are a multinational organization faced with increasingly complex tax issues in many jurisdictions, and we could be obligated to pay additional taxes in various jurisdictions.***

As a multinational organization, we are subject to taxation in several jurisdictions around the world with increasingly complex tax laws, the application of which can be uncertain, and significant judgment and estimates are required in determining our provision for income taxes. Our tax expense may be impacted if our intercompany transactions, which are required to be computed on an arm's-length basis, are challenged and successfully disputed by tax authorities. Our policies governing transfer pricing may be determined to be inadequate and could result in additional tax assessments. The amount of taxes we pay in these jurisdictions could increase substantially as a result of changes in the applicable tax principles, including increased tax rates, new tax laws or revised interpretations of existing tax laws and precedents, which could harm our liquidity and operating results. In addition, the authorities in these jurisdictions could review our tax returns and impose additional tax, interest and penalties, and the authorities could claim that various withholding requirements or other taxes apply to us or our subsidiaries or assert that benefits of tax treaties are not available to us or our subsidiaries, any of which could adversely affect our operating results.

***Our ability to use our net operating losses to offset future taxable income may be subject to certain limitations.***

As of January 31, 2018, we had net operating loss, or NOL, carryforwards for federal and state income tax purposes of approximately $677.8 million and $866.5 million, respectively, which may be available to offset taxable income in the future, and which expire in various years beginning in 2028 for federal purposes if not utilized. The state NOLs will expire depending upon the various rules in the states in which we operate. A lack of future taxable income would adversely affect our ability to utilize these NOLs before they expire. In general, under Section 382 of the Internal Revenue Code of 1986, as amended, or the Code, a corporation that undergoes an "ownership change" (as defined under Section 382 of the Code and applicable Treasury Regulations) is subject to limitations on its ability to utilize its pre-change NOLs to offset our future taxable income. We may experience a future ownership change (including, potentially, in connection with this offering) under Section 382 of the Code that could affect our ability to utilize the NOLs to offset our income. Furthermore, our ability to utilize NOLs of companies that we have acquired or may acquire in the future may be subject to limitations. There is also a risk that due to regulatory changes, such as suspensions on the use of NOLs or other unforeseen reasons, our existing NOLs could expire or otherwise be unavailable to reduce future income tax liabilities, including for state tax purposes. For these reasons, we may not be able to utilize a material portion of the NOLs, even if we attain profitability, which could potentially result in increased future tax liability to us and could adversely affect our operating results and financial condition.

***Our reported financial results may be harmed by changes in the accounting principles generally accepted in the United States.***

Generally accepted accounting principles in the United States are subject to interpretation by the Financial Accounting Standards Board, or FASB, the SEC, and various bodies formed to promulgate and interpret appropriate accounting principles. A change in these principles or interpretations could have a significant effect on our reported financial results, and may even affect the reporting of transactions completed before the announcement or effectiveness of a change. For example, in May 2014 the FASB issued Accounting Standards Update No. 2014-09, *Revenue from Contracts with Customers (Topic 606)*, for which certain elements affected our accounting for revenue and costs incurred to acquire contracts. We have adopted Topic 606 using the full retrospective transition method. Other companies in our industry may apply these accounting principles differently than we do, adversely affecting the comparability of our financial statements. See Note 2 to our accompanying financial statements for information about Topic 606.

38

**Risks Relating to Our Class B Common Stock and this Offering**

***The dual class structure of our common stock has the effect of concentrating voting control with our founder and chief executive officer, which will limit your ability to influence the outcome of important transactions, including a change in control.***

Our Class A common stock has 40 votes per share, and our Class B common stock, which is the stock we are offering by means of this prospectus, has one vote per share. Upon the closing of this offering, Cocolalla, LLC will hold all of the shares of the Class A common stock, and our founder and chief executive officer, who is the managing member of Cocolalla, LLC, will control approximately 86% of the voting power of our outstanding capital stock and therefore be able to control all matters submitted to our stockholders for approval. Our founder and chief executive officer may have interests that differ from yours and may vote in a way with which you disagree and which may be adverse to your interests. This concentrated control may have the effect of delaying, preventing or deterring a change in control of our company, could deprive our stockholders of an opportunity to receive a premium for their capital stock as part of a sale of our company and might ultimately affect the market price of our Class B common stock.

Future transfers by the holder of Class A common stock will generally result in those shares converting into shares of Class B common stock, subject to limited exceptions, such as certain transfers effected for estate planning or charitable purposes. For a description of the dual class structure, see the section of the prospectus captioned "Description of Capital Stock."

***We have elected to take advantage of the "controlled company" exemption to the corporate governance rules of The Nasdaq Stock Market, which could make our common stock less attractive to some investors or otherwise harm our stock price.***

Because we qualify as a "controlled company" under the corporate governance rules of The Nasdaq Stock Market, we are not required to have a majority of our board of directors be independent, nor are we required to have an entirely independent compensation committee or an independent nominating function. Accordingly, should the interests of Cocolalla, LLC, or of our founder and chief executive officer, who controls Cocolalla, LLC, differ from those of other stockholders, the other stockholders may not have the same protections afforded to stockholders of companies that are subject to all of the corporate governance rules of The Nasdaq Stock Market. Our status as a controlled company could make our common stock less attractive to some investors or otherwise harm our stock price.

***We cannot predict the impact our dual class structure may have on our stock price or our business.***

We cannot predict whether our dual class structure, combined with the concentrated control of our stockholders who held our capital stock prior to the completion of this offering, including our executive officers, employees and directors and their affiliates, will result in a lower or more volatile market price of our Class B common stock or in adverse publicity or other adverse consequences. For example, certain index providers have announced restrictions on including companies with multiple-class share structures in certain of their indexes. In July 2017, FTSE Russell announced that it plans to require new constituents of its indexes to have greater than 5% of the company's voting rights in the hands of public stockholders, and S&P Dow Jones announced that it will no longer admit companies with multiple-class share structures to certain of its indexes. Because of our dual class structure, we will likely be excluded from these indexes and we cannot assure you that other stock indexes will not take similar actions. Given the sustained flow of investment funds into passive strategies that seek to track certain indexes, exclusion from stock indexes would likely preclude investment by many of these funds and could make our Class B common stock less attractive to other investors. As a result, the market price of our Class B common stock could be adversely affected.

***The market price of our Class B common stock may be volatile, and the value of your investment could decline significantly.***

There has been no public market for our Class B common stock prior to this offering. The initial public offering price for our Class B common stock has been determined through negotiations between us and the underwriters. Investors who purchase common stock in this offering may not be able to sell their shares at or above the initial public offering price. Securities of companies similar to ours experience significant price and volume fluctuations. The following factors, in addition to other risks described in this prospectus, may have a significant effect on our Class B common stock price:

- actual or anticipated fluctuations in revenue and other operating results, including as a result of the addition or loss of any number of customers;

- announcements by us or competitors of significant technical innovations, acquisitions, strategic partnerships, joint ventures or capital commitments;

39

- the financial projections we may provide to the public, any changes in these projections or our failure to meet these projections;

- failure of securities analysts to initiate or maintain coverage of us, changes in ratings, key metrics and financial estimates and the publication of other news by any securities analysts who follow our company, or our failure to meet these analyst estimates or the expectations of investors;

- changes in operating performance and stock market valuations of cloud-based software or other technology companies, or those in our industry in particular;

- the size of our public float;

- price and volume fluctuations in the trading of our Class B common stock and in the overall stock market, including as a result of trends in the economy as a whole or in the technology industry;

- new laws or regulations or new interpretations of existing laws or regulations applicable to our business or industry, including those relating to data privacy and data security;

- lawsuits threatened or filed against us for claims relating to intellectual property, employment issues or otherwise;

- changes in our board of directors or management;

- short sales, hedging and other derivative transactions involving our Class B common stock;

- sales of large blocks of our common stock including sales by our executive officers, directors and significant stockholders; and

- other events or factors, including changes in general economic, industry and market conditions and trends, as well as any natural disasters that may affect our operations.

In addition, the stock market in general, and the market for technology companies in particular, has experienced extreme price and volume fluctuations that have often been unrelated or disproportionate to the operating performance of those companies. Broad market and industry factors may seriously affect our stock price, regardless of our actual operating performance. These fluctuations may be even more pronounced in the trading market for our stock shortly following this offering. In addition, in the past, securities class action litigation has often been instituted against companies whose stock prices have declined, especially following periods of volatility in the overall market. This litigation, if instituted against us, could result in substantial costs and a diversion of our management's attention and resources.

***If securities or industry analysts do not publish research reports about our business, or if they issue an adverse opinion about our business, our stock price and trading volume could decline.***

The trading market for our Class B common stock will be influenced by the research and reports that industry or securities analysts publish about us or our business. If one or more of the analysts who cover us issues an adverse opinion about our company, our stock price would likely decline. If one or more of these analysts ceases coverage of us or fails to regularly publish reports on us, we could lose visibility in the financial markets, which in turn could cause our stock price or trading volume to decline.

***Future sales of our Class B common stock in the public market could cause our stock price to fall.***

Our stock price could decline as a result of sales of a large number of shares after this offering or the perception that these sales could occur. These sales, or the possibility that these sales may occur, also might make it more difficult for us to sell equity securities in the future at a time and at a price that we deem appropriate.

Upon completion of this offering, 21,690,147 shares ( 23,070,147 shares if the underwriters exercise in full their option to purchase additional shares) of our Class B common stock will be outstanding, based on our shares outstanding as of April 30, 2018. All shares of common stock to be sold in this offering will be freely tradable without restriction or further registration under the Securities Act unless held by our "affiliates," as that term is defined in Rule 144 under the Securities Act. The resale of all of the remaining 12,490,147 shares, or 58% of our outstanding shares of Class B common stock after this offering, are currently prohibited or otherwise restricted as a result of securities law provisions, market standoff agreements entered into by our stockholders with us or lock-up agreements entered into by our stockholders with the underwriters; however, subject to applicable securities law restrictions, these shares will be able to be sold in the public market beginning 180 days after

40

the date of this prospectus. In addition, the shares of Class B common stock subject to outstanding options and warrants, of which 1,974,239 and 73,726 were exercisable as of April 30, 2018 , respectively, and the shares reserved for future issuance under our equity incentive plans will become available for sale immediately upon the exercise of such options and the expiration of any applicable market stand-off or lock-up agreements. For more information see "Shares Eligible for Future Sale."

Upon completion of this offering, holders of approximately 14,098,937 shares, or 89.5% , of our common stock as of April 30, 2018 have rights, subject to some conditions, to require us to file registration statements covering the sale of their shares or to include their shares in registration statements that we may file for ourselves or other stockholders. We also intend to register the offer and sale of all shares of common stock that we may issue under our equity compensation plans. Once we register the offer and sale of shares for the holders of registration rights and option holders, they can be freely sold in the public market upon issuance, subject to the lock-up agreements described in the section of this prospectus captioned "Underwriters."

In addition, in the future, we may issue additional shares of Class B common stock or other equity or debt securities convertible into common stock in connection with a financing, acquisition, litigation settlement, employee arrangement or otherwise. Any such issuance could result in substantial dilution to our existing stockholders and could cause our stock price to decline.

***We have broad discretion to use the net proceeds from this offering, and our investment of these proceeds may not yield a favorable return. We may invest the proceeds of this offering in ways you disagree with.***

Our management has broad discretion as to how to spend and invest the proceeds from this offering, and we may spend or invest these proceeds in a way with which our stockholders may disagree. Accordingly, you will need to rely on our judgment with respect to the use of these proceeds. We expect to use the net proceeds from this offering for working capital and other general corporate purposes, which we currently expect will include continued investment in developing technology to support our growth, increased investment in our sales team and marketing activities, as well as overall growth in our international operations. We could spend the proceeds from this offering in ways that our stockholders may not agree with or that do not yield a favorable return. You will not have the opportunity as part of your investment decision to assess whether the net proceeds are being used appropriately. Investors in this offering will need to rely upon the judgment of our management with respect to the use of proceeds. If we do not use the net proceeds that we receive in this offering effectively, our business, financial condition, operating results and prospects could be harmed, and the market price of our Class B common stock could decline.

***An active trading market for our Class B common stock may not develop.***

Prior to this offering, there has been no public market for our Class B common stock. Although we expect that our Class B common stock will be approved for listing on The Nasdaq Global Market, an active trading market for our shares may never develop or be sustained following this offering. The initial public offering price for our Class B common stock was determined through negotiations with the underwriters, and the negotiated price may not be indicative of the market price of the Class B common stock after the offering. This initial public offering price may vary from the market price of our Class B common stock after the offering. In addition, we may have one or more stockholders who continue to hold substantial blocks of our Class B common stock for sustained periods following this offering. As a result, the trading volume of our stock may be low relative to our total outstanding shares. As a result of these and other factors, you may be unable to resell your shares of our Class B common stock at or above the initial public offering price.

***Anti-takeover provisions in our charter documents and under Delaware law could make an acquisition of us difficult, limit attempts by our stockholders to replace or remove our current management and limit our stock price.***

Provisions of our certificate of incorporation and bylaws may delay or discourage transactions involving an actual or potential change in our control or change in our management, including transactions in which stockholders might otherwise receive a premium for their shares, or transactions that our stockholders might otherwise deem to be in their best interests. These provisions include the following:

- our dual-class common stock structure, which provides our holders of Class A common stock with the ability to significantly influence the outcome of matters requiring stockholder approval, even if they own significantly less than a majority of the shares of our outstanding Class A common stock and Class B common stock;

- when the outstanding shares of Class A common stock represent less than a majority of the total combined voting power of our Class A and Class B common stock, or the voting threshold date, our board of directors will be classified into three classes of directors with staggered three-year terms, and directors will only be able to be removed from office for cause;

41

- our amended and restated bylaws will provide that, following the voting threshold date, approval of stockholders holding two-thirds of our outstanding voting power voting as a single class is required for stockholders to amend or adopt any provision of our bylaws;

- our stockholders will be able to take action by written consent for any matter until the voting threshold date;

- following the voting threshold date, vacancies on our board of directors will be able to be filled only by our board of directors and not by stockholders;

- only the chairman of our board of directors, chief executive officer, a majority of our board of directors or, until the voting threshold date, a stockholder (or group of stockholders) holding at least 50% of the combined voting power of our Class A and Class B common stock are authorized to call a special meeting of stockholders;

- certain litigation against us can only be brought in Delaware;

- our restated certificate of incorporation authorizes undesignated preferred stock, the terms of which may be established and shares of which may be issued, without the approval of the holders of common stock; and

- advance notice procedures apply for stockholders to nominate candidates for election as directors or to bring matters before an annual meeting of stockholders.

In addition, because we are incorporated in Delaware, we are governed by the provisions of Section 203 of the Delaware General Corporation Law, which generally prohibits a Delaware corporation from engaging in any of a broad range of business combinations with any "interested" stockholder for a period of three years following the date on which the stockholder became an "interested" stockholder. See "Description of Capital Stock."

***Our amended and restated bylaws will designate a state or federal court located within the State of Delaware as the exclusive forum for substantially all disputes between us and our stockholders, and also provide that the federal district courts will be the exclusive forum for resolving any complaint asserting a cause of action arising under the Securities Act, each of which could limit our stockholders' ability to choose the judicial forum for disputes with us or our directors, officers, or employees.***

Our amended and restated bylaws, which will become effective immediately prior to the completion of this offering, will provide that, unless we consent in writing to the selection of an alternative forum, the sole and exclusive forum for (1) any derivative action or proceeding brought on our behalf, (2) any action asserting a claim of breach of a fiduciary duty owed by any of our directors, officers, or other employees to us or our stockholders, (3) any action arising pursuant to any provision of the Delaware General Corporation Law, or the certificate of incorporation or the amended and restated bylaws or (4) any other action asserting a claim that is governed by the internal affairs doctrine shall be the Court of Chancery of the State of Delaware (or, if the Court of Chancery does not have jurisdiction, the federal district court for the District of Delaware), in all cases subject to the court having jurisdiction over indispensable parties named as defendants.

