# EXHIBIT 4

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d)**

**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): September 6, 2018**

# DOMO, INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-38553 | 27-3687433 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**772 East Utah Valley Drive**
**American Fork, UT 84003**
**(Address of principal executive offices)**

**Registrant's telephone number, including area code: (801) 899-1000**

**Not applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

☒   Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 or Rule 12b-2 of the Securities Exchange Act of 1934.

☐   If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

**Item 2.02. Results of Operations and Financial Condition.**

On September 6, 2018, Domo, Inc. (the "Company") issued a press release announcing its financial results for the quarter ended July 31, 2018 and certain other information. The full text of the press release is set forth in Exhibit 99.1 hereto. The information in this Current Report on Form 8-K and the attached exhibit are furnished to, but not filed with, the Securities and Exchange Commission.

The information on this Current Report on Form 8-K (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be deemed incorporated by reference in any filing by the Company under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

*(d) Exhibits*

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release of Domo, Inc. dated September 6, 2018 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**DOMO, INC.**

Date: September 6, 2018

By:        /s/ Bruce Felt

Bruce Felt

Chief Financial Officer

# Domo Announces Fiscal 2019 Second Quarter Financial Results

*32% Year-Over-Year Growth in Total Revenue*

*35% Year-Over-Year Growth in Total Billings*

Silicon Slopes, Utah - September 6, 2018 - Domo, Inc. (Nasdaq: DOMO), provider of the leading cloud-based operating system for business, today announced results for the fiscal 2019 second quarter ended July 31, 2018.

**Fiscal Second Quarter Results**

- Total revenue was $34.3 million, an increase of 32% year over year
- Subscription revenue represented 82% of total revenue
- Billings were $35.7 million or 35% year-over-year growth, compared to 22% year-over-year growth for Q1 FY19
- GAAP subscription gross margin was 71% compared to 64% in Q2 FY18
- Non-GAAP subscription gross margin was 71% compared to 64% in Q2 FY18
- GAAP operating margin improved by 41 percentage points year over year
- Non-GAAP operating margin improved by 62 percentage points year over year
- GAAP operating expenses increased 11% year over year
- Non-GAAP operating expenses decreased 3% year over year
- GAAP net loss was $46.4 million, and GAAP net loss per share was $4.41, based on 10.51 million weighted-average shares outstanding
- Non-GAAP net loss was $36.2 million, and non-GAAP net loss per share was $3.44, based on 10.51 million weighted-average shares outstanding
- Cash and cash equivalents were $238.8 million

**Comments**

"I'd like to thank our employees, customers and investors for helping us achieve the recent milestone of becoming a public company. While we're early in our journey of fulfilling our vision and realizing our full value, we're off to a great start. We're delivering on our top two priorities of focusing on customers and growing the top line, which we've grown by more than 30%, and we're doing so more efficiently," said Josh James, Domo founder and CEO. "Because Domo can digitally connect any organization and empower each of its employees, we believe our market potential is every working person with a mobile device. The IPO has given us the capital needed to successfully execute our business plan. We are well positioned for future growth."

"As our unique capabilities are more widely recognized and used throughout our customer base, we believe our growth will accelerate. We are particularly proud that more than 400 CEOs, including Fortune 500 CEOs, are using Domo to manage their business, with more than half doing so from their mobile device," added James.

"Q2 was a strong quarter for us," said Bruce Felt, CFO. "We improved execution across all functions of the organization. We are pleased with the productivity gains from sales and

marketing. We believe, as we displayed this quarter, there is leverage throughout the entire organization to efficiently drive growth."

## Recent Highlights

We believe the following points and accolades are leading indicators of what's to come in our business through our commitment to product innovation and customer success:

- Domo won an Industry Excellence Award from Dresner Advisory Services for the second year in a row for excellence based on customer ratings across all categories of measurement: product/technology, sales and service, value and confidence.
- Domo received a perfect "recommendation" score from customers and was positioned as an Overall Leader in Dresner's Wisdom of Crowds® flagship research. Domo also had the best score of all companies evaluated for product integration with third-party technologies, ease of installation and ease of upgrade/migration.
- Domo received honors, including several Communicator Awards and a silver Omni award, that spotlight its commitment to customer success through excellence in online training.
- Domo was ranked in the top 20% of all companies on *Inc.'s* 2018 list of America's fastest-growing private companies for its three-year growth rate through FY18. This is the seventh time that a company that Josh James founded has appeared on this annual *Inc.* list.
- Domo also made Constellation Research's ShortList of recommended solutions for both Marketing Analytics and Cloud-based Business Intelligence and Analytics Platforms.

