# EXHIBIT 5

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d)**

**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): December 6, 2018**

# DOMO, INC.

**(Exact name of registrant as specified in its charter)**

| Delaware | 001-38553 | 27-3687433 |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**772 East Utah Valley Drive**
**American Fork, UT 84003**
**(Address of principal executive offices)**

**Registrant's telephone number, including area code: (801) 899-1000**

**Not applicable**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

☒ Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 or Rule 12b-2 of the Securities Exchange Act of 1934.

☐ If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

**Item 2.02. Results of Operations and Financial Condition.**

On December 6, 2018, Domo, Inc. (the "Company") issued a press release announcing its financial results for the quarter ended October 31, 2018 and certain other information. The full text of the press release is set forth in Exhibit 99.1 hereto. The information in this Current Report on Form 8-K and the attached exhibit are furnished to, but not filed with, the Securities and Exchange Commission.

The information on this Current Report on Form 8-K (including Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be deemed incorporated by reference in any filing by the Company under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

*(d) Exhibits*

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release of Domo, Inc. dated December 6, 2018 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**DOMO, INC.**

Date: December 6, 2018

By:         /s/ Bruce Felt

Bruce Felt

Chief Financial Officer

# Domo Announces Fiscal 2019 Third Quarter Financial Results

*30% Year-Over-Year Growth in Total Revenue*

*29% Year-Over-Year Growth in Billings*

Silicon Slopes, Utah - December 6, 2018 - Domo, Inc. (Nasdaq: DOMO), provider of the leading cloud-based operating system for business, today announced results for the fiscal 2019 third quarter ended October 31, 2018.

## Fiscal Third Quarter Results

- Total revenue was $36.8 million, an increase of 30% year over year
- Subscription revenue represented 83% of total revenue
- Billings were $38.8 million or 29% year-over-year growth
- Subscription gross margin was 73% compared to 60% in Q3 fiscal 2018
- GAAP operating margin improved by 73 percentage points year over year
- Non-GAAP operating margin improved by 77 percentage points year over year
- GAAP operating expenses decreased 10% year over year
- Non-GAAP operating expenses decreased 14% year over year
- GAAP net loss was $32.5 million, and GAAP net loss per share was $1.24, based on 26.3 million weighted-average shares outstanding
- Non-GAAP net loss was $27.9 million, and non-GAAP net loss per share was $1.06, based on 26.3 million weighted-average shares outstanding
- Cash and cash equivalents were $206.0 million

## Comments

"We executed very well in Q3 as our results show, and we expect that strong execution to continue into Q4 and into fiscal 2020" said Josh James, Domo founder and CEO. "Demand for our products and services continues to grow as enterprises around the globe embrace digital transformation and push our products deeper into their business processes. We have a very large multi-billion-dollar market opportunity in front of us. I'm incredibly proud of our team, the efficiencies they found, and their enormous contributions in helping us deliver on all our commitments."

"Q3 was another strong quarter for us," said Bruce Felt, CFO. "We continued to improve execution across all functions of the organization. We are pleased with the productivity gains from sales. As we displayed this quarter, we will continue to focus on realizing more out of our cost structure next quarter to drive growth."

## Recent Highlights

We believe the following points and accolades are leading indicators of what's to come in our business through our commitment to product innovation and customer success:

- Domo was recognized with a 2018 Gartner Peer Insights Customer Choice for Analytics and Business Intelligence Platforms.

1

- Domo received Gold as Enterprise Product of the Year - All Other Software category - in the Best of Biz awards, as chosen by a panel of editors and writers from top-tier publications.
- Domo announced a new Retail Suite, built on the power of the Domo platform, to give retail customers innovative solutions to optimize store and product performance.
- Domo announced the formation of the Domo Enterprise Advisory Board, a new advisory group of six former global CIOs of organizations including BP, Coca-Cola, DuPont and Microsoft. This group was brought together to help Domo customers start or move deeper into their digital transformation journeys.
- Domo, for the second year in a row, made Deloitte's Technology Fast 500™, a ranking based on the three-year growth rates through fiscal 2018, of the fastest growing technology, media, telecommunications, life sciences and energy tech companies in North America.
- Domo was named the Business Intelligence Market Leader category winner by the 2018 CRM Market Awards, as chosen by CRM magazine.
- Domo was ranked both an Overall Experience and a Credibility Leader in Dresner Advisory Services' 2018 Small and Mid-Sized Enterprise (SME) Business Intelligence (BI) Market Study.
- Domo achieved certification for ISO/IEC 27001 and ISO/IEC 27018, two of the most widely accepted and recognized international standards for information security management.

