# EXHIBIT 12

Google to Acquire Looker - Investor Relations - Alphabet

# Press release
# Google to Acquire Looker

MOUNTAIN VIEW, Calif. (June 06, 2019) – Google LLC today announced that it has entered into an agreement to acquire Looker, a unified platform for business intelligence, data applications and embedded analytics, in a $2.6 billion all-cash transaction. Upon the close of the acquisition, Looker will join Google Cloud.

Data remains an untapped resource for many organizations and businesses. The addition of Looker to Google Cloud will provide customers with a more comprehensive analytics solution — from ingesting and integrating data to gain insights, to embedded analytics and visualizations — enabling enterprises to leverage the power of analytics, machine learning and AI.

"One of the most important ways we advance Google's mission is by helping other businesses realize theirs," said Sundar Pichai, CEO, Google. "We are excited to welcome Looker to Google Cloud and look forward to working together to help our customers solve some of their biggest challenges."

"Google Cloud is being used by many of the leading organizations in the world for analytics and decision-making. The combination of Google Cloud and Looker will enable customers to harness data in new ways to drive their digital transformation," said Thomas Kurian, CEO, Google Cloud. "We remain committed to our multi-cloud strategy and will retain and expand Looker's capabilities to analyze data across Clouds."

"The combination of Looker and Google Cloud advances our mission that we undertook from the beginning — to empower humans through the smarter use of data," said Frank Bien, CEO, Looker. "Now, we'll have greater reach, more resources, and the brightest minds in both Analytics and Cloud Infrastructure working together to build an exciting path forward for our customers and partners. Together, we are reinventing what it means to solve business problems with data at an entirely different scale and value point."

"The data analytics market is growing incredibly fast as companies look to leverage all of their data to make more informed decisions," said Frank Gens, Senior Vice President & Chief Analyst, IDC. "Google Cloud is one of the leaders in the data warehouse market, and the addition of Looker will further strengthen their ability to serve the needs of enterprise customers while also advancing their commitment to multi-cloud."

This acquisition builds on an existing partnership where the two companies share more than 350 joint customers, such as Buzzfeed, Hearst, King, Sunrun, WPP Essence, and Yahoo!. The acquisition of Looker is expected to be complete later this year and is subject to customary closing conditions, including the receipt of regulatory approvals.

About Google

Google's mission is to organize the world's information and make it universally accessible and useful. Through products and platforms like Search, Maps, Gmail, Android, Google Play, Chrome and YouTube,

Google plays a meaningful role in the daily lives of billions of people and has become one of the most widely-known companies in the world. Google is a subsidiary of Alphabet Inc.

About Looker

Looker is a unified data platform that delivers actionable business insights to every employee at the point of decision. Looker integrates data into the daily workflows of users to allow organizations to extract value from data at web scale. Over 1,700 industry-leading and innovative companies such as Amazon, Etsy, IBM, Kickstarter, Lyft, Sony, Spotify and The Economist have trusted Looker to power their data-driven cultures. The company is headquartered in Santa Cruz, California, with offices in San Francisco, New York, Boulder, London, Tokyo and Dublin, Ireland. Investors include CapitalG, Kleiner Perkins Caufield & Byers, Meritech Capital Partners, Premji Invest, Redpoint Ventures and Goldman Sachs. For more information, connect with us on LinkedIn, Twitter, Facebook and YouTube or visit looker.com.

Contact

Investor Relations:
investor-relations@abc.xyz

Press:
press@google.com