# EXHIBIT 16

# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

_____

## Form 10-Q

_____

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended July 31, 2018**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For transition period from to .**

**Commission File Number 001-38553.**

# DOMO, INC.
**(Exact Name of Registrant as Specified in its Charter)**

_____

| | |
|---|---|
| **Delaware** | **27-3687433** |
| **(State or Other Jurisdiction** | **(I.R.S. Employer** |
| **of Incorporation or Organization)** | **Identification Number)** |

**772 East Utah Valley Drive**
**American Fork, UT 84003**
**(Address of principal executive office, including zip code)**

**(801) 899-1000**
**(Registrant's telephone number, including area code)**

_____

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the Registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer  ☐ |
| Non-accelerated filer ☒ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
| | Emerging growth company ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act): Yes ☐ No  ☒

As of August 3, 2018, there were approximately 3,263,659 shares of the registrant's Class A common stock and 23,073,611 shares of the registrant's Class B common stock outstanding.

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| PART I. FINANCIAL INFORMATION | 1 |
| Item 1. Financial Information (unaudited) | 1 |
| Condensed Consolidated Balance Sheets | 1 |
| Condensed Consolidated Statements of Operations | 2 |
| Condensed Consolidated Statements of Comprehensive Loss | 3 |
| Condensed Consolidated Statements of Convertible Preferred Stock and Stockholders' (Deficit) Equity | 4 |
| Condensed Consolidated Statements of Cash Flows | 5 |
| Notes to Condensed Consolidated Financial Statements | 6 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. Quantitative and Qualitative Disclosures about Market Risk | 40 |
| Item 4. Controls and Procedures | 41 |
| PART II. OTHER INFORMATION | 42 |
| Item 1. Legal Proceedings | 42 |
| Item 1A. Risk Factors | 42 |
| Item 2. Unregistered Sale of Equity Securities and Use of Proceeds | 70 |
| Item 6. Exhibits | 71 |
| Signatures | 72 |

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*This discussion contains certain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Statements containing words such as "may," "believe," "anticipate," "expect," "intend," "plan," "project," "projections," "business outlook," "estimate," or similar expressions constitute forward-looking statements. You should read these statements carefully because they discuss future expectations, contain projections of future results of operations or financial condition or state other "forward-looking" information. These statements relate to our future plans, objectives, expectations, intentions and financial performance and the assumptions that underlie these statements. They include, but are not limited to, statements about:*

- *our ability to attract new customers and retain and expand our relationships with existing customers;*

- *our future financial performance, including our expectations regarding our revenue, cost of revenue, gross profit, operating expenses, key metrics, ability to generate cash flow and ability to achieve and maintain future profitability;*

- *the anticipated trends, market opportunity, growth rates and challenges in our business and in the business intelligence software market;*

- *the efficacy of our sales and marketing efforts;*

- *our ability to compete successfully in competitive markets;*

- *our ability to respond to rapid technological changes;*

- *our expectations and management of future growth;*

- *our ability to enter new markets and manage our expansion efforts, particularly internationally;*

- *our ability to develop new product features;*

- *our ability to attract and retain key employees and qualified technical and sales personnel;*

- *our ability to effectively and efficiently protect our brand;*

- *our ability to timely scale and adapt our infrastructure; and*

- *our ability to maintain, protect, and enhance our intellectual property and not infringe upon others' intellectual property.*

*Our actual results may differ materially from those contained in or implied by any forward-looking statements. Factors that could cause or contribute to these differences include those discussed below and elsewhere in this report, including those factors discussed in Part II, Item 1A (Risk Factors).*

*In light of the significant uncertainties and risks inherent in these forward-looking statements, you should not regard these statements as a representation or warranty by us or anyone else that we will achieve our objectives and plans in any specified time frame, or at all, or as predictions of future events. Moreover, neither we nor any other person assumes responsibility for the accuracy and completeness of the forward-looking statements. We undertake no obligation to publicly update any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.*

**Overview**

We founded Domo in 2010 with the vision of digitally connecting everyone within the enterprise with real-time, rich, relevant data and then encouraging all employees to collaborate and act. We realized that many organizations were unable to access the massive amounts of data that they were collecting in siloed cloud applications and on-premise databases. Furthermore, even for organizations that were capable of accessing their data, the process for doing so was time-consuming, costly, and often resulted in the data being out-of-date by the time it reached decision makers. The delivery format, including alert functionality, and devices were not adequate for the connected and real-time mobile workforce. Based on these observations, it was apparent that all organizations, regardless of size or industry, were failing to unlock the power of all of their people, data and systems. To address these challenges, we provide a cloud-based platform that digitally connects everyone from the CEO to the frontline

26

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings**

As of the date of this Quarterly Report on Form 10-Q, we are not a party to any material legal proceedings. In the normal course of business, we may be named as a party to various legal claims, actions and complaints. We cannot predict whether any resulting liability would have a material adverse effect on our financial position, results of operations or cash flows.

**Item 1A. Risk Factors**

*You should carefully consider the following risk factors, in addition to the other information contained in this report, including the section of this report captioned "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and related notes. If any of the events described in the following risk factors and the risks described elsewhere in this report occurs, our business, operating results and financial condition could be seriously harmed. This report also contains forward-looking statements that involve risks and uncertainties. Our actual results could differ materially from those anticipated in the forward-looking statements as a result of factors that are described below and elsewhere in this report.*

**Risks Related to Our Business and Industry**

***We have a history of losses, and we may not be able to generate sufficient revenue to achieve or maintain profitability in the future.***

We incurred net losses of $43.5 million and $46.4 million for the three months ended July 31, 2017 and 2018, respectively, and $91.5 million and $91.9 million for the six months ended July 31, 2017 and 2018, respectively, and had an accumulated deficit of $849.7 million at July 31, 2018. We may not be able to generate sufficient revenue to achieve or sustain profitability. We expect to continue to incur losses for the foreseeable future and we expect costs to increase in future periods as we expend substantial financial and other resources on, among other things:

- sales and marketing, including a continued expansion of our direct sales organization, which will require time before these investments generate sales results;

- technology and data center infrastructure, enhancements to cloud architecture, improved disaster recovery protection, increasing data security, compliance and operations expenses;

- data center costs as customers increase the amount of data that is available to our platform and the number of users on our platform;

- other software development, including enhancements and modifications related to our platform;

- international expansion in an effort to increase our customer base and sales;

- general and administration, including significantly increasing expenses in accounting and legal related to the increase in the sophistication and resources required for public company compliance and other work arising from the growth and maturity of the company;

- competing with other companies, custom development efforts and open source initiatives that are currently in, or may in the future enter, the markets in which we compete;

- maintaining high customer satisfaction and ensuring quality and timely releases of platform enhancements and applications;

- developing our indirect sales channels and strategic partner network;

- maintaining the quality of our cloud and data center infrastructure to minimize latency when using our platform;

- increasing market awareness of our platform and enhancing our brand;

- maintaining compliance with applicable governmental regulations and other legal obligations, including those related to intellectual property and international sales; and

- attracting and retaining top talent in a competitive market.