| David W. Scofield | **POMERANTZ LLP** | **POMERANTZ LLP** |
|---|---|---|
| **PETERS | SCOFIELD** | Jeremy A. Lieberman | Patrick V. Dahlstrom |
| *A Professional Corporation* | Tamar A. Weinrib | 10 South La Salle Street, Suite 3505 |
| 7430 Creek Road, Suite 303 | 600 Third Avenue, 20th Floor | Chicago, Illinois 60603 |
| Sandy, Utah 84093-6160 | New York, New York 10016 | Telephone: (312) 377-1181 |
| Telephone: (801) 322-2002 Ext. 102 | Telephone: (212) 661-1100 | Facsimile: (312) 377-1184 |
| Direct Dial: (801) 858-3402 | Facsimile: (917) 463-1044 | Email: pdahlstrom@pomlaw.com |
| Toll Free: (888) 296-3998 | Email: jalieberman@pomlaw.com | |
| Facsimile: (801) 912-0320 | Email: taweinrib@pomlaw.com | |
| Email: dws@psplawyers.com | | |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

|  |  |
|---|---|
| EXKAE Ltd., Lead Plaintiff, and MARISA ELLIS, JOHN MARBACH, JARRETT PATTON, and LISA DAVIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:19-cv-00781-DAK-DAO |
|  | Hon. Judge Dale A. Kimball |
| Plaintiff, |  |
| v. | **MOTION TO WITHDRAW** |
| DOMO, INC., JOSHUA G. JAMES, BRUCE FELT, FRASER BULLOCK, MATTHEW R. COHLER, DANA EVAN, MARK GORENBERG, NEHAL RAJ, and GLENN SOLOMON, |  |
| Defendants. |  |

## MOTION TO WITHDRAW

Marisa Ellis, named as a Plaintiff along with Lead Plaintiff EXKAE Ltd. and Plaintiffs John Marbach and Lisa Davis in the Amended Class Action Complaint For Violations Of The Federal Securities Laws filed on May 22, 2020 (Dkt. No. 42), hereby moves this Court for leave to withdraw as a named Plaintiff.

Defendants do not object to Ms. Ellis's withdrawal.

Lead Plaintiff EXKAE Ltd. and Plaintiffs John Marbach and Lisa Davis remain willing to serve in their current roles in this action.

WHEREFORE, movant Marisa Ellis respectfully requests that the Court enter an order granting her motion to withdraw from serving as a named Plaintiff in this action.

Dated:   July 17, 2020
        New York, New York

        Respectfully submitted,

        **POMERANTZ LLP**

        /s/ Tamar A. Weinrib
        Jeremy A. Lieberman
        Tamar A. Weinrib
        600 Third Avenue
        New York, New York 10016
        Telephone: (212) 661-1100
        Facsimile: (917) 463-1044

        ***Counsel for Plaintiffs***