**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| EXKAE Ltd., Lead Plaintiff, and MARISA ELLIS, JOHN MARBACH, JARRETT PATTON, and LISA DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>DOMO, INC., JOSHUA G. JAMES, BRUCE FELT, FRASER BULLOCK, MATTHEW R. COHLER, DANA EVAN, MARK GORENBERG, NEHAL RAJ, and GLENN SOLOMON,<br><br>               Defendants. | **ORDER GRANTING/DENYING MOTION TO WITHDRAW**<br><br>Case No. 2:19-cv-00781-DAK-DAO<br><br>Hon. Judge Dale A. Kimball |

Before the Court is Plaintiff Marisa Ellis's Motion to Withdraw. Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED**, that the Motion is GRANTED/DENIED.

**DONE** this _____ day of July, 2020.

                       **BY THE COURT:**

                     _____

                     Honorable Dale A. Kimball
                     United States District Judge