Our amended and restated bylaws will also provide that the federal district courts of the United States of America will be the exclusive forum for resolving any complaint asserting a cause of action arising under the Securities Act.

Any person or entity purchasing or otherwise acquiring any interest in any of our securities shall be deemed to have notice of and consented to this provision. These exclusive-forum provisions may limit a stockholder's ability to bring a claim in a judicial forum of its choosing for disputes with us or our directors, officers, or other employees, which may discourage lawsuits against us and our directors, officers, and other employees. If a court were to find either exclusive-forum provision in our amended and restated bylaws to be inapplicable or unenforceable in an action, we may incur additional costs associated with resolving the dispute in other jurisdictions, which could harm our results of operations.

***As an emerging growth company within the meaning of the Securities Act, we will use certain modified disclosure requirements, and we cannot be certain if these reduced requirements will make our Class B common stock less attractive to investors.***

We are an emerging growth company, and for as long as we continue to be an emerging growth company, we may choose to take advantage of exemptions from various reporting requirements applicable to other public companies but not to "emerging growth companies" including:

- not being required to have our independent registered public accounting firm audit our internal control over financial reporting under Section 404 of the Sarbanes-Oxley Act;

42

https://www.sec.gov/Archives/edgar/data/1505952/000162828018007944/domoincs-1a.htm

- reduced disclosure obligations regarding executive compensation in our periodic reports and proxy statements; and

- exemptions from the requirements of holding a nonbinding advisory vote on executive compensation and stockholder approval of any golden parachute payments not previously approved.

We have in this prospectus used, and we plan in future filings with the SEC to continue to use, the modified disclosure requirements available to emerging growth companies. As a result, our stockholders may not have access to certain information they may deem important.

In addition, Section 107 of the JOBS Act also provides that an emerging growth company can use the extended transition period provided in Section 7(a)(2)(B) of the Securities Act for complying with new or revised accounting standards. Thus, an emerging growth company can delay the adoption of certain accounting standards until those standards would otherwise apply to private companies. We have elected to use this extended transition period under the JOBS Act. As a result, our consolidated financial statements may not be comparable to the financial statements of issuers who are required to comply with the effective dates for new or revised accounting standards that are applicable to public companies, which may make our Class B common stock less attractive to investors.

We could remain an "emerging growth company" for up to five years, or until the earliest of:

- the last day of the first fiscal year in which our annual gross revenue exceeds $1.07 billion;

- the date that we become a "large accelerated filer" as defined in Rule 12b-2 under the Securities Exchange Act of 1934, as amended, or Exchange Act, which would occur if the market value of our Class B common stock that is held by non-affiliates exceeds $700 million as of the last business day of our most recently completed second fiscal quarter; or

- the date on which we have issued more than $1 billion in non-convertible debt during the preceding three-year period.

### We will incur increased costs by being a public company.

As a public company, we will incur significant legal, accounting and other expenses that we did not incur as a private company, including costs associated with public company reporting requirements. We also anticipate that we will incur costs associated with recently adopted corporate governance requirements, including requirements of the SEC and The Nasdaq Stock Market. We expect these rules and regulations to increase our legal and financial compliance costs and to make some activities more time-consuming and costly. We also expect these rules and regulations may make it more difficult and more expensive for us to obtain director and officer liability insurance, and we may be required to accept reduced policy limits and coverage or incur substantially higher costs to obtain the same or similar coverage. As a result, we may have more difficulty attracting and retaining qualified individuals to serve on our board of directors or as executive officers. We are currently evaluating and monitoring developments with respect to these rules, and we cannot predict or estimate the additional costs we may incur or the timing of such costs.

So long as we remain an "emerging growth company," we expect to avail ourselves of the exemption from the requirement that our independent registered public accounting firm attest to the effectiveness of our internal control over financial reporting under Section 404. When our independent registered public accounting firm is required to undertake an assessment of our internal control over financial reporting, the cost of our compliance with Section 404 will correspondingly increase. Moreover, if we are not able to comply with the requirements of Section 404 applicable to us in a timely manner, or if we or our independent registered public accounting firm identifies deficiencies in our internal control over financial reporting that are deemed to be material weaknesses, the market price of our stock could decline and we could be subject to sanctions or investigations by the SEC or other regulatory authorities, which would require additional financial and management resources.

43

**SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS AND INDUSTRY DATA**

This prospectus contains forward-looking statements that are based on our management's beliefs and assumptions and on information currently available to our management. Some of the statements under "Prospectus Summary," "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Business" and elsewhere in this prospectus contain forward-looking statements. In some cases, you can identify forward-looking statements by the following words: "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "ongoing," "plan," "potential," "predict," "project," "should," "will," "would" or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words.

These statements involve risks, uncertainties and other factors that may cause our actual results, levels of activity, performance or achievements to be materially different from the information expressed or implied by these forward-looking statements. Although we believe that we have a reasonable basis for each forward-looking statement contained in this prospectus, we caution you that these statements are based on a combination of facts and factors currently known by us and our projections of the future, about which we cannot be certain. Forward-looking statements in this prospectus include, but are not limited to, statements about:

- our future financial performance, including our expectations regarding our revenue, cost of revenue, gross profit operating expenses, key metrics, ability to generate cash flow and ability to achieve and maintain future profitability;

- the anticipated trends, market opportunity, growth rates and challenges in our business and in the business intelligence software market;

- the efficacy of our sales and marketing efforts;

- our expectations regarding the development and expansion of our business;

- our ability to successfully enter new markets and manage our international expansion;

- our ability to expand our customer base, renew subscriptions and expand penetration of existing customers;

- our ability to develop new features and functionality that meet market needs and achieve market acceptance;

- the anticipated benefits associated with the use of our platform;

- the attraction and retention of qualified employees and key personnel, including our direct sales force;

- the effects of seasonal trends on our results of operations;

- our liquidity and working capital requirements and ability to raise additional capital; and

- our ability to maintain, protect and enhance our intellectual property.

You should refer to the "Risk Factors" section of this prospectus for a discussion of other important factors that may cause our actual results to differ materially from those expressed or implied by our forward-looking statements. As a result of these factors, we cannot assure you that the forward-looking statements in this prospectus will prove to be accurate. In addition, statements that "we believe" and similar statements reflect our beliefs and opinions on the relevant subject. These statements are based upon information available to us as of the date of this prospectus, and although we believe such information forms a reasonable basis for such statements, such information may be limited or incomplete, and our statements should not be read to indicate that we have conducted a thorough inquiry into, or review of, all potentially available relevant information. These statements are inherently uncertain and investors are cautioned not to unduly rely upon these statements. Furthermore, if our forward-looking statements prove to be inaccurate, the inaccuracy may be material. In light of the significant uncertainties in these forward-looking statements, you should not regard these statements as a representation or warranty by us or any other person that we will achieve our objectives and plans in any specified time frame, or at all. We undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

This prospectus contains statistical data, estimates, and forecasts that are based on independent industry publications or reports or other publicly available information, as well as other information based on our internal sources. This information involves a number of assumptions and limitations, are subject to risks and uncertainties, and are subject to change based on

44

various factors, including those discussed in the section titled "Risk Factors" and elsewhere in this prospectus. These and other factors could cause results to differ materially from those expressed in the estimates made by the independent parties and by us.

The source of certain statistical data, estimates, and forecasts contained in this prospectus are the following industry publications or reports:

- International Data Corporation, *U.S. Mobile Worker Population Forecast, 2016-2020* (August 2016).

- International Data Corporation, *Worldwide Big Data and Analytics Software Forecast, 2017-2021* (July 2017).

- International Data Corporation, *Worldwide Team Collaborative Applications Forecast, 2017-2021* (July 2017).

- International Data Corporation, *Worldwide File Synchronization and Sharing Software Forecast, 2017-2021* (July 2017).

- Accenture & Massachusetts Institute of Technology, *Winning with Analytics* (2015).

- Marco Iansiti and Karim Lakhani, *The Digital Business Divide.*

- comScore, *Cross-Platform Future in Focus* (2017).

45

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*You should read the following discussion and analysis of our financial condition and results of operations together with the consolidated financial statements and related notes that are included elsewhere in this prospectus. This discussion contains forward-looking statements based upon current plans, expectations and beliefs that involve risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of various factors, including those set forth under "Risk Factors" and in other parts of this prospectus. Our fiscal year ends on January 31. References to fiscal 2018, for example, refer to the fiscal year ended January 31, 2018.*

## Overview

We founded Domo in 2010 with the vision of digitally connecting everyone within the enterprise with real-time, rich, relevant data and then encouraging all employees to collaborate and act. We realized that many organizations were unable to access the massive amounts of data that they were collecting in siloed cloud applications and on-premise databases. Furthermore, even for organizations that were capable of accessing their data, the process for doing so was time-consuming, costly, and often resulted in the data being out-of-date by the time it reached decision makers. The delivery format, including alert functionality, and devices were not adequate for the connected and real-time mobile workforce. Based on these observations, it was apparent that all organizations, regardless of size or industry, were failing to unlock the power of all of their people, data and systems.

Since inception, we have focused on creating a comprehensive platform that connects all the people, data and systems that exist within an organization. In many ways, building Domo was like building seven start-ups in one. A foundational element of our platform is our more than 500 powerful first-class connectors, or DomoBots, which we define as read/write, API and standards based connectors that are available in the Domo Appstore, as well as a library of very flexible universal connectors that currently power over one hundred thousand Domo datasets, which integrate directly with data sources in real time on a single, intuitive platform. Adrenaline, our data warehouse and fast query engine, stores massive amounts of data connected from across the business, enabling anyone to quickly access the data they need. To best prepare and transform all of the connected data, a critical step in making that data available and usable for visualizations and analysis, we developed Domo ETL, a self-service toolset that enables users, regardless of technical ability, to cleanse and prepare data for analysis. To facilitate data insights, we developed Explorer, an analysis and visualization toolkit that enables all employees to analyze, display, share and interact with data across mobile and desktop platforms in real time. Domo Buzz, our collaborative communication platform, helps foster and engage a curious workforce so that anyone in an organization can participate in improving the business. Domo leverages machine learning algorithms, predictive analytics, and other artificial intelligence technologies, to create alerts, detect anomalies, optimize queries, and suggest areas of interest to help people focus on what matters most. We also extended the functionality and effectiveness of our platform, through the introduction of the Domo Appstore and developer toolkits that enable a partner ecosystem to quickly build applications on the platform. We continue to broaden our platform's ease of use and self-service capabilities and enhance security and scalability requirements for the enterprise.

We offer our platform to our customers as a subscription-based service. Subscription fees are based on the number of users and the tier of package deployed. Business leaders and managers are typically the initial subscribers to our platform, deploying it for a specific use case or department. Over time, as customers recognize the value of our platform, we increasingly engage with CIOs and other executives to facilitate broad enterprise adoption. A majority of our customers subscribe to our services through one-year contracts, but recently a growing percentage of new and existing customers have entered into multi-year contracts. In the fiscal year ended January 31, 2018, 38% of our new customers entered into multi-year contracts compared to 11% in the fiscal year ended January 31, 2017. As of January 31, 2018, 32% of all customers were under multi-year contracts and 68% of all customers were under one-year contracts. By comparison, 13% of all customers were under multi-year contracts and 87% of all customers were under one-year contracts as of January 31, 2017. This transition to a higher percentage of multi-year contracts, among both new and existing customers, has enhanced the predictability of our subscription revenue. We typically invoice our customers annually in advance.

Our initial sales and marketing strategy was simple: get Domo into the hands of as many organizations as possible. We invested heavily in digital marketing to promote brand recognition and build awareness of our platform in the market. As we enhanced our product functionality and developed best-in-class security and scalability, we began to see significant adoption of our platform by large enterprises. To address this potential, we began to develop a more sophisticated sales and marketing strategy. Today, we employ a balanced approach in which we invest in brand marketing to continue building awareness and our direct sales team, which includes both inside sales personnel focused on customers with under $1 billion in revenue and field sales to target customers with over $1 billion in revenue, which we refer to as enterprise customers. All sales personnel focus

54

on attracting new customers as well as expanding usage within our existing customer base. We also make it easy for users and organizations to sign up for free trials on our website, which can be converted to paid subscriptions by the user.

Our business model focuses on maximizing the lifetime value of a customer relationship. We recognize subscription revenue ratably over the term of the subscription period. In general, customer acquisition costs and other upfront costs associated with new customers are much higher in the first year than the aggregate revenue we recognize from those new customers in the first year. Over the lifetime of the customer relationship, we also incur sales and marketing costs to renew or increase usage per customer. However, these costs, as a percentage of revenue, are significantly less than those initially incurred to acquire the customer. As a result, the profitability of a customer to our business in any particular period depends in part upon how long a customer has been a subscriber and the degree to which it has expanded its usage of our platform.

To further illustrate the economics of our customer relationships, we are providing a contribution margin analysis of the customers we acquired during the fiscal year ended January 31, 2016, which we refer to as the 2016 Cohort. We selected the 2016 Cohort to illustrate the potential long-term value of our customer base, and we believe the 2016 Cohort is a fair representation of our overall customer base because it consists of over 500 customers that represent various industries and geographies and are customers who have expanded their subscriptions as well as those who have reduced or not renewed their subscriptions. We define contribution margin as the total amount for subscription services billed to the customer, or subscription billings, during the period less the estimated associated cost of subscription billings and estimated allocated sales and marketing expense, which we collectively refer to as associated costs.

The estimated associated cost of subscription billings consists primarily of expenses for third-party hosting services and employee-related costs (including salary, bonus, benefits and stock-based compensation) directly associated with cloud infrastructure and customer support personnel for our platform, as attributed to the subscription billings of the cohort in a given period. We allocated the associated cost of subscription billings to the 2016 Cohort by dividing the total cost of subscription revenue for all customers by the total subscription billings for all customers, which quotient is then multiplied by the subscription billings for the 2016 Cohort.

Estimated allocated sales and marketing expense includes employee-related costs (including earned sales commissions, salary, bonus, benefits and stock-based compensation) and marketing program expenses associated with acquiring a given cohort of new customers. Earned sales commissions exclude the effect of capitalizing and amortizing commission costs. We allocate our sales expense to new and existing customers based on the amount of subscription billings generated from each group. We estimate commission costs using average commission rates, and allocate other non-commission sales costs (salary, bonus, benefits and stock-based compensation) to new and existing customers considering that selling to existing customers is more efficient than acquiring new customers. The relative efficiency of upselling to existing customers as compared to acquiring new customers results from the fact that these transactions require less time and resources to close than for new customers. This allocation of non-commission sales costs is calculated using (1) the estimated proportion of time, based on internal data, that our sales team spends selling to new customers compared to existing customers and (2) the proportion of upsells related to the applicable cohort as a percentage of all upsells during the period. We allocate our marketing expense to the newest cohort in a given period, as our marketing expenses are related to the acquisition of new customers. We exclude all research and development and general and administrative expenses from this analysis because these expenses support the growth of our business generally. We define contribution margin percentage as contribution margin divided by the subscription billings associated with such cohort in a given period.

For the 2016 Cohort, the contribution margin percentage was (196%), 52% and 58% for the fiscal years ended January 31, 2016, 2017 and 2018, respectively.

The 2016 Cohort may not be representative of any other group of customers or periods. We expect that the contribution margin and contribution margin percentage of our customer cohorts will fluctuate from one period to another depending upon the retention in each cohort, our ability to increase their subscription billings, other changes in their subscriptions, as well as changes in our associated costs. We may not experience similar financial outcomes from future customers. Due to our limited operating history, we do not have consistent, corresponding information for historical periods that would allow us to present additional historical cohorts, and the subscription billings, associated costs, contribution margins and contribution margin percentages from such cohorts could vary. Contribution margin is not a measure that our management uses to manage or evaluate the business nor is it a predictor of past or future financial performance.