## Business Outlook

Based on information available as of September 6, 2018, Domo is providing the following guidance for Q3 and full year fiscal 2019:

Q3 Fiscal 2019

- Revenue is expected to be in the range of $34.8 million to $35.2 million
- Non-GAAP net loss per share is expected to be between $1.37 to $1.39 based on 26.35 million weighted-average shares outstanding

Full Year Fiscal 2019

- Revenue is expected to be in the range of $136.7 million to $137.1 million
- Non-GAAP net loss per share is expected to be between $9.50 to $9.55 based on 16.35 million weighted-average shares outstanding

We have not reconciled guidance for non-GAAP metrics to their most directly comparable GAAP measures because such items that impact these measures are not within our control or cannot be reasonably predicted.

**Earnings Call Details**

Domo plans to host a conference call today to review its fiscal 2019 second quarter financial results and to discuss its financial outlook. The call is scheduled to begin at 3:00 p.m. MT/ 5:00 p.m. ET. A live webcast of the event will be available on the Domo Investor Relations website at www.domo.com/IR. A live dial-in is available domestically at (877) 491-5762 and internationally at (763) 416-6939, with conference ID#8292546. A replay will be available via webcast or at (855) 859-2056 or (404) 537-3406 until midnight (ET) September 20, 2018.

**About Domo**

Domo's mission is to be the operating system for business, digitally connecting all your people, your data and your systems, empowering them to collaborate better, make better decisions and be more efficient, right from their phones. Domo works with many of the world's leading and most progressive brands across multiple industries including retail, media and entertainment, manufacturing, finance and more. For more information about Domo (Nasdaq: DOMO), visit www.domo.com. You can also follow Domo on Twitter, Facebook and LinkedIn.

**Use of Non-GAAP Financial Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with Generally Accepted Accounting Principles in the United States of America (GAAP), we reference in this press release and the accompanying tables the following non-GAAP financial measures: billings, non-GAAP subscription gross margin, non-GAAP operating expenses, non-GAAP operating loss, non-GAAP operating margin, non-GAAP net loss and non-GAAP net loss per share. In computing these measures, we exclude the effects of stock-based compensation expense, amortization of intangible assets and the reversal of continent tax-related accruals. The presentation of this non-GAAP financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and our non-GAAP measures may be different from non-GAAP measures used by other companies.

We use these non-GAAP financial measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. Our management believes that these non-GAAP financial measures provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses that may not be indicative of our ongoing core business operating results. We believe that both management and investors benefit from referring to these non-GAAP financial measures in assessing our performance and when analyzing historical performance and liquidity and planning, forecasting, and analyzing future periods.

For a reconciliation of these non-GAAP financial measures to GAAP measures, please see the tables captioned "Reconciliation of Non-GAAP Financial Measures" included at the end of this release.

**Forward-Looking Statements**

This release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 and the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements

regarding our future growth, our financial outlook for Q3 fiscal quarter and full fiscal year 2019. Forward-looking statements are subject to risks and uncertainties and are based on potentially inaccurate assumptions that could cause actual results to differ materially from those expected or implied by the forward-looking statements. Actual results may differ materially from the results predicted, and reported results should not be considered as an indication of future performance. The potential risks and uncertainties that could cause actual results to differ from the results predicted include, among others, those risks and uncertainties included under the caption "Risk Factors" and elsewhere in our filings with the U.S. Securities and Exchange Commission, including, without limitation, the Prospectus related to our initial public offering filed with the SEC on June 29, 2018 and the Quarterly Report on Form 10-Q for the fiscal quarter ended July 31, 2018 expected to be filed with the SEC on or about September 14, 2018. All information provided in this release and in the attachments is as of the date hereof, and we undertake no duty to update this information unless required by law.

# # #

Domo is a registered trademark of Domo, Inc.

4