**Business Outlook**

Based on information available as of December 6, 2018, Domo is providing the following guidance for Q4 and full year fiscal 2019:

Q4 Fiscal 2019

- Revenue is expected to be in the range of $37.5 million to $37.9 million
- Non-GAAP net loss per share is expected to be between $1.23 to $1.27 based on 26.5 million weighted-average shares outstanding

Full Year Fiscal 2019

- Revenue is expected to be in the range of $140.6 million to $141.0 million
- Non-GAAP net loss per share is expected to be between $8.79 to $8.83 based on 16.4 million weighted-average shares outstanding

We have not reconciled guidance for non-GAAP metrics to their most directly comparable GAAP measures because such items that impact these measures are not within our control or cannot be reasonably predicted.

2

**Earnings Call Details**

Domo plans to host a conference call today to review its fiscal 2019 third quarter financial results and to discuss its financial outlook. The call is scheduled to begin at 3:00 p.m. MT/ 5:00 p.m. ET. A live webcast of the event will be available on the Domo Investor Relations website at www.domo.com/IR. A live dial-in is available domestically at (877) 491-5762 and internationally at (763) 416-6939, with conference ID#8473747. A replay will be available via webcast or at (855) 859-2056 or (404) 537-3406 until midnight (ET) December 20, 2018.

**About Domo**

Domo's mission is to be the operating system for business, digitally connecting all your people, your data and your systems, empowering them to collaborate better, make better decisions and be more efficient, right from their phones. Domo works with many of the world's leading and most progressive brands across multiple industries including retail, media and entertainment, manufacturing, finance and more. For more information about Domo (Nasdaq: DOMO), visit www.domo.com. You can also follow Domo on Twitter, Facebook and LinkedIn.

**Domo Disclosure Channels to Disseminate Information**

Domo investors and others should note that we announce material information to the public about our company, products and services, and other issues through a variety of means, including Domo's website, press releases, SEC filings, blogs and social media, in order to achieve broad, non-exclusionary distribution of information to the public. We intend to use the Domo Facebook page, the Domo LinkedIn page, the Domo blog, the @Domotalk Twitter account and the @JoshJames Twitter account as a means of disclosing information about the Company and its services and for complying with the disclosure obligations under Regulation FD. The information we post through these social media channels may be deemed material. Accordingly, we encourage investors and others to monitor these social media channels in addition to following our press releases, SEC filings and public conference calls and webcasts.

**Use of Non-GAAP Financial Measures**

To supplement our condensed consolidated financial statements, which are prepared and presented in accordance with Generally Accepted Accounting Principles in the United States of America (GAAP), we reference in this press release and the accompanying tables the following non-GAAP financial measures: billings, non-GAAP subscription gross margin, non-GAAP operating expenses, non-GAAP operating loss, non-GAAP operating margin, non-GAAP net loss and non-GAAP net loss per share. In computing these measures, we exclude the effects of stock-based compensation expense, amortization of intangible assets and the reversal of continent tax-related accruals. The presentation of this non-GAAP financial information is not intended to be considered in isolation or as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and our non-GAAP measures may be different from non-GAAP measures used by other companies.

We use these non-GAAP financial measures for financial and operational decision-making and as a means to evaluate period-to-period comparisons. Our management believes that these non-GAAP financial measures provide meaningful supplemental information regarding our performance and liquidity by excluding certain expenses that may not be indicative of our ongoing core business operating results. We believe that both management and investors benefit from referring to these non-GAAP financial measures in assessing our performance and

3

when analyzing historical performance and liquidity and planning, forecasting, and analyzing future periods.

For a reconciliation of these non-GAAP financial measures to GAAP measures, please see the tables captioned "Reconciliation of Non-GAAP Financial Measures" included at the end of this release.

**Forward-Looking Statements**

This release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934 and the Private Securities Litigation Reform Act of 1995. These forward-looking statements include statements regarding our future growth, demand for our products and services, our financial outlook for Q4 fiscal quarter and full fiscal year 2019, and results for future periods. Forward-looking statements are subject to risks and uncertainties and are based on potentially inaccurate assumptions that could cause actual results to differ materially from those expected or implied by the forward-looking statements. Actual results may differ materially from the results predicted, and reported results should not be considered as an indication of future performance. The potential risks and uncertainties that could cause actual results to differ from the results predicted include, among others, those risks and uncertainties included under the caption "Risk Factors" and elsewhere in our filings with the U.S. Securities and Exchange Commission, including, without limitation, the Prospectus related to our initial public offering filed with the SEC on June 29, 2018 and the Quarterly Report on Form 10-Q for the fiscal quarter ended October 31, 2018 expected to be filed with the SEC on or about December 14, 2018. All information provided in this release and in the attachments is as of the date hereof, and we undertake no duty to update this information unless required by law.

# # #

Domo is a registered trademark of Domo, Inc.

4