Unlike our financial statements, contribution margin is not prepared in accordance with GAAP and may not be comparable to other companies that prepare a similar analysis. We use billings instead of GAAP revenue and earned commissions instead of GAAP commission expense. Contribution margin is an operational measure; it is not a financial measure of profitability and

55

is not intended to be used as a proxy for the profitability of our business. We are not profitable, and even if our subscription billings exceed our associated costs over time, we may continue to incur net losses.

Our platform addresses the diverse and evolving needs of employees. Historically, our sales and marketing efforts have been concentrated on initiatives, including digital marketing, which allowed us to quickly attract a large number of customers and establish our platform in a crowded market. These initial efforts were primarily targeted toward small and medium sized businesses, with smaller average annual contract values, or ACV, and lower renewal rates. Over time, the breadth of our platform's capabilities attracted an increasing number of enterprise customers, and we have continued to expand our presence within those customers. Given the higher average ACV and renewal rates we experience with larger customers, we intend to continue to transition our business to focus on customers with over $100 million in revenue, with a particular emphasis on enterprise customers with over $1 billion in revenue. In connection with this transition and with a view towards improving sales efficiency, we intend to shift our strategy from broad-based digital marketing toward enterprise-targeted marketing campaigns and user events to increase our growth with enterprise customers.

From inception through April 30, 2018, we have invested $333.9 million in the development of our platform. Our investments in research and development reflect our view of our market opportunity. The stickiness and value of our platform increases with the amount of data uploaded to the platform, the number of users and the number of use cases. Given our investments, we believe that we are well positioned to expand the number of, and increase contract values with enterprise customers. Our customers collectively upload new data to Domo millions of times each week, and we have customers who create individual datasets that exceed 60 billion rows. On a typical business day, our customers in the aggregate typically query between 100 to 200 trillion rows from uncached queries. Even with this volume of data, we maintain a subsecond average query response time. We have also introduced tools that allow customers to manage their own encryption keys and maintain a broad array of security and compliance certifications that enterprise customers require, particularly those in regulated industries. As of April 30, 2018, we had 250 employees in our research and development organization. While we expect research and development expenses to increase in absolute dollars, we anticipate that it will decrease as a percentage of revenue over time.

In the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, we derived 86%, 82%, 83% and 79%, respectively, of our revenue from customers with billing addresses in the United States; however, we are focused on growing our international business and will continue to invest in sales operations outside the United States.

We had total revenue of $74.5 million and $108.5 million for the fiscal years ended January 31, 2017 and 2018 , respectively, reflecting a year-over-year increase of 46%. For the three months ended April 30, 2017 and 2018 , our revenue was $24.2 million and $31.9 million , respectively, representing year-over-year growth of 32% . Subscription revenue was $58.7 million and $87.5 million for the fiscal years ended January 31, 2017 and 2018 , respectively, reflecting a year-over-year increase of 49%. For the three months ended April 30, 2017 and 2018 , subscription revenue was $19.1 million and $26.7 million , respectively, reflecting a year-over-year increase of 40% . We have incurred significant net losses since our inception, including net losses of $176.6 million and $45.5 million for the fiscal year ended January 31, 2018 and the three months ended April 30, 2018 , respectively. We had an accumulated deficit of $803.3 million as of April 30, 2018 . We expect to incur losses for the foreseeable future and may not be able to achieve or sustain profitability.

**Factors Affecting Performance**

### *Continue to Attract New Customers*

We believe that our ability to expand our customer base is an important indicator of market penetration, the growth of our business, and future business opportunities. As of April 30, 2018, we had over 1,500 customers. From January 31, 2014 to April 30, 2018, the number of our customers with revenue over $1 billion increased from 36 to 385, representing a 75% compound annual growth rate. In addition, we intend to further develop our partner ecosystem by establishing agreements with more software resellers, systems integrators and implementation partners to provide broader customer and geographic coverage. We believe we are underpenetrated in the overall market and have significant opportunity to expand our customer base over time.

### *Customer Upsell and Retention*

We employ a land and expand sales model, and our performance depends on our ability to retain customers and expand the number of users and use cases at existing customers over time. It currently takes multiple years for our customers to fully embrace the power of our platform. We believe that as customers deploy greater volumes and sources of data for multiple use cases, the unique features of our platform can address the needs of everyone within their organization. We are still in the early stages of expanding within many of our customers. We believe we are less than 4% penetrated in our existing customers, based on the ratio of Domo users purchased to total employee headcount in our top 20 customers as of January 31, 2018.

56

We have invested in platform capabilities and online support resources that allow our customers to expand the use of our platform in a self-guided manner. Our professional services, customer support and customer success functions also support our sales force by helping customers to successfully deploy our platform and implement additional use cases. In addition, we believe our partner ecosystem will become increasingly important over time. We work closely with our customers to drive increased engagement with our platform by identifying new use cases through our customer success teams, as well as in-platform, self-guided experiences. We actively engage with our customers to assess whether they are satisfied and fully realizing the benefits of our platform. While these efforts often require a substantial commitment and upfront costs, we believe our investment in product, customer support, customer success and professional services will create opportunities to expand our customer relationships over time.

As of January 31, 2018, our 20 largest customers, as measured by annualized recurring revenue, which is calculated based on annual subscription revenue attributable to a given customer, exclusive of professional services and one-time revenue generating events, had increased their investment in our platform by approximately nine times compared to their initial subscription. These 20 customers comprise both enterprise and non-enterprise customers and contributed 14% of our revenue for the fiscal year ended January 31, 2018. As of January 31, 2018, for the cohort of enterprise customers that licensed our product in the fiscal year ended January 31, 2015, the current ACV is 186% of the original license value, compared to 129% and 160% for the cohorts of enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively. For the cohort of non-enterprise customers that licensed our product in the fiscal year ended January 31, 2015, the current ACV as of January 31, 2018 was 59% of the original license value, compared to 86% and 111% for the cohorts of non-enterprise customers that subscribed to our platform in the fiscal years ended January 31, 2016 and 2017, respectively. ACV represents the total annual contract value of subscriptions to our platform exclusive of professional services and one-time revenue generating events and after giving effect to the impact of cancellations.

Our ability to drive growth and generate incremental revenue depends heavily on our ability to retain our customers and increase their usage of our platform. An important way that we measure our performance in this area is to track the growth in our subscription revenue generated from a cohort of customers over time. With that objective in mind, we allocate our customer success and customer support resources to align with maximizing the retention and expansion of our subscription revenue.

Our subscription net revenue retention rate compares the subscription revenue in a given period from the cohort of customers that generated subscription revenue at the beginning of the same period in the prior fiscal year, excluding customers from the cohort who canceled during the prior period. The subscription net revenue retention rate is the quotient obtained by dividing the subscription revenue generated from that cohort in a period, by the subscription revenue generated from that same cohort in the corresponding prior year period.

Our gross subscription dollars churned is equal to the amount of subscription revenue we lost in the current period from the cohort of customers who generated subscription revenue in the prior year period. In the fiscal year ended January 31, 2018, we lost $12.4 million of subscription revenue generated by the cohort in the prior year period, $5.0 million of which was lost from our cohort of enterprise customers and $7.4 million of which was lost from our cohort of non-enterprise customers. As we continue to enhance our product and develop methods to encourage wider and more strategic adoptions, including shifting our sales and marketing activities towards enterprise customers, we expect that our subscription net revenue retention rate will continue to increase; however, our ability to successfully upsell and the impact of cancellations may vary from period to period, with greater variability on a quarterly basis, particularly among our cohort of enterprise customers, due to fewer customers in this cohort compared to non-enterprise customers, higher average contract values and more significant expansion opportunities. The extent of this variability depends on a number of factors including the size and timing of upsells and cancellations relative to the initial subscriptions. For our enterprise customers, our quarterly subscription net revenue retention rate was 108%, 122%, 116%, 122% and 115% for each of the quarters during the fiscal year ended January 31, 2018 and the three months ended April 30, 2018, respectively. For our non-enterprise customers, our quarterly subscription net revenue retention rate was 95%, 95%, 99%, 102% and 98% for each of the quarters during the fiscal year ended January 31, 2018 and the three months ended April 30, 2018, respectively. For all customers, our quarterly subscription net revenue retention rate was 101%, 107%, 107%, 111% and 105% for each of the quarters during the fiscal year ended January 31, 2018 and the three months ended April 30, 2018, respectively.

### *Sales and Marketing Efficiency*

We are focused on increasing the efficiency of our sales force and marketing activities by enhancing account targeting, messaging, field sales operations and sales training in order to reduce our sales and marketing expense as a percentage of revenue and accelerate the adoption of our platform. Our sales strategy depends on our ability to continue to attract top talent, increasing our pipeline of business, and enhancing sales productivity. We focus on productivity per quota-carrying sales representative and

the time it takes our sales representatives to reach full productivity. The ACV per sales representative increased by approximately 14% from January 31, 2017 to January 31, 2018. We manage our pipeline by sales representative to ensure sufficient coverage of our sales targets. Our ability to manage our sales productivity and pipeline are important factors to the success of our business. We also intend to shift marketing spending from broad based initiatives that are better suited to attracting smaller organizations towards enterprise-targeted marketing campaigns and user events that we believe will result in larger initial new customer ACV and more upsell ACV potential.

### *Leverage Research and Development Investments for Future Growth*

Historically, given building Domo was like building seven start-ups in one, we had to make significant investments in research and development to build a platform that powers a business and provides enterprises with features and functionality that they require. We plan to continue to make investments in areas of our business to continue to expand our platform functionality. However, the amount of new investments required to achieve our plans is expected to decrease as a percentage of revenue compared to historical years.

## Key Business Metrics

| | Year Ended January 31, | | Three Months Ended April 30, | |
|---|---|---|---|---|
| | 2017 | 2018 | 2017 | 2018 |
| Number of customers (as of period end) | 1,199 | 1,521 | 1,306 | 1,594 |
| Billings (in thousands) | $ 92,412 | $ 129,544 | $ 27,663 | $ 33,714 |

### *Number of Customers*

We believe that our ability to expand our customer base is an important indicator of market penetration, the growth of our business, and future business opportunities. We define a customer at the end of any particular quarter as an entity that generated revenue greater than $2,500 during that quarter. In situations where an organization has multiple subsidiaries or divisions, each entity that is invoiced at a separate billing address is treated as a separate customer. In cases where customers purchase through a reseller, each end customer is counted separately. In addition to our increase in total customers, as of April 30, 2018, we had 385 enterprise customers, representing a compound annual growth rate of 75% from January 31, 2014. For the years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, no single customer accounted for more than 10% of our total revenue, nor did any single organization when accounting for multiple subsidiaries or divisions which may have been invoiced separately.

### *Billings*

Billings represent our total revenue plus the change in deferred revenue in a period. Billings reflect sales to new customers plus subscription renewals and upsells to existing customers, and represent amounts invoiced for subscription, support and professional services. We typically invoice customers in advance in annual installments for subscriptions to our platform. Because we generate most of our revenue from customers who are invoiced on an annual basis and have a wide range of annual contract values, we may experience variability due to typical enterprise buying patterns and timing of large renewals.

## Components of Results of Operations

### *Revenue*

We offer subscriptions to our cloud-based platform. We derive our revenue primarily from subscriptions and professional services. Subscription revenue consists primarily of fees to provide our customers access to our cloud-based platform, which includes online customer support resources at no additional cost. Professional service fees include implementation services, optimization services, and training.

Subscription revenue accounted for approximately 79%, 81%, 79% and 83% of our revenue for the fiscal years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, respectively. Subscription revenue is a function of the number of customers, the number of users at each customer, and the price per user.

Subscription revenue is recognized ratably over the related contractual term beginning on the date the platform is made available to the customer. Our new business subscriptions typically have a term of one to three years, and we generally invoice

58

our customers in annual installments at the beginning of each year in the subscription period. Amounts that have been invoiced are initially recorded as deferred revenue and are recognized ratably over the subscription period.

Professional services revenue consists of implementation services sold with new subscriptions, as well as professional services sold separately, including training and education. Professional services are generally billed in advance and revenue from these arrangements is recognized as the services are performed. Our professional services engagements typically span from a few weeks to several months.

### Cost of Revenue

Cost of subscription revenue consists primarily of third-party hosting services and data center capacity; salaries, benefits, bonuses and stock-based compensation, or employee-related costs, directly associated with cloud infrastructure and customer support personnel; amortization expense associated with capitalized software development costs; depreciation expense associated with computer equipment and software; certain fees paid to various third parties for the use of their technology and services; and allocated overhead. Allocated overhead includes items such as information technology infrastructure, rent, and certain employee benefit costs.

Cost of professional services and other revenue consists primarily of employee-related costs directly associated with these services, third-party consultant fees related to implementations, and allocated overhead.

### Operating Expenses

*Sales and Marketing.* Sales and marketing expenses consist primarily of employee-related costs directly associated with our sales and marketing staff and commissions. Other sales and marketing costs include digital marketing programs and promotional events to promote our brand, including Domopalooza, our annual user conference, as well as tradeshows, advertising and allocated overhead. Contract acquisition costs, including sales commissions, are deferred and then amortized on a straight-line basis over the period of benefit, which we have determined to be approximately four years for initial contracts. Contract acquisition costs related to renewal contracts and professional services are recorded as expense when incurred if the period of benefit is one year or less.

*Research and Development.* Research and development expenses consist primarily of employee-related costs for the design and development of our platform, contractor costs to supplement staff levels, third-party web services, consulting services, and allocated overhead. Our cycle of frequent updates has facilitated rapid innovation and the introduction of new product features throughout our history. We capitalize certain software development costs that are attributable to developing new features and adding incremental functionality to our platform, and amortize such costs as costs of subscription revenue over the estimated life of the new feature or incremental functionality, which is generally three years.

*General and Administrative.* General and administrative expenses consist of employee-related costs for executive, finance, legal, human resources, recruiting and administrative personnel; professional fees for external legal, accounting, recruiting and other consulting services; and allocated overhead costs.

*Other Income (Expense), Net.* Other income (expense), net consists primarily of interest expense related to long-term debt. It also includes the effect of exchange rates on foreign currency transaction gains and losses, foreign currency gains and losses upon remeasurement of intercompany balances and interest income earned on our cash and cash equivalents. The transactional impacts of foreign currency are recorded as foreign currency losses (gains) in the consolidated statements of operations.

*Provision for Income Taxes.* Provision for income taxes consists primarily of income taxes related to foreign and state jurisdictions in which we conduct business. Because of the uncertainty of the realization of the deferred tax assets, we have a full valuation allowance for domestic net deferred tax assets, including net operating loss carryforwards and tax credits related primarily to research and development.

59

**Results of Operations**

The following tables set forth selected consolidated statements of operations data and such data as a percentage of total revenue for each of the periods indicated:

| | Year Ended January 31, | | Three Months Ended April 30, | |
| | 2017 | 2018 | 2017 | 2018 |
|---|---|---|---|---|
| | | (in thousands) | | |
| **Revenue:** | | | | |
| Subscription | $ 58,664 | $ 87,463 | $ 19,103 | $ 26,663 |
| Professional services and other | 15,876 | 21,061 | 5,143 | 5,282 |
| Total revenue | 74,540 | 108,524 | 24,246 | 31,945 |
| **Cost of revenue:** | | | | |
| Subscription[1] | 21,486 | 32,427 | 6,936 | 8,056 |
| Professional services and other[1] | 11,709 | 12,492 | 2,802 | 3,510 |
| Total cost of revenue | 33,195 | 44,919 | 9,738 | 11,566 |
| Gross profit | 41,345 | 63,605 | 14,508 | 20,379 |
| **Operating expenses:** | | | | |
| Sales and marketing[1] | 118,935 | 131,802 | 35,517 | 39,656 |
| Research and development[1] | 76,164 | 78,261 | 19,703 | 19,064 |
| General and administrative[1][2] | 29,106 | 29,323 | 7,245 | 4,644 |
| Total operating expenses | 224,205 | 239,386 | 62,465 | 63,364 |
| Loss from operations | (182,860) | (175,781) | (47,957) | (42,985) |
| Other income (expense), net[1] | 513 | (396) | 82 | (1,919) |
| Loss before income taxes | (182,347) | (176,177) | (47,875) | (44,904) |
| Provision for income taxes | 773 | 385 | 103 | 603 |
| Net loss | $ (183,120) | $ (176,562) | $ (47,978) | $ (45,507) |

(1) Includes stock-based compensation expense as follows:

| | Year Ended January 31, | | Three Months Ended April 30, | |
| | 2017 | 2018 | 2017 | 2018 |
|---|---|---|---|---|
| | | (in thousands) | | |
| **Cost of revenue:** | | | | |
| Subscription | $ 46 | $ 48 | $ 11 | $ 15 |
| Professional services and other | 45 | 40 | 10 | 8 |
| Sales and marketing | 1,930 | 1,845 | 590 | 305 |
| Research and development | 2,206 | 2,311 | 522 | 483 |
| General and administrative | 5,099 | 5,090 | 1,271 | 1,265 |
| Other income (expense), net | 17 | 36 | 8 | 17 |
| Total | $ 9,343 | $ 9,370 | $ 2,412 | $ 2,093 |

(2) Includes amortization of intangible assets of $0.3 million, $0.1 million, $20,000 and $20,000 for the years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018, respectively.

60

|  | Year Ended January 31, | | Three Months Ended April 30, | |
|---|---|---|---|---|
|  | 2017 | 2018 | 2017 | 2018 |
| Revenue: | | | | |
| Subscription | 79 % | 81 % | 79 % | 83 % |
| Professional services and other | 21 | 19 | 21 | 17 |
| Total revenue | 100 | 100 | 100 | 100 |
| Cost of revenue: | | | | |
| Subscription | 29 | 30 | 29 | 25 |
| Professional services and other | 16 | 12 | 12 | 11 |
| Total cost of revenue | 45 | 42 | 41 | 36 |
| Gross margin | 55 | 58 | 59 | 64 |
| Operating expenses: | | | | |
| Sales and marketing | 160 | 121 | 146 | 124 |
| Research and development | 102 | 72 | 81 | 60 |
| General and administrative | 39 | 27 | 30 | 15 |
| Total operating expenses | 301 | 220 | 257 | 199 |
| Loss from operations | (246) | (162) | (198) | (135) |
| Other income (expense), net | 1 | — | — | (6) |
| Loss before income taxes | (245) | (162) | (198) | (141) |
| Provision for income taxes | 1 | — | — | 2 |
| Net loss | (246)% | (162)% | (198)% | (143)% |

61

**Discussion of the Three Months Ended April 30, 2017 and 2018**

*Revenue*

| | Three Months Ended April 30, | | $ Change | % Change |
|---|---|---|---|---|
| | 2017 | 2018 | | |
| | (in thousands) | | | |
| Revenue: | | | | |
| Subscription | $ 19,103 | $ 26,663 | $ 7,560 | 40% |
| Professional services and other | 5,143 | 5,282 | 139 | 3 |
| Total revenue | $ 24,246 | $ 31,945 | $ 7,699 | 32 |
| Percentage of revenue: | | | | |
| Subscription | 79% | 83% | | |
| Professional services and other | 21 | 17 | | |
| Total | 100% | 100% | | |

Total revenue was $31.9 million for the three months ended April 30, 2018, compared to $24.2 million for the three months ended April 30, 2017, an increase of $7.7 million, or 32%. Subscription revenue was $26.7 million, or 83% of total revenue, for the three months ended April 30, 2018, compared to $19.1 million, or 79% of total revenue, for the three months ended April 30, 2017. The increase in subscription revenue was primarily due to a $6.0 million increase from new customers and a $4.2 million increase from existing customers, offset by a $2.6 million decrease from canceled customers. Our customer count increased 22% from April 30, 2017 to April 30, 2018. We anticipate that as we continue to close new business and retain our customers that subscription revenue will continue to increase as a percent of total revenue.

Professional services and other revenue was $5.3 million, or 17% of total revenue, for the three months ended April 30, 2018, compared to $5.1 million, or 21% of total revenue, for the three months ended April 30, 2017. This slight increase is due to a higher volume of implementation and training services provided to our customers.

*Cost of Revenue, Gross Profit and Gross Margin*

| | Three Months Ended April 30, | | $ Change | % Change |
|---|---|---|---|---|
| | 2017 | 2018 | | |
| | (in thousands) | | | |
| Cost of revenue: | | | | |
| Subscription | $ 6,936 | $ 8,056 | $ 1,120 | 16% |
| Professional services and other | 2,802 | 3,510 | 708 | 25 |
| Total cost of revenue | $ 9,738 | $ 11,566 | $ 1,828 | 19 |
| Gross profit | $ 14,508 | $ 20,379 | $ 5,871 | 40 |
| Gross margin: | | | | |
| Subscription | 64% | 70% | | |
| Professional services and other | 46 | 34 | | |
| Total gross margin | 60 | 64 | | |

Cost of subscription revenue was $8.1 million for the three months ended April 30, 2018, compared to $6.9 million for the three months ended April 30, 2017, an increase of $1.1 million, or 16%. The increase in cost of subscription revenue was primarily due to an increase of $0.6 million in employee-related costs as the average headcount in our cloud infrastructure and customer support organizations increased from 82 for the three months ended April 30, 2017 to 93 for the three months ended April 30, 2018. The increase was also attributable to an increase of $0.3 million in amortization of capitalized software development costs.

62

Cost of professional services and other revenue was $3.5 million for the three months ended April 30, 2018, compared to $2.8 million for the three months ended April 30, 2017. This increase is primarily due to a higher volume of services provided by and increased rates from third-party consultants related to implementation and training.

Subscription gross margin improved due to economies of scale driven by increased subscription revenue and cost improvements due to more proactive management of our third-party hosting services. Services gross margin declined due to heavier use of third-party implementation consultants. In addition, rates for these consultants have increased from the prior year.

Since inception, we have invested in our professional services organization to help ensure that customers successfully deploy and expand usage of our platform. While we expect the cost of professional services will decline as a percentage of total revenue over the long term as our business scales and as we continue to develop our partner ecosystem, including outside partners who provide professional services on our behalf or directly for our small and medium-sized customers, such costs could fluctuate from period to period depending on the mix of our customer base, particularly if in a given period we have a concentration of large professional services projects that we delivered, typically associated with enterprise customers.

***Operating Expenses***

| | Three Months Ended April 30, | | | | $ Change | % Change |
|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | | |
| | (in thousands) | | | | | |
| Operating expenses: | | | | | | |
| Sales and marketing | $ | 35,517 | $ | 39,656 | $ 4,139 | 12 % |
| Research and development | | 19,703 | | 19,064 | (639) | (3) |
| General and administrative | | 7,245 | | 4,644 | (2,601) | (36) |
| Total operating expenses | $ | 62,465 | $ | 63,364 | $ 899 | 1 |
| Percentage of revenue: | | | | | | |
| Sales and marketing | | 146% | | 124% | | |
| Research and development | | 81 | | 60 | | |
| General and administrative | | 30 | | 15 | | |

Sales and marketing expenses were $39.7 million for the three months ended April 30, 2018, compared to $35.5 million for the three months ended April 30, 2017, an increase of $4.1 million, or 12%. The increase was primarily due to an increase of $3.8 million in marketing programs and event costs. The increase was also attributable to an increase of $0.4 million in allocated overhead. These increases are partially offset by a decrease of $0.4 million in commission expense primarily due to decreased commission rates.

Sales and marketing expense as a percentage of total revenue decreased from 146% in the three months ended April 30, 2017 to 124% in the three months ended April 30, 2018. We expect sales and marketing expense to continue to decline as a percentage of total revenue in the long term.

Research and development expenses were $19.1 million for the three months ended April 30, 2018 , compared to $19.7 million for the three months ended April 30, 2017 , a decrease of $0.6 million , or   3% . The decrease was primarily due to a decrease of $1.8 million consisting of $1.2 million in third-party web services for internal use and $0.6 million in capitalized software development costs. The decrease is partially offset by an increase of $0.4 million in employee-related costs as the average research and development salary during the three months ended April 30, 2018 was higher than the average research and development salary during the three months ended April 30, 2017 . The decrease is also offset by an increase of $0.4 million in contractor costs and an increase of $0.3 million in software subscription costs.

Research and development expense as a percentage of revenue decreased from 81% in the three months ended April 30, 2017 to 60% in the three months ended April 30, 2018. We expect research and development expense to continue to decline as a percentage of total revenue in the long term as we leverage our research and development organization.

General and administrative expenses were $4.6 million for the three months ended April 30, 2018, compared to $7.2 million for the three months ended April 30, 2017, a decrease of $2.6 million, or 36%. The decrease was primarily due to a decrease of

63

$3.4 million in employee-related costs due to a $3.5 million reversal of a contingent tax-related accrual. The decrease was partially offset by an increase of $0.5 million in third-party recruiting costs due to increased international recruiting efforts.

General and administrative expenses as a percent of revenue decreased from 30% in the three months ended April 30, 2017 to 15% in the three months ended April 30, 2018, due to the $3.5 million reversal of a contingent tax-related accrual. In the short term, we expect an increase in general and administrative expense due to stock-based compensation related to the restricted stock units we granted during the last 12 months. In the long term, we expect general and administrative expense to decline as a percentage of total revenue as we leverage our general and administrative organization; however, we expect general and administrative expense to increase in absolute dollars due to additional costs associated with operating as a public company including incremental costs for accounting, compliance, insurance, and investor relations.

### *Other Income (Expense), Net*

| | Three Months Ended April 30, | | | |
| | 2017 | 2018 | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | (in thousands) | | | |
| Other income (expense), net | $ 82 | $ (1,919) | $ (2,001) | (2,440)% |

Other income (expense), net decreased $2.0 million primarily due to an increase in interest expense of $1.7 million due to the credit facility entered into in December 2017 and amended in April 2018. The decrease was also attributable to $0.3 million of foreign currency transaction losses. In the short term, we expect interest expense to increase due to the recent draw of $50.0 million in April 2018 and higher interest rates.

### *Provision for Income Taxes*

| | Three Months Ended April 30, | | | |
| | 2017 | 2018 | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | (in thousands) | | | |
| Provision for income taxes | $ 103 | $ 603 | $ 500 | 485% |

Provision for income taxes increased $0.5 million due to expanded foreign operations. We expect income tax expense to continue to increase in conjunction with growth in our international subsidiaries.

### Discussion of the Years Ended January 31, 2017 and 2018

### *Revenue*

| | Year Ended January 31, | | | |
| | 2017 | 2018 | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | (in thousands) | | | |
| Revenue: | | | | |
| Subscription | $ 58,664 | $ 87,463 | $ 28,799 | 49% |
| Professional services and other | 15,876 | 21,061 | 5,185 | 33 |
| Total revenue | $ 74,540 | $ 108,524 | $ 33,984 | 46 |
| Percentage of revenue: | | | | |
| Subscription | 79% | 81% | | |
| Professional services and other | 21 | 19 | | |
| Total | 100% | 100% | | |

Total revenue was $108.5 million for the fiscal year ended January 31, 2018, compared to $74.5 million for the fiscal year ended January 31, 2017, an increase of $34.0 million, or 46%. Subscription revenue was $87.5 million, or 81% of total revenue,

64

for the fiscal year ended January 31, 2018, compared to $58.7 million, or 79% of total revenue, for the fiscal year ended January 31, 2017. The increase in subscription revenue was primarily due to a $25.7 million increase from existing customers and a $12.9 million increase from new customers, offset by a $9.8 million decrease from canceled customers. Our customer count increased 27% from January 31, 2017 to January 31, 2018.

Professional services and other revenue was $21.1 million, or 19% of total revenue, for the fiscal year ended January 31, 2018, compared to $15.9 million, or 21% of total revenue, for the fiscal year ended January 31, 2017. This increase is due to a higher volume of implementation and training services provided to our customers.

### *Cost of Revenue, Gross Profit and Gross Margin*

| | Year Ended January 31, | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2017 | | 2018 | | $ Change | | % Change |
| | (in thousands) | | | | | | |
| Cost of revenue: | | | | | | | |
| Subscription | $ | 21,486 | $ | 32,427 | $ | 10,941 | 51% |
| Professional services and other | | 11,709 | | 12,492 | | 783 | 7 |
| Total cost of revenue | $ | 33,195 | $ | 44,919 | $ | 11,724 | 35 |
| Gross profit | $ | 41,345 | $ | 63,605 | $ | 22,260 | 54 |
| Gross margin: | | | | | | | |
| Subscription | | 63% | | 63% | | | |
| Professional services and other | | 26 | | 41 | | | |
| Total gross margin | | 56 | | 59 | | | |

Cost of subscription revenue was $32.4 million for the fiscal year ended January 31, 2018, compared to $21.5 million for the fiscal year ended January 31, 2017, an increase of $10.9 million, or 51%. The increase in cost of subscription revenue was primarily due to an increase of $5.3 million in expanded use of our third-party hosting services by existing and new customers and $2.6 million in employee-related costs, as the average headcount in our cloud infrastructure and customer support organizations increased from 88 for the fiscal year ended January 31, 2017 to 102 for the fiscal year ended January 31, 2018. The increase was also attributable to an increase of $1.7 million in amortization of capitalized software developments costs, and an increase of $1.2 million related to allocated overhead and outside services costs driven by our overall growth.

Cost of professional services and other revenue was $12.5 million for the fiscal year ended January 31, 2018, compared to $11.7 million for the fiscal year ended January 31, 2017. This increase is primarily due to a higher volume of services provided by third-party consultants related to implementation and training.

Subscription gross margin remained flat, while gross margin for professional services and other increased from 26% for the fiscal year ended January 31, 2017 to 41% for the fiscal year ended January 31, 2018 due to efficiencies gained in delivering our professional services.

65

***Operating Expenses***

| | Year Ended January 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2017 | | 2018 | | $ Change | % Change |
| | (in thousands) | | | | | |
| Operating expenses: | | | | | | |
| Sales and marketing | $ | 118,935 | $ | 131,802 | $ 12,867 | 11% |
| Research and development | | 76,164 | | 78,261 | 2,097 | 3 |
| General and administrative | | 29,106 | | 29,323 | 217 | 1 |
| Total operating expenses | $ | 224,205 | $ | 239,386 | $ 15,181 | 7 |
| Percentage of revenue: | | | | | | |
| Sales and marketing | | 160% | | 121% | | |
| Research and development | | 102 | | 72 | | |
| General and administrative | | 39 | | 27 | | |

Sales and marketing expenses were $131.8 million for the fiscal year ended January 31, 2018, compared to $118.9 million for the fiscal year ended January 31, 2017, an increase of $12.9 million, or 11%. The increase was primarily due to an increase of $11.2 million in marketing programs and event costs and $1.5 million in costs related to third party consulting. The increase was also attributable to an increase of $1.1 million in personnel costs as the average sales and marketing headcount increased from 289 for the fiscal year ended January 31, 2017 to 300 for the fiscal year ended January 31, 2018. The increase is partially offset by a decrease of $1.7 million in commission expense primarily due to a decrease in the average commission rate relating to professional services.

Sales and marketing expense as a percentage of total revenue decreased from 160% in the fiscal year ended January 31, 2017 to 121% in the fiscal year ended January 31, 2018.

Research and development expenses were $78.3 million for the fiscal year ended January 31, 2018, compared to $76.2 million for the fiscal year ended January 31, 2017, an increase of $2.1 million, or 3%. The increase was primarily due to an increase of $2.2 million in employee-related costs as discretionary bonuses increased by $1.4 million and our average research and development headcount increased from 257 during the fiscal year ended January 31, 2017 to 266 during the fiscal year ended January 31, 2018. The increase was also attributable to a $2.8 million decrease in capitalized software development costs. The increase is partially offset by a decrease of $3.3 million in third-party web services for internal use.

Research and development expense as a percentage of revenue decreased from 102% in the fiscal year ended January 31, 2017 to 72% in the fiscal year ended January 31, 2018.

General and administrative expenses were $29.3 million for the fiscal year ended January 31, 2018, compared to $29.1 million for the fiscal year ended January 31, 2017, an increase of $0.2 million, or 1%. The increase was primarily due to an increase of $1.3 million in employee-related costs as we prepare to operate as a public company. The increase was partially offset by a decrease of $0.9 million in sales and other indirect taxes.

General and administrative expenses as a percent of revenue decreased from 39% in the fiscal year ended January 31, 2017 to 27% in the fiscal year ended January 31, 2018.

66

*Other Income (Expense), Net*

| | Year Ended January 31, | | | |
| --- | --- | --- | --- | --- |
| | 2017 | 2018 | $ Change | % Change |
| | (in thousands) | | | |
| Other income (expense), net | $ 513 | $ (396) | $ (909) | (177)% |

Other income (expense), net decreased $0.9 million, or 177%. This decrease is primarily due to an increase in interest expense of $1.1 million due to the credit facility entered into in December 2017 and as amended in April 2018. The increase in interest expense was slightly offset by an increase in other income due to foreign currency transaction gains.

## Quarterly Results of Operations

The following tables set forth selected unaudited quarterly consolidated statements of operations data for each of the nine quarters in the period ended April 30, 2018, as well as the percentage of revenue that each line item represents for each quarter. The information for each of these quarters has been prepared on the same basis as the audited annual consolidated financial statements included elsewhere in this prospectus and, in the opinion of management, includes all adjustments, which consist only of normal recurring adjustments, necessary for the fair presentation of the results of operations for these periods in accordance with GAAP. This data should be read in conjunction with our audited consolidated financial statements and related notes included elsewhere in this prospectus. These quarterly operating results are not necessarily indicative of our operating results for a full year or any future period.

| | Three Months Ended | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 30, 2016 | July 31, 2016 | October 31, 2016 | January 31, 2017 | April 30, 2017 | July 31, 2017 | October 31, 2017 | January 31, 2018 | April 30, 2018 |
| | (in thousands) | | | | | | | | |
| Revenue: | | | | | | | | | |
| Subscription | $ 12,708 | $ 13,940 | $ 15,251 | $ 16,765 | $ 19,103 | $ 21,052 | $ 22,656 | $ 24,652 | $ 26,663 |
| Professional services and other | 3,528 | 3,953 | 3,518 | 4,877 | 5,143 | 4,851 | 5,646 | 5,421 | 5,282 |
| Total revenue | 16,236 | 17,893 | 18,769 | 21,642 | 24,246 | 25,903 | 28,302 | 30,073 | 31,945 |
| Cost of revenue: | | | | | | | | | |
| Subscription[1] | 4,048 | 4,918 | 5,892 | 6,628 | 6,936 | 7,570 | 9,102 | 8,819 | 8,056 |
| Professional services and other[1] | 2,950 | 3,112 | 2,866 | 2,781 | 2,802 | 3,083 | 3,292 | 3,315 | 3,510 |
| Total cost of revenue | 6,998 | 8,030 | 8,758 | 9,409 | 9,738 | 10,653 | 12,394 | 12,134 | 11,566 |
| Gross profit | 9,238 | 9,863 | 10,011 | 12,233 | 14,508 | 15,250 | 15,908 | 17,939 | 20,379 |
| Operating expenses: | | | | | | | | | |
| Sales and marketing[1] | 30,910 | 24,757 | 29,681 | 33,587 | 35,517 | 31,413 | 33,552 | 31,320 | 39,656 |
| Research and development[1] | 17,597 | 18,686 | 20,295 | 19,586 | 19,703 | 20,191 | 18,787 | 19,580 | 19,064 |
| General and administrative[1][2] | 7,134 | 6,913 | 7,465 | 7,594 | 7,245 | 7,288 | 7,280 | 7,510 | 4,644 |
| Total operating expenses | 55,641 | 50,356 | 57,441 | 60,767 | 62,465 | 58,892 | 59,619 | 58,410 | 63,364 |
| Loss from operations | (46,403) | (40,493) | (47,430) | (48,534) | (47,957) | (43,642) | (43,711) | (40,471) | (42,985) |
| Other income (expense), net[1] | 146 | 205 | 58 | 104 | 82 | 243 | (74) | (647) | (1,919) |
| Loss before income taxes | (46,257) | (40,288) | (47,372) | (48,430) | (47,875) | (43,399) | (43,785) | (41,118) | (44,904) |
| Provision for income taxes | 37 | 107 | 198 | 431 | 103 | 94 | 99 | 89 | 603 |
| Net loss | $ (46,294) | $ (40,395) | $ (47,570) | $ (48,861) | $ (47,978) | $ (43,493) | $ (43,884) | $ (41,207) | $ (45,507) |

67

(1)   Includes stock-based compensation expense as follows:

| | Three Months Ended | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 30, 2016 | July 31, 2016 | October 31, 2016 | January 31, 2017 | April 30, 2017 | July 31, 2017 | October 31, 2017 | January 31, 2018 | April 30, 2018 |
| | (in thousands) | | | | | | | | |
| Cost of revenue: | | | | | | | | | |
| Subscription | $ 12 | $ 12 | $ 8 | $ 14 | $ 11 | $ 12 | $ 13 | $ 12 | $ 15 |
| Professional services and other | 11 | 11 | 11 | 12 | 10 | 11 | 10 | 9 | 8 |
| Sales and marketing | 420 | 421 | 496 | 593 | 590 | 462 | 453 | 340 | 305 |
| Research and development | 492 | 492 | 613 | 609 | 522 | 595 | 628 | 566 | 483 |
| General and administrative | 1,268 | 1,281 | 1,275 | 1,275 | 1,271 | 1,276 | 1,273 | 1,270 | 1,265 |
| Other income (expense), net | — | 1 | 8 | 8 | 8 | 9 | 8 | 11 | 17 |
| Total | $ 2,203 | $ 2,218 | $ 2,411 | $ 2,511 | $ 2,412 | $ 2,365 | $ 2,385 | $ 2,208 | $ 2,093 |

(2)   Includes amortization of intangible assets as follows:

| | Three Months Ended | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 30, 2016 | July 31, 2016 | October 31, 2016 | January 31, 2017 | April 30, 2017 | July 31, 2017 | October 31, 2017 | January 31, 2018 | April 30, 2018 |
| | (in thousands) | | | | | | | | |
| General and administrative | $ 113 | $ 116 | $ 54 | $ 21 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 |

| | Three Months Ended | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 30, 2016 | July 31, 2016 | October 31, 2016 | January 31, 2017 | April 30, 2017 | July 31, 2017 | October 31, 2017 | January 31, 2018 | April 30, 2018 |
| | (as a percentage of total revenue) | | | | | | | | |
| Revenue: | | | | | | | | | |
| Subscription | 78 % | 78 % | 81 % | 77 % | 79 % | 81 % | 80 % | 82 % | 83 % |
| Professional services and other | 22 | 22 | 19 | 23 | 21 | 19 | 20 | 18 | 17 |
| Total revenue | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Cost of revenue: | | | | | | | | | |
| Subscription | 25 | 27 | 31 | 31 | 29 | 29 | 32 | 29 | 25 |
| Professional services and other | 18 | 17 | 15 | 13 | 12 | 12 | 12 | 11 | 11 |
| Total cost of revenue | 43 | 44 | 46 | 44 | 41 | 41 | 44 | 40 | 36 |
| Gross margin | 57 | 56 | 54 | 56 | 59 | 59 | 56 | 60 | 64 |
| Operating expenses: | | | | | | | | | |
| Sales and marketing | 190 | 138 | 158 | 155 | 146 | 121 | 119 | 104 | 124 |
| Research and development | 108 | 104 | 108 | 90 | 81 | 78 | 66 | 65 | 60 |
| General and administrative | 44 | 39 | 40 | 35 | 30 | 28 | 26 | 25 | 15 |
| Total operating expenses | 342 | 281 | 306 | 280 | 257 | 227 | 211 | 194 | 199 |
| Loss from operations | (285) | (225) | (252) | (224) | (198) | (168) | (155) | (134) | (135) |
| Other income (expense), net | 1 | 1 | — | — | — | 1 | — | (2) | (6) |
| Loss before income taxes | (284) | (224) | (252) | (224) | (198) | (167) | (155) | (136) | (141) |
| Provision for income taxes | — | 1 | 1 | 2 | — | — | — | — | 2 |
| Net loss | (284)% | (225)% | (253)% | (226)% | (198)% | (167)% | (155)% | (136)% | (143)% |

68

### *Quarterly Trends in Revenue*

Our quarterly revenue increased sequentially for all periods presented primarily due to increases in the number of new customers, average contract value and expanded relationships with existing customers. In some cases, revenue for professional services decreased period over period due to timing of work completed on large projects. Our professional services revenue has experienced significant volatility in the past and we expect this volatility to continue.

### *Quarterly Costs and Expenses Trends*

Costs of subscription services generally increased across all quarters presented primarily due to the continued expansion of our cloud infrastructure and increased employee headcount. For the three months ended January 31, 2018 and April 30, 2018, costs of subscription services decreased compared to the preceding three month period due to cost-saving efforts related to web hosting. Costs of professional services fluctuated across the quarters presented primarily due to timing of work completed on large projects. For the three months ended October 31, 2016 and January 31, 2017, costs of professional services decreased compared to the preceding three month period, as we aligned the use of our implementation partner resources with the lower volume of projects delivered during that period.

Sales and marketing costs generally increased across the quarters presented, primarily due to the addition of personnel, increased marketing event costs and increased marketing campaigns to support the growth of the business. These costs were higher than usual during the three months ended April 30, 2016, 2017 and 2018 due to increased costs associated with our annual Domopalooza user conference. Sales and marketing costs were also higher than usual during the three months ended October 31, 2016 and 2017 due to increased tradeshow activity relative to other periods. The three months ended January 31, 2017 and 2018 were our strongest sales quarter of the periods presented, which resulted in increased sales and marketing costs related to commissions. Research and development costs generally increased across the quarters presented, primarily due to the addition of personnel to support the development of our product. General and administrative costs generally increased across the quarters presented primarily due to the addition of personnel to support our growth. These costs were lower than usual during the three months ended April 30, 2018 due to the reversal of a contingent tax-related accrual.

Other income (expense), net has increased in recent quarters due to the credit facility entered into in December 2017 and amended in April 2018.

Our quarterly operating results may fluctuate due to various factors affecting our performance. In addition, we recognize revenue from subscriptions ratably over the term of the contract. Therefore, changes in our contracting activity in the near term may not impact changes to our reported revenue until future periods.

## Quarterly Key Business Metrics

The following table sets forth our key metrics as of the end of each of the nine quarters in the period ended April 30, 2018.

| | Three Months Ended | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | April 30, 2016 | July 31, 2016 | October 31, 2016 | January 31, 2017 | April 30, 2017 | July 31, 2017 | October 31, 2017 | January 31, 2018 | April 30, 2018 |
| Number of customers (as of period end) | 1,065 | 1,073 | 1,118 | 1,199 | 1,306 | 1,381 | 1,430 | 1,521 | 1,594 |
| Billings (in thousands) | $ 19,931 | $ 18,983 | $ 21,051 | $ 32,447 | $ 27,663 | $ 26,464 | $ 30,015 | $ 45,402 | $ 33,714 |

### *Quarterly Key Metrics Trends*

The improvement in billings is due to the acquisition of additional customers and sales of larger subscription contracts to existing customers, which are attributable to our continued focus on selling to larger enterprise customers. The increase in billings during the three months ended January 31, 2017 and 2018 is primarily from seasonality due to the buying patterns of our larger customers and the higher concentration of customers renewing their subscriptions in our fiscal fourth quarter.

## Liquidity and Capital Resources

As of April 30, 2018, we had $71.9 million of cash and cash equivalents. Our cash equivalents are comprised primarily of money market funds. In December 2017, we entered into an $80 million credit facility and drew $50 million. In April 2018, we amended the credit facility pursuant to which we incurred an additional $20 million in term loan borrowings for a total availability of $100 million under the amended facility. We drew the remaining $50 million during April 2018.

69

Except as otherwise noted below, the address for each person or entity listed in the table is c/o Domo, Inc., 772 East Utah Valley Drive, American Fork, Utah 84003.

| | Beneficial Ownership Prior to the Offering | | | | | Beneficial Ownership After the Offering | | | | |
| | Class A | | Class B | | % of Total Voting power[(1)] | Class A | | Class B | | % of Total Voting power[(1)] |
| Name | Shares | % | Shares | % | | Shares | % | Shares | % | |
| **5% Stockholders** | | | | | | | | | | |
| Cocolalla, LLC[(2)] | 3,263,659 | 100% | — | —% | 91.3% | 3,263,659 | 100% | — | —% | 85.8% |
| Entities affiliated with Institutional Venture Partners[(3)] | — | — | 1,609,537 | 12.9 | 1.1 | — | — | 1,609,537 | 7.4% | 1.1 |
| Entities affiliated with Benchmark Capital [(4)] | — | — | 1,492,752 | 12.0 | 1.0 | — | — | 1,492,752 | 6.9% | 1.0 |
| Entities affiliated with BlackRock[(5)] | — | — | 1,344,146 | 10.8 | * | — | — | 1,344,146 | 6.2% | * |
| Entities affiliated with GGV[(6)] | — | — | 835,013 | 6.7 | * | — | — | 835,013 | 3.8% | * |
| **Named Executive Officers and Directors** | | | | | | | | | | |
| Joshua G. James[(7)] | 3,263,659 | 100% | 591,215 | 4.5% | 91.7% | 3,263,659 | 100% | 591,215 | 2.7% | 86.1% |
| Bruce Felt[(8)] | — | — | 151,017 | 1.2 | * | — | — | 151,017 | 0.7 | * |
| Catherine Wong[(9)] | — | — | 97,907 | 0.8 | * | — | — | 97,907 | 0.4 | * |
| Fraser Bullock [(10)] | — | — | 106,428 | 0.9 | * | — | — | 106,428 | 0.5 | * |
| Matthew Cohler[(11)] | — | — | 1,492,752 | 12.0 | 1.0 | — | — | 1,492,752 | 6.9 | 1.0 |
| Dana Evan | — | — | — | — | * | — | — | — | | |
| Mark Gorenberg[(12)] | — | — | 111,389 | 0.9 | * | — | — | 111,389 | 0.5 | * |
| Glenn Solomon[(13)] | — | — | 835,013 | 6.7 | * | — | — | 835,013 | 3.8 | * |
| Nehal Raj | — | — | — | — | * | — | — | — | — | * |
| All Executive Officers & Directors as a Group (10 persons)[(14)] | 3,263,659 | 100% | 3,712,379 | 27.1% | 93.9% | 3,263,659 | 100% | 3,712,379 | 16.2% | 88.2% |

_____

\*   Represents beneficial ownership or voting power of less than 1%.

(1)   Percentage total voting power represents voting power with respect to all outstanding shares of our Class A common stock and Class B common stock, voting as a single class. Each holder of Class A common stock shall be entitled to 40 votes per share of Class A common stock and each holder of Class B common stock shall be entitled to one vote per share of Class B common stock. Holders of Class A common stock and Class B common stock will vote together as a single class on all matters (including the election of directors) submitted to a vote of stockholders, unless otherwise required by law or our amended and restated certificate of incorporation. The Class A common stock is convertible at any time by the holder into shares of Class B common stock on a share-for-share basis.

(2)   Joshua G. James, our founder, chief executive officer and a director, is the managing member of Cocolalla, LLC, and he has sole power to vote and dispose of the shares, which are directly owned by Cocolalla, LLC.

(3)   Consists of (a) 862,440 shares of Series B convertible preferred stock, 350,951 shares of Series C convertible preferred stock, 48,388 shares of Series D convertible preferred stock and 105,816 shares of Series D-2 convertible preferred stock held of record by Institutional Venture Partners XIII, L.P. ("IVP XIII"), (b) 240,662 shares of Series D convertible preferred stock held of record by Institutional Venture Partners XV, L.P. ("IVP XV"), and (c) 1,280 shares of Series D convertible preferred stock held of record by Institutional Venture Partners XV Executive Fund, L.P. ("IVP Executive Fund"), each share of which will automatically convert into one share of Class B common stock immediately prior to the completion of this offering. Institutional Venture Management XIII, LLC is the general partner of IVP XIII, and Institutional Venture Management XV LLC is the general partner of IVP XV and IVP Executive Fund. Todd C. Chaffee, Norman A. Fogelsong, Stephen J. Harrick, J. Sanford Miller and Dennis B. Phelps are the managing directors of Institutional Venture Management XIII, LLC and Institutional Venture Management XV LLC and share voting and dispositive power over the shares held by IVP XIII, IVP XV and IVP Executive Fund. The address for these entities is c/o Institutional Venture Partners, 3000 Sand Hill Road, Building 2, Suite 250, Menlo Park, California 94025.

(4)   Consists of 1,492,752 shares of Series A convertible preferred stock held of record by Benchmark Capital Partners VII, L.P. ("BCP"), each share of which will automatically convert into one share of Class B common stock immediately prior to completion of this offering. Benchmark Capital Management Co. VII, L.L.C., the general partner of Benchmark Capital Partners VII, L.P., may be deemed to have sole power to vote these shares, and Matthew R. Cohler, Bruce W. Dunlevie, Peter H. Fenton, J. William Gurley, Kevin R. Harvey, Mitchell Lasky, and Steven M. Spurlock, the managing members of Benchmark Capital Management Co. VII, L.L.C., may be deemed to have shared power to vote these shares. The address for Benchmark Capital Partners VII, L.P. is 2965 Woodside Road, Woodside, CA 94062.

123

(5)    Consists of (a) 14,243 shares of Series D-2 convertible preferred stock held by BlackRock Global Allocation Fund (Australia), (b) 9,632 shares of Series D-2 convertible preferred stock held by AZL BlackRock Global Allocation Fund, a Series of Allianz Variable Insurance Products Trust, (c) 28,815 shares of Series D-2 convertible preferred stock held by BlackRock Global Allocation Collective Fund, (d) 18,367 shares of Series D-2 convertible preferred stock held by BlackRock Global Funds—Global Dynamic Equity Fund, (e) 186,575 shares of Series D-2 convertible preferred stock held by BlackRock Global Allocation V.I. Fund of BlackRock Variable Series Funds, Inc., (f) 319,189 shares of Series D-2 convertible preferred stock held by BlackRock Global Funds—Global Allocation Fund, (g) 709,810 shares of Series D-2 convertible preferred stock held by BlackRock Global Allocation Fund, Inc., (h) 3,715 shares of Series D-2 convertible preferred stock held by BlackRock Global Allocation Portfolio of BlackRock Series Fund, Inc., (i) 43,600 shares of Series D-2 convertible preferred stock held by JNL/BlackRock Global Allocation Fund of JNL Series Trust, and (j) 10,200 shares of Series D-2 convertible preferred stock held by MassMutual Select BlackRock Global Allocation Fund, each share of which will automatically convert into one share of Class B common stock immediately prior to the completion of this offering. The registered holders of the referenced shares are funds and accounts under management by investment adviser subsidiaries of BlackRock, Inc. BlackRock, Inc. is the ultimate parent holding company of such investment adviser entities.  On behalf of such investment adviser entities, David Clayton, Dan Chamby, Russ Koesterich and Kent Hogshire (the "Portfolio Managers"), as managing directors of such entities, has voting and investment power over the shares held by the funds and accounts which are the registered holders of the referenced shares.  The Portfolio Managers expressly disclaim beneficial ownership of all shares held by such funds and accounts. The address of such funds and accounts, such investment adviser subsidiaries and the Portfolio Managers is 1 University Square Drive, Princeton, NJ 08540.

(6)    Consists of (a) 29,643 shares of Series A convertible preferred stock, 515,496 shares of Series C convertible preferred stock and 78,973  shares of Series D convertible preferred stock held of record by GGV Capital IV L.P., (b) 628 shares of Series A convertible preferred stock, 10,930 shares of Series C convertible preferred stock and 1,674 shares of Series D convertible preferred stock held of record by GGV Capital IV Entrepreneurs Fund L.P. and (c) 197,669 shares of Series D-2 convertible preferred stock held of record by GGV Capital Select L.P., each share of which will automatically convert into one share of Class B common stock immediately prior to the completion of this offering. GGV Capital IV L.L.C. is the general partner of GGV Capital IV L.P. and GGV Capital IV Entrepreneurs Fund L.P., and GGV Capital Select L.L.C. is the general partner of GGV Capital Select L.P. Glenn Solomon, Jixun Foo, Jenny Lee, Jeff Richards, and Hans Tung are the managing directors of GGV Capital IV L.L.C. and GGV Capital Select L.L.C., and share voting and investment control over these shares. The address for each of the foregoing entities is 3000 Sand Hill Road, Suite 4-230, Menlo Park, CA 94025.

(7)    Consists of (a) 3,263,659 shares of Series 1 convertible preferred stock held of record by Cocolalla, LLC and (b) options to purchase 591,215 shares of Class B common stock held of record by Mr. James that are exercisable within 60 days of May 31, 2018 .

(8)    Consists of options to purchase 151,017 shares of Class B common stock that are exercisable within 60 days of May 31, 2018 .

(9)    Consists of options to purchase 97,907 of Class B common stock that are exercisable within 60 days of May 31, 2018 .

(10)  Consists of (a) 8,666 shares of Class B common stock held of record by Bullock Family 2003 Gift Trust, (b) 8,789 shares of Class B common stock held of record by Bullock Family 101 Trust, (c) 18,783 shares of Series A convertible preferred stock held of record by Bullock Family 101 Trust, and (d) 70,190 shares of Series C convertible preferred stock held of record by Bullock Family 101 Trust. Jennifer Bullock serves as trustee to the Bullock Family 2003 Gift Trust and Robert Gardner serves as trustee to the Bullock Family 101 Trust.

(11)  Consists of 1,492,752 shares of Class B common stock held by Benchmark Capital Partners VII, L.P., each share of which will automatically convert into one share of Class B common stock immediately prior to the completion of this offering. Benchmark Capital Management Co. VII, L.L.C., the general partner of Benchmark Capital Partners VII, L.P., may be deemed to have sole power to vote these shares, and Mr. Cohler, Bruce W. Dunlevie, Peter H. Fenton, J. William Gurley, Kevin R. Harvey, Mitchell Lasky, and Steven M. Spurlock, the managing members of Benchmark Capital Management Co. VII, L.L.C., may be deemed to have shared power to vote these shares.

(12)  Consists of (a) 93,934 shares of Series A convertible preferred stock held of record by Zetta Venture Partners I, L.P., each share of which will automatically convert into one share of Class B common stock immediately prior to the completion of this offering, and (b) options to purchase 17,455 shares of Class B common stock held of record by Mr. Gorenberg that are exercisable within 60 days of May 31, 2018 . Zetta Equity Partners I, LLC is the general partner of Zetta Venture Partners I, L.P. Mr. Gorenberg and Ashley Fontana are the managing directors of Zetta Equity Partners I, LLC and share voting and investment control over the shares held by Zetta Venture Partners I, L.P.

(13)  Consists of (a) 29,643 shares of Series A convertible preferred stock, 515,496 shares of Series C convertible preferred stock and 78,973  shares of Series D convertible preferred stock held of record by GGV Capital IV L.P., (b) 628 shares of Series A convertible preferred stock, 10,930 shares of Series C convertible preferred stock and 1,674 shares of Series D convertible preferred stock held of record by GGV Capital IV Entrepreneurs Fund L.P., and (c) 197,669 shares of Series D-2 convertible preferred stock held of record by GGV Capital Select L.P.,, each share of which will automatically convert into one share of Class B common stock immediately prior to the completion of this offering. GGV Capital IV L.L.C. is the general partner of GGV Capital IV L.P. and GGV Capital IV Entrepreneurs Fund L.P., and GGV Capital Select L.L.C. is the general partner of GGV Capital Select L.P. Glenn Solomon, Jixun Foo, Jenny Lee, Jeff Richards, and Hans Tung are the managing directors of GGV Capital IV L.L.C. and GGV Capital Select L.L.C., and share voting and investment control over these shares. The address for each of the foregoing entities is 3000 Sand Hill Road, Suite 4-230, Menlo Park, CA 94025.

(14)  Includes 1,184,252 shares of Class B common stock issuable upon exercise of options that are exercisable within 60 days of May 31, 2018 .

124

## DESCRIPTION OF CAPITAL STOCK

This section provides a summary of the rights of our common stock and preferred stock. This summary is not complete. For more detailed information, please see our certificate of incorporation and bylaws, which are filed as exhibits to the registration statement of which this prospectus is a part.

Upon the closing of this offering and the filing of our certificate of incorporation to be effective upon completion of this offering, our authorized capital stock will consist of 513,263,659 shares, of which 3,263,659 shares are designated Class A common stock, par value $0.001 per share, 500,000,000 shares are designated Class B common stock, par value $0.001 per share, and 10,000,000 shares are designated preferred stock, par value $0.001 per share.

Upon the closing of this offering, all the outstanding shares of convertible preferred stock as of April 30, 2018 will automatically convert into, in the case of Series 1 convertible preferred stock, an aggregate of 3,263,659 shares of Class A common stock and, in the case of all other convertible preferred stock, an aggregate of 10,835,278 shares of Class B common stock. Upon the closing of this offering and after giving effect to the conversion of convertible preferred stock into common stock, warrants to purchase an aggregate of 73,726 shares of Class B common stock will remain outstanding if they are not exercised prior to the closing of this offering.

## Common Stock

### *Outstanding Shares*

Based on 1,654,869 shares of Class B common stock outstanding as of April 30, 2018 , the conversion of convertible preferred stock outstanding as of April 30, 2018 into an aggregate of 3,263,659 shares of Class A common stock and 10,835,278 shares of Class B common stock upon the completion of this offering, the issuance of 9,200,000 shares of Class B common stock in this offering, and no exercise of the underwriters' option to purchase additional shares and no exercise of options or warrants, there will be 3,263,659 shares of Class A common stock and 21,690,147 shares of Class B common stock outstanding upon the closing of this offering. As of April 30, 2018 , assuming the conversion of all outstanding convertible preferred stock into common stock upon the closing of this offering, we had one record holder of our Class A common stock and 408 record holders of our Class B common stock. Pursuant to our amended and restated certificate of incorporation, our board of directors will have the authority, without stockholder approval except as required by the listing standards of The Nasdaq Global Market to issue additional shares of our Class B common stock. Until the final conversion of all outstanding shares of Class A common stock pursuant to the terms of the certificate of incorporation, or the final conversion date, any increase in the authorized shares of Class A common stock requires the approval of the holders of a majority of the outstanding shares of Class A common stock.

### *Voting Rights*

We currently have two classes of authorized common stock, Class A common stock and Class B common stock. Each share of Class A common stock is entitled to 40 votes per share. Each share of Class B common stock is entitled to one vote per share. Holders of Class A common stock and Class B common stock will vote together as a single class on all matters (including the election of directors) submitted to a vote of stockholders, unless otherwise required by law or our certificate of incorporation.

Delaware law could require holders of Class A common stock or Class B common stock to vote separately as a single class in the following circumstances:

- if we were to seek to amend our certificate of incorporation to increase or decrease the par value of a class of our capital stock, then that class would be required to vote separately to approve the proposed amendment; and

- if we were to seek to amend our certificate of incorporation in a manner that alters or changes the powers, preferences or special rights of a class of our capital stock in a manner that affected its holders adversely, then that class would be required to vote separately to approve the proposed amendment.

Our certificate of incorporation and bylaws that will be in effect at the closing of our initial public offering will provide that from and after when the outstanding shares of Class A common stock represent less than a majority of the total combined voting power of our Class A common stock and Class B common stock, or the voting threshold date, we will have a classified board of directors consisting of three classes of approximately equal size, each serving staggered three-year terms. Only the directors in one class will be subject to election by a plurality of the votes cast at each annual meeting of stockholders, with the directors in the other classes continuing for the remainder of their respective three-year terms. Until the voting threshold date, our directors will be elected annually for one-year terms. Stockholders do not have the ability to cumulate votes for the election of directors.

125

Holders of our Class A common stock and Class B common stock are not entitled to cumulative voting in the election of directors, which means that the holders of a majority of the voting power of our Class A common stock and Class B common stock, voting together as a single voting class, will be entitled to elect all of the directors standing for election, if they so choose.

After this offering, all of our Class A common stock will be held by Cocolalla, LLC and controlled by our founder, chief executive officer and chairman, Joshua G. James, as the managing member of Cocolalla, LLC, and will represent 86% of the voting power of our outstanding capital stock. Because of our dual class structure, we anticipate that, for the foreseeable future, Mr. James will continue to be able to control all matters submitted to our stockholders for approval, including the election and removal of directors.

### Conversion

Each share of Class A common stock will automatically convert into one share of Class B common stock on the final conversion date. Each share of Class A common stock is also convertible at any time at the option of the holder into one share of Class B common stock. In addition, each share of Class A common stock will convert automatically into one share of Class B common stock upon any transfer, whether or not for value, except for certain transfers described in our certificate of incorporation, including, without limitation, transfers for tax and estate planning purposes, so long as the transferring holder of Class A common stock continues to hold exclusive voting and dispositive power with respect to the shares transferred. In addition, each outstanding share of Class A common stock held by a stockholder who is a natural person, or held by the permitted entities and permitted transferees of such natural person (as described in our certificate of incorporation), will convert automatically into one share of Class B common stock upon the death or disability of such natural person nine months following such death or disability, unless otherwise extended in accordance with our certificate of incorporation.

Once converted into a share of Class B common stock, a converted share of Class A common stock will not be reissued. Following the conversion of all outstanding shares of Class A common stock, no further shares of Class A common stock will be issued.

### Dividends

Subject to preferences that may be applicable to any then-outstanding preferred stock, holders of our Class A common stock and Class B common stock are entitled to receive dividends, if any, as may be declared from time to time by our board of directors out of legally available funds. For more information see "Dividend Policy." If a dividend is paid in the form of Class A common stock or Class B common stock, then holders of Class A common stock shall receive Class A common stock and holders of Class B common stock shall receive Class B common stock.

### Liquidation

In the event of our liquidation, dissolution or winding up, holders of our Class A common stock and Class B common stock will be entitled to share ratably in the net assets legally available for distribution to stockholders after the payment of all of our debts and other liabilities and the satisfaction of any liquidation preference granted to the holders of any then-outstanding shares of preferred stock.

### Rights and Preferences

Except as described above, holders of Class A common stock and Class B common stock have no preemptive, conversion, subscription or other rights, and there are no redemption or sinking fund provisions applicable to Class A common stock or Class B common stock. The rights, preferences and privileges of the holders of Class A common stock and Class B common stock are subject to and may be adversely affected by, the rights of the holders of shares of any series of preferred stock that we may designate in the future.

### Fully Paid and Nonassessable

All of our outstanding shares of Class A common stock are, and the shares of Class B common stock to be issued pursuant to this offering, when paid for, will be fully paid and nonassessable.

### Preferred Stock

Upon closing of this offering, no shares of preferred stock will be outstanding, and we have no present plan to issue any shares of preferred stock. Notwithstanding the foregoing, upon the closing of this offering, our board of directors will have the authority, without further action by the stockholders, to issue up to 10,000,000 shares of preferred stock in one or more series

126

and to fix the rights, preferences, privileges and restrictions thereof. These rights, preferences and privileges could include dividend rights, conversion rights, voting rights, redemption rights, liquidation preferences, sinking fund terms and the number of shares constituting any series or the designation of such series, any or all of which may be greater than the rights of Class A common stock or Class B common stock. The issuance of preferred stock could adversely affect the voting power of holders of Class A common stock and Class B common stock and the likelihood that such holders will receive dividend payments and payments upon liquidation. In addition, the issuance of preferred stock could have the effect of delaying, deferring or preventing change in our control or other corporate action.

## Warrants

As of April 30, 2018, we had the following warrants issued and outstanding:

- Warrants to purchase 3,729 shares of Class B common stock at an exercise price of $4.80 per share and an expiration date that is the earlier of (1) November 14, 2021 and (2) the third anniversary of the completion of this offering.

- Warrants to purchase 3,333 shares of Class B common stock at an exercise price of $34.35 per share and an expiration date of July 18, 2026.

- Warrants to purchase 66,664 shares of Class B common stock at an exercise price equal to the lesser of (1) $45.00 per share and (2) the lowest price we receive for equity securities in a qualifying private placement, if any, prior to the closing of an initial public offering and an expiration date that is the earlier of (1) December 5, 2027 and (2) the third anniversary of the completion of this offering.

These warrants have a net exercise provision under which their holders may, in lieu of payment of the exercise price in cash, surrender the warrant and receive a net amount of shares based on the fair market value of our stock at the time of exercise of the warrants after deduction of the aggregate exercise price. In addition, these warrants will automatically be net exercised if the fair market value of our stock at the respective expiration dates of the warrants is greater than the exercise price. These warrants contain provisions for adjustment of the exercise price and number of shares issuable upon the exercise of these warrants in the event of certain stock dividends, stock splits, reorganizations, reclassifications and consolidations.

## Options

As of April 30, 2018 , options to purchase an aggregate of 2,436,043 shares of our Class B common stock were outstanding under our 2011 Equity Incentive Plan.

## Restricted Stock Units

As of April 30, 2018 , we had 1,204,223 shares of our Class B common stock subject to outstanding restricted stock units under our 2011 Equity Incentive Plan.

## Registration Rights

Under our investors' rights agreement, following the closing of this offering, the holders of approximately 14,098,937 shares of Class A common stock and Class B common stock issuable upon conversion of outstanding convertible preferred stock, or their transferees, have the right to require us to register the offer and sale of their shares, which we refer to as registration rights.

### Demand Registration Rights

At any time after six months after the date of this prospectus BlackRock Advisors, LLC or any of its affiliates or the holders of at least a majority of the shares having demand registration rights have the right to demand that we use best efforts to file a registration statement for the registration of the offer and sale of at least such number of shares with anticipated offering proceeds in excess of $20.0 million. We are only obligated to file up to two registration statements in connection with the exercise of demand registration rights. These registration rights are subject to specified conditions and limitations, including the right of the underwriters to limit the number of shares included in any such registration under certain circumstances and our ability to defer the filing of a registration statement with respect to an exercise of such demand registration rights for up to 90 days under certain circumstances.

### Form S-3 Registration Rights

At any time after we are qualified to file a registration statement on Form S-3, a stockholder with registration rights shall have the right to demand that we file a registration statement on Form S-3 so long as the aggregate number of shares to be offered

127

## SHARES ELIGIBLE FOR FUTURE SALE

Prior to this offering, there has been no public market for our Class B common stock, and although we expect that our Class B common stock will be approved for listing on The Nasdaq Global Market we cannot assure you that there will be an active public market for our Class B common stock following this offering. We cannot predict what effect sales of our shares in the public market or the availability of shares for sale will have on the market price of our Class B common stock. Future sales of substantial amounts of Class B common stock in the public market, including shares issued upon exercise of outstanding options or warrants, or the perception that such sales may occur, however, could adversely affect the market price of our Class B common stock and also could adversely affect our future ability to raise capital through the sale of our Class B common stock or other equity-related securities at times and prices we believe appropriate.

Upon completion of this offering, based on our shares outstanding as of April 30, 2018 and after giving effect to the conversion of all outstanding shares of our convertible preferred stock, 3,263,659 shares of our Class A common stock and  21,690,147  shares of our Class B common stock will be outstanding, or 23,070,147 shares of Class B common stock if the underwriters exercise their option to purchase additional shares in full. All of the shares of Class B common stock expected to be sold in this offering will be freely tradable without restriction or further registration under the Securities Act except shares held by our "affiliates," as that term is defined in Rule 144 under the Securities Act and any shares purchased in the offering by our directors, executive officers, employees and their immediate family members, which will be subject to a 180-day lock-up restriction. The remaining outstanding shares of our Class B common stock will be deemed "restricted securities" as that term is defined under Rule 144. Restricted securities may be sold in the public market only if their offer and sale is registered under the Securities Act or if the offer and sale of those securities qualify for an exemption from registration, including exemptions provided by Rules 144 and 701 under the Securities Act, which are summarized below.

As a result of the lock-up agreements and market stand-off provisions described below and the provisions of Rules 144 or 701, and assuming no extension of the lock-up period and no exercise of the underwriters' option to purchase additional shares, the shares of our Class B common stock that will be deemed "restricted securities" will be available for sale in the public market following the completion of this offering as follows:

- No shares will be eligible for sale on the date of this prospectus; and

- 12,490,147  shares of our Class B common stock and 3,263,659 shares of our Class A common stock, upon conversion into shares of our Class B common stock, will be eligible for sale upon expiration of the lock-up agreements and market stand-off provisions described below, beginning more than 180 days after the date of this prospectus.

We may issue shares of our Class B common stock from time to time for a variety of corporate purposes, including in capital-raising activities through future public offerings or private placements, in connection with exercise of stock options or warrants, vesting of restricted stock units and other issuances relating to our employee benefit plans and as consideration for future acquisitions, investments or other purposes. The number of shares of our Class B common stock that we may issue may be significant, depending on the events surrounding such issuances. In some cases, the shares we issue may be freely tradable without restriction or further registration under the Securities Act; in other cases, we may grant registration rights covering the shares issued in connection with these issuances, in which case the holders of the Class B common stock will have the right, under certain circumstances, to cause us to register any resale of such shares to the public.

### Lock-up Agreements and Market Standoff Provisions

We, our directors and officers and substantially all of the holders of our equity securities have agreed, subject to certain exceptions, not to offer, pledge sell, contract to sell, transfer, lend or otherwise dispose of, directly or indirectly, any shares of our common stock or securities convertible into or exchangeable or exercisable for common stock, for 180 days after the date of this prospectus without first obtaining the written consent of Morgan Stanley & Co. LLC, on behalf of the underwriters. These agreements are described below under the section captioned "Underwriters."

Morgan Stanley & Co. LLC has advised us that they have no present intent or arrangement to release any shares subject to a lock-up with the underwriters and will consider the release of any lock-up on a case-by-case basis. Upon a request to release any shares subject to a lock-up, Morgan Stanley & Co. LLC would consider the particular circumstances surrounding the request, including, but not limited to, the length of time before the lock- up expires, the number of shares requested to be released, reasons for the request, the possible impact on the market for our common stock and whether the holder of our shares requesting the release is an officer, director or other affiliate of ours.

131

**Rule 144**

In general, under Rule 144, beginning 90 days after the date of this prospectus, a person who is not our affiliate for purposes of the Securities Act and has not been our affiliate at any time during the preceding three months will be entitled to sell any shares of our common stock that such person has beneficially owned for at least six months, including the holding period of any prior owner other than one of our affiliates, without being required to comply with the notice, manner of sale or public information requirements or volume limitation provisions of Rule 144. Sales of our common stock by any such person would be subject to the availability of current public information about us if the shares to be sold were beneficially owned by such person for less than one year.

In addition, under Rule 144, a person may sell shares of our common stock acquired from us immediately upon the completion of this offering, without regard to the registration requirements of the Securities Act or the availability of public information about us, if:

- the person is not our affiliate and has not been our affiliate at any time during the preceding three months; and

- the person has beneficially owned the shares to be sold for at least one year, including the holding period of any prior owner other than one of our affiliates.

Beginning 90 days after the date of this prospectus, our affiliates who have beneficially owned shares of our common stock for at least six months, including the holding period of any prior owner other than one of our affiliates, would be entitled to sell within any three-month period a number of shares that does not exceed the greater of:

- 1% of the number of shares of our Class B common stock then outstanding, which will equal approximately 216,901 shares of our Class B common stock immediately after this offering; and

- the average weekly trading volume in our common stock on The Nasdaq Global Market during the four calendar weeks preceding the date of filing of a notice on Form 144 with respect to the sale.

Sales under Rule 144 by our affiliates are also subject to manner of sale provisions and notice requirements and to the availability of current public information about us. To the extent that shares were acquired from one of our affiliates, a person's holding period for the purpose of effecting a sale under Rule 144 would commence on the date of transfer from the affiliate.

**Rule 701**

In general, under Rule 701 a person who purchased shares of our common stock pursuant to a written compensatory plan or contract and who is not deemed to have been one of our affiliates during the immediately preceding 90 days may sell these shares in reliance upon Rule 144, but without being required to comply with the notice, manner of sale or public information requirements or volume limitation provisions of Rule 144. Rule 701 also permits affiliates to sell their Rule 701 shares under Rule 144 without complying with the holding period requirements of Rule 144. All holders of Rule 701 shares, however, are required to wait until 90 days after the date of this prospectus before selling such shares pursuant to Rule 701.

As of April 30, 2018 , there had been 462,818 shares of our outstanding Class B common stock issued in reliance on Rule 701 as a result of exercises of stock options. All of these shares, however, are subject to lock-up agreements as discussed above, and, as a result, these shares will only become eligible for sale at the earlier of the expiration of the lock-up period or upon obtaining the consent of Morgan Stanley & Co. LLC.

**Stock Options**

As of April 30, 2018 , options to purchase an aggregate of 2,436,043 shares of our Class B common stock were outstanding. We intend to file one or more registration statements on Form S-8 under the Securities Act to register the offer and sale of all shares of our Class B common stock subject to outstanding stock options and all shares issued or issuable under our stock plans. We expect to file the registration statement covering these shares after the date of this prospectus, which will permit the resale of such shares by persons who are non-affiliates of ours in the public market without restriction under the Securities Act, subject, with respect to certain of the shares, to the provisions of the lock-up agreements and market stand-off provisions described above.

132

**Warrants**

As of April 30, 2018 , the following warrants to purchase a total of 73,726 shares were outstanding:

- 3,729 shares of Class B common stock, at an exercise price of $4.80 per share;

- 3,333 shares of Class B common stock, at an exercise price of $34.35 per share; and

- 66,664 shares of Class B common stock at an exercise price equal to the lesser of (1) $45.00 per share and (2) the lowest price we receive for equity securities in a qualifying private placement, if any, prior to the closing of an initial public offering.

See "Description of Capital Stock—Warrants" for additional information. Shares issued upon exercise of the warrants may be able to be sold after the expiration of the lock-up period described above subject the requirements of Rule 144 described above.

**Registration Rights**

Upon completion of this offering, the holders of approximately 14,098,937 shares of our common stock will be eligible to exercise certain rights to cause us to register their shares for resale under the Securities Act, subject to various conditions and limitations. These registration rights are described under the section of this prospectus captioned "Description of Capital Stock — Registration Rights." Upon the effectiveness of a registration statement covering these shares, the shares would become freely tradable, and a large number of shares may be sold into the public market, which may adversely affect the market price of our common stock.

133

**Domo, Inc.**

**Notes to Consolidated Financial Statements (Continued)**

**10. Commitments and Contingencies (Continued)**

if the Company fails to meet certain of the defined service levels. In very limited instances, the Company allows customers to early terminate their agreements if the Company repeatedly or significantly fails to meet those levels. If the Company repeatedly or significantly fails to meet contracted upon service levels, a contract may require a refund of prepaid unused subscription fees. To date, the Company has not experienced any significant failures to meet defined levels of uptime reliability and performance as set forth in its agreements and, as a result, the Company has not accrued any liabilities related to these agreements in the consolidated financial statements.

***Operating Leases***

The Company has entered into noncancelable operating lease arrangements primarily for office space with various expiration dates through 2027. During the fiscal years ended January 31, 2017 and 2018, the Company entered into new leases for existing office space to expand primary office facilities in Utah. Certain of the leases include periods of free rent beginning with the lease effective date and increasing rental rates over the term of the leases. The Company recognizes rent expense on a straight-line basis over the lease period and has accrued for rent expense incurred but not paid. Rent expense under operating leases totaled $4.2 million, $5.3 million, $1.1 million and $1.6 million for the years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018 (unaudited), respectively.

Future minimum lease payments under noncancelable operating leases were as follows as of January 31, 2018 (in thousands):

|  | Total Payments | | Expected Sublease Income | | Net Payments | |
|---|---|---|---|---|---|---|
| Year Ending January 31: | | | | | | |
| 2019 | $ | 5,414 | $ | (189) | $ | 5,225 |
| 2020 | | 4,892 | | (195) | | 4,697 |
| 2021 | | 1,900 | | (116) | | 1,784 |
| 2022 | | 1,003 | | — | | 1,003 |
| 2023 | | 1,087 | | — | | 1,087 |
| Thereafter | | 5,815 | | — | | 5,815 |
| | $ | 20,111 | $ | (500) | $ | 19,611 |

***Other Purchase Commitments***

As of January 31, 2018, the Company had noncancelable contractual commitments with third party providers for certain cloud infrastructure services of $4.9 million, $20.2 million and $20.0 million which are due during the fiscal years ending January 31, 2019, 2020 and 2021, respectively.

**11. Convertible Preferred Stock**

At January 31, 2018, the Company's convertible preferred stock was as follows (in thousands, except share data):

|  | Shares Authorized | Shares Issued and Outstanding | Aggregate Liquidation Preference | |
|---|---|---|---|---|
| Series 1 | 3,700,000 | 3,263,659 | $ | 3,529 |
| Series A | 2,000,000 | 1,982,279 | | 42,610 |
| Series B | 866,666 | 862,440 | | 20,000 |
| Series C | 2,114,479 | 2,114,471 | | 60,250 |
| Series D | 2,338,784 | 2,338,770 | | 145,000 |
| Series D-2 | 4,308,260 | 3,537,318 | | 444,037 |
| | 15,328,189 | 14,098,937 | $ | 715,426 |

F-23

**Domo, Inc.**

**Notes to Consolidated Financial Statements (Continued)**

**11. Convertible Preferred Stock (Continued)**

There were no changes to the number of shares of convertible preferred stock authorized or issued and outstanding during the three months ended April 30, 2018 (unaudited).

The significant rights, privileges, and preferences of the convertible preferred stock are as follows:

*Conversion*

Shares of Series 1 convertible preferred stock are convertible at any time at the option of the holder to shares of Class A common stock on a 1:1 basis. All other shares of convertible preferred stock are convertible at any time at the option of the holder on a 1:1 basis into shares of Class B common stock.

Conversion of preferred stock is automatic upon the earlier of a (1) closing of the sale of the Company's common stock in a firm-commitment, underwritten initial public offering which results in aggregate proceeds to the Company (before payment of underwriters' discounts and expenses relating to the issuance) of at least $50.0 million or (2) the date specified by written consent or agreement of holders of a majority of the convertible preferred stock then outstanding (Series 1 voting together as a single class on an as-converted basis, Series A, B, C and D voting together as a single class on an as-converted basis, and Series D-2 voting together as a single class on an as-converted basis).

*Liquidation Preference*

In the event of a deemed liquidation, which is defined as any sale, merger, reorganization, liquidation, dissolution, or winding up of the Company, holders of Series A, Series B, Series C, Series D, and Series D-2 convertible preferred stock shall be entitled to receive, on a pari passu basis, liquidation preferences of $21.50 , $23.19 , $28.49 , $62.00 , and $126.47 per share, respectively, followed by Series 1 at $1.08 per share. After liquidation preferences are satisfied for holders of convertible preferred stock, the entire remaining assets of the Company shall be distributed on a pro rata basis to the holders of common stock. The holders of the Company's convertible preferred stock do not have rights to voluntarily redeem shares. However, because a liquidation event, which would constitute a redemption event, could be outside the control of the Company, all convertible preferred stock has been classified outside permanent equity in the accompanying consolidated balance sheets.

*Dividends*

Dividends, when and if declared by the Company, are distributed in a manner similar to liquidation preference. The Company has declared no dividends through April 30, 2018 (unaudited).

*Series D-2 Convertible Preferred Stock Warrants*

In connection with the $80.0 million credit facility described in Note 9, in December 2017 the Company issued fully vested warrants to purchase 28,462 shares of Series D-2 convertible preferred stock (Series D-2 warrants) with an exercise price of $126.47 per share, which warrants are exercisable at any time prior to expiration, which occurs on the earlier of the third anniversary of an IPO or December 2027. The fair value of the Series D-2 warrants at the time of issuance was $0.3 million and was recorded as an increase to debt issuance costs and will be amortized as interest expense over the term of the credit facility using the effective interest rate method. The Series D-2 warrants to purchase convertible preferred stock were accounted for as a liability award and recorded at fair value on the initial issuance date and will be adjusted to fair value at each reporting period, with the change in fair value being recorded as interest expense in other income (expense), net in the consolidated statements of operations. Upon the earlier of the exercise of the Series D-2 warrants or the completion of a liquidation event, including the completion of an IPO in which the preferred shares underlying the warrants would convert into shares of Class B common stock, the preferred stock warrant liability will be remeasured to fair value and any remaining liability will be reclassified to additional paid-in capital. As of January 31, 2018 , the fair value of the warrants was $0.2 million and was included in other liabilities, noncurrent on the accompanying consolidated balance sheets.

In connection with the April 2018 amendment to the credit facility, the warrants to purchase 28,462 shares of Series D-2 convertible preferred stock were amended to warrants to purchase 66,664 shares of Class B common stock (see Note 12 for further details). Upon execution of the amendment, the convertible preferred stock warrant liability was written off against the related debt issuance costs.

F-24

**Domo, Inc.**

**Notes to Consolidated Financial Statements (Continued)**

**12. Common Stock and Stockholders' Deficit**

*Common Stock*

There were 3,700,000 shares of Class A common stock authorized at January 31, 2017 and 2018 and April 30, 2018 (unaudited) and no shares of Class A common stock outstanding at January 31, 2017 and 2018 and April 30, 2018 (unaudited). There were 21,200,000 shares of Class B common stock authorized at January 31, 2017 and 2018 and April 30, 2018 (unaudited) and 1,531,237 , 1,638,648 and 1,654,869 shares of Class B common stock outstanding at January 31, 2017 and 2018 and April 30, 2018 (unaudited), respectively. Class A common stock can only be issued in connection with a conversion of Series 1 Preferred shares. Each share of Class A common stock is entitled to 40 votes per share and is convertible at any time into one share of Class B common stock. Each share of Class A common stock will convert automatically into one share of Class B common stock upon any transfer, whether or not for value. Each share of Class B common stock is entitled to one vote per share.

Holders of Class A common stock and Class B common stock will vote together as a single class on all matters (including the election of directors) submitted to a vote of stockholders, unless otherwise required by law or the Company's certificate of incorporation. Subject to preferences that may be applicable to any then-outstanding preferred stock, holders of Class A common stock and Class B common stock are entitled to receive dividends, if any, as may be declared by the Company's board of directors.

Shares of common stock reserved for future issuance were as follows (all items relate to or convert into Class B common stock unless otherwise noted):

|  | January 31, 2018 | April 30, 2018 |
|---|---|---|
|  |  | (unaudited) |
| Preferred stock convertible to Class A common stock | 3,263,659 | 3,263,659 |
| Preferred stock convertible to Class B common stock | 10,835,278 | 10,835,278 |
| Stock options outstanding | 2,465,242 | 2,436,043 |
| Shares reserved for future award issuances under 2011 Plan | 206,491 | 16,182 |
| Nonvested restricted stock units outstanding | 1,001,226 | 1,204,223 |
| Warrants to purchase convertible preferred stock | 28,462 | — |
| Warrants to purchase Class B common stock | 7,062 | 73,726 |
| Total | 17,807,420 | 17,829,111 |

*Class B Common Stock Warrants*

In connection with the amendment to the credit facility that occurred in April 2018, the warrants to purchase 28,462 shares of Series D-2 convertible preferred stock described in Note 11 were amended to warrants to purchase 66,664 shares of Class B common stock at an exercise price equal to the lesser of (1) $45.00 per share and (2) the lowest price the Company receives for equity securities in a qualifying private placement, if any, prior to the closing of an IPO. The warrants are exercisable at any time prior to expiration, which occurs on the earlier of the third anniversary of an IPO or December 2027. Due to the exercise price-related contingency that exists with these warrants, the fair value upon issuance was recorded as an increase to other liabilities, noncurrent and debt issuance costs and is being amortized over the term of the credit facility as interest expense. The liability will be revalued each reporting period until the contingency is resolved or until the warrants are exercised and the change in fair value will be recorded in other income (expense), net.

In connection with the line of credit signed in July 2016, the Company issued a warrant to purchase 3,333 shares of Class B common stock with a strike price of $34.35 per share. The warrant expires ten years from the date of issuance. The line of credit also required the Company to increase the number of shares subject to the warrant by 2,333 shares if the aggregate principal amount of advances exceeded $10.0 million. No amounts were ever drawn down on the line of credit and the number of shares subject to the warrant was not increased. Due to the contingency that existed with this warrant, the fair value upon issuance was recorded as an increase to other liabilities, noncurrent and other current assets and was amortized ratably over the term of the debt agreement as interest expense. The liability was marked to market each reporting period and the change in fair value was

F-25

**Domo, Inc.**

**Notes to Consolidated Financial Statements (Continued)**

**12. Common Stock and Stockholders' Deficit (Continued)**

recorded in other income (expense), net. Upon termination of the line of credit in November 2017, the contingency no longer existed and the warrant liability was reclassified from other liabilities, noncurrent to additional paid-in capital.

In connection with a loan signed in November 2011 and for which the last principal payment was made in September 2015, the Company issued a warrant to purchase 3,729 shares of Class B common stock with a strike price of $4.80 per share. The warrant expires ten years from the date of issuance.

At January 31, 2017 and 2018 and April 30, 2018 (unaudited), all warrants were outstanding and exercisable.

*Stock-Based Compensation*

In April 2011, Domo established the 2011 Equity Incentive Plan (the Plan), which was amended in September 2011 to provide for the issuance of stock options and other stock-based awards. In October 2016, November 2016, June 2017 and January 2018 the Plan was amended to increase the maximum aggregate number of shares of Class B common stock reserved for issuance under the Plan by 280,000, 66,666, 58,667 and 1,110,206 shares, respectively, taking the maximum aggregate number of shares to be issued under the Plan to 2,970,336, 4,139,209 and 4,139,209 as of January 31, 2017 and 2018 and April 30, 2018 (unaudited), respectively. As of January 31, 2017 and 2018 and April 30, 2018 (unaudited), there were 40,184, 206,491 and 16,182 shares, respectively, available for grant under the Plan.

The Company recognized stock-based compensation expense related to the Plan as follows (in thousands):

| | Year Ended January 31, | | Three Months Ended April 30, | |
|---|---|---|---|---|
| | 2017 | 2018 | 2017 | 2018 |
| | | | (unaudited) | |
| Cost of revenue: | | | | |
| Subscription | $ 46 | $ 48 | $ 11 | $ 15 |
| Professional services and other | 45 | 40 | 10 | 8 |
| Sales and marketing | 1,930 | 1,845 | 590 | 305 |
| Research and development | 2,206 | 2,311 | 522 | 483 |
| General and administrative | 5,099 | 5,090 | 1,271 | 1,265 |
| Interest expense | 17 | 36 | 8 | 17 |
| Total | $ 9,343 | $ 9,370 | $ 2,412 | $ 2,093 |

*Stock Options*

Stock options typically vest over a four year period and have a term of ten years from the date of grant. The weighted-average grant-date fair value of stock options granted was $12.89 per share and $13.14 per share for the years ended January 31, 2017 and 2018 , respectively. No stock options were granted during the three months ended April 30, 2018 (unaudited). The grant-date fair value of stock options was estimated using the Black-Scholes option-pricing model with the following weighted-average assumptions:

| | Year Ended January 31, | |
|---|---|---|
| | 2017 | 2018 |
| Expected stock price volatility | 48% | 47% |
| Expected life of options | 6 years | 6 years |
| Risk-free interest rate | 1.28% - 1.42% | 1.83% |
| Expected dividend yield | – | – |
| Fair value of common stock | $27.60 | $28.20 |

F-26

**Domo, Inc.**

**Notes to Consolidated Financial Statements (Continued)**

**12. Common Stock and Stockholders' Deficit (Continued)**

The following table sets forth the outstanding common stock options and related activity for the years ended January 31, 2017 and 2018 and the three months ended April 30, 2018 (unaudited):

| | Shares Subject to Outstanding Options | Weighted- Average Exercise Price per Share | | Weighted-Average Remaining Contractual Term (years) | Aggregate Intrinsic Value (in thousands) | |
|---|---|---|---|---|---|---|
| Balance at January 31, 2016 | 2,312,633 | $ | 20.20 | 7.96 | $ | 59,509 |
| Granted | 399,239 | | 27.60 | | | |
| Exercised | (113,546) | | 6.58 | | | |
| Forfeited | (45,702) | | 33.64 | | | |
| Expired | (10,599) | | 22.21 | | | |
| Balance at January 31, 2017 | 2,542,025 | | 21.72 | 7.34 | | 19,377 |
| Granted | 161,715 | | 28.20 | | | |
| Exercised | (111,688) | | 12.00 | | | |
| Forfeited | (102,828) | | 35.79 | | | |
| Expired | (23,982) | | 31.63 | | | |
| Balance at January 31, 2018 | 2,465,242 | | 21.90 | 6.44 | | 12,185 |
| Exercised (unaudited) | (16,221) | | 13.08 | | | |
| Forfeited (unaudited) | (11,794) | | 29.13 | | | |
| Expired (unaudited) | (1,184) | | 41.09 | | | |
| Balance at April 30, 2018 (unaudited) | 2,436,043 | $ | 21.92 | 5.80 | $ | 11,989 |
| As of January 31, 2018: | | | | | | |
| Vested and exercisable | 1,868,399 | $ | 19.72 | 5.91 | $ | 12,185 |
| As of April 30, 2018 (unaudited): | | | | | | |
| Vested and exercisable | 1,974,239 | $ | 20.27 | 5.56 | $ | 11,989 |

The aggregate intrinsic value of the options exercised for the years ended January 31, 2017 and 2018 and the three months ended April 30, 2017 and 2018 (unaudited) was $2.8 million, $2.5 million, $1.3 million and $0.2 million, respectively. The intrinsic value represents the excess of the estimated fair value of the Company's common stock on the date of exercise over the exercise price of each option.

As of January 31, 2018 and April 30, 2018 (unaudited), there was $8.4 million and $6.2 million, respectively, of unrecognized stock-based compensation expense related to outstanding stock options which is expected to be recognized over a weighted-average period of 1.38 years and 1.31 years, respectively.

*Restricted Stock Units*

Restricted stock units (RSUs) granted under the Plan vest and settle upon the satisfaction of both a service-based condition and a liquidity event-related performance vesting condition. The service-based condition for these awards is generally satisfied over four years with a cliff vesting period of one or two years and quarterly vesting thereafter. The liquidity event-related performance condition is based on the occurrence of either a change in control of the Company or the effective date of this registration statement (an IPO). Of the 1,204,223 RSUs outstanding as of April 30, 2018 (unaudited), 1,191,598 RSUs will meet the performance condition approximately six months following the Company's IPO subject to the grantee's continued service through that date, while 12,625 RSUs will meet the performance condition on the effective date of this registration statement. As of January 31, 2018 and April 30, 2018 (unaudited), all compensation expense related to the RSUs remained unrecognized because the performance condition was not satisfied. The performance condition will be deemed probable of being satisfied on the effective date of this registration statement, and as a result, in that period the Company will record the cumulative stock-based compensation expense in the amount attributable to service prior to such effective date using the accelerated attribution method. The vesting condition that will be satisfied six months following the IPO does not affect the expense attribution period

F-27

**Domo, Inc.**

**Notes to Consolidated Financial Statements (Continued)**

**12. Common Stock and Stockholders' Deficit (Continued)**

for the RSUs for which the service condition has been met as of that date. If the liquidity event had occurred on April 30, 2018, the Company would have recorded $4.4 million of stock-based compensation expense on that date, with approximately $23.8 million of additional future period expense to be recognized over the remaining service periods through fiscal 2023.

The following table sets forth the outstanding RSUs and related activity for the years ended January 31, 2017 and 2018 and the three months ended April 30, 2018 (unaudited):

|  | Number of Shares | Weighted- Average Grant Date Fair Value |
|---|---|---|
| Outstanding as of January 31, 2016 | — | $ — |
| Granted | 33,666 | 27.60 |
| Outstanding as of January 31, 2017 | 33,666 | 27.60 |
| Granted | 988,601 | 23.40 |
| Canceled | (21,041) | 27.60 |
| Outstanding as of January 31, 2018 | 1,001,226 | 23.40 |
| Granted (unaudited) | 209,115 | 23.40 |
| Canceled (unaudited) | (6,118) | 23.40 |
| Outstanding as of April 30, 2018 (unaudited) | 1,204,223 | $ 23.40 |

As of January 31, 2018 and April 30, 2018 (unaudited), there was $23.5 million and $28.2 million of unrecognized stock-based compensation expense related to outstanding RSUs, respectively.

**13. Income Taxes**

The components of the income tax provision were as follows (in thousands):

|  | Year Ended January 31, | |
|---|---|---|
|  | 2017 | 2018 |
| Current income provision: |  |  |
| Federal | $ — | $ — |
| State | 89 | 3 |
| Foreign | 443 | 233 |
|  | 532 | 236 |
| Deferred income tax provision: |  |  |
| Federal | 45 | (32) |
| State | 8 | 12 |
| Foreign | 188 | 169 |
|  | 241 | 149 |
| Provision for income taxes | $ 773 | $ 385 |

In December 2017, the Tax Cuts and Jobs Act (Tax Act) was enacted, which resulted in widespread changes to the U.S. tax code. One such change was establishing a flat corporate income tax rate of 21% to replace previous rates that ranged from 15% to 35%. As a result, the Company has remeasured its U.S. deferred tax assets and liabilities as of January 31, 2018 to reflect the lower rate expected to apply when these temporary differences reverse.

F-28