Ignacio E. Salceda (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811
isalceda@wsgr.com

Gregory L. Watts (*pro hac vice*)
Stephanie L. Jensen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
gwatts@wsgr.com
sjensen@wsgr.com

Gregory M. Saylin (9648)
Cory A. Talbot (11477)
HOLLAND & HART LLP
222 South Main St., Suite 2200
Salt Lake City,  UT 84101
Telephone:  (801) 799-5800
Facsimile:   (801) 799-5700
gmsaylin@hollandhart.com
catalbot@hollandhart.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EXKAE Ltd., Lead Plaintiff, and MARISA ELLIS, JOHN MARBACH, JARRETT PATTON, and LISA DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMO, INC., JOSHUA G. JAMES, BRUCE FELT, FRASER BULLOCK, MATTHEW R. COHLER, DANA EVAN, MARK GORENBERG, NEHAL RAJ, and GLENN SOLOMON,<br><br>Defendants. | Case No. 2:19-cv-00781-DAK-DAO<br><br>**DEFENDANTS' REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE AND CONSIDERATION OF DOCUMENTS INCORPORATED BY REFERENCE IN THE AMENDED COMPLAINT**<br><br>Honorable Dale A. Kimball<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiffs did not file an opposition to Defendants' Request for Judicial Notice and Consideration of Documents Incorporated by Reference in the Amended Complaint ("RJN"), ECF No. 47. And even within their Opposition to Defendants' Motion to Dismiss, Plaintiffs fail to raise a single objection to Defendants' proffered Exhibits 2-11, 13, and 16-18. These unopposed Exhibits should be considered with Defendants' Motion to Dismiss, ECF No. 45.

Plaintiffs' only apparent issue with any proffered exhibit is raised in a brief footnote in Plaintiffs' Opposition, in which they claim Defendants "have not moved for this Court to take judicial notice of exhibits 12, 14, and 15[.]" ECF No. 51 at 10 n.4. Plaintiffs are incorrect. Under the heading, **THE COURT SHOULD ALSO CONSIDER JUDICIALLY NOTICEABLE DOCUMENTS**, RJN at 3, Defendants moved the Court to judicially notice **Exhibit 12**, Google LLC's Press Release, dated June 6, 2019, *Id.* at 4, **Exhibit 14**, Salesforce.com, Inc.'s Press Release, filed on Form 8-K with the Securities and Exchange Commission ("SEC") on June 10, 2019, *Id.* at 4; and **Exhibit 15**, excerpts of Domo's FY20 Form 10-K, filed with the SEC on April 13, 2020, *Id*. at 4. Judicial notice is proper for these Exhibits. *See* RJN at 3-4; *see also In re Zagg, Inc. S'holder Derivative Action*, 2014 WL 5089939, at *1 (D. Utah Oct. 9, 2014) (unpublished) (taking judicial notice of press releases), *aff'd*, 826 F.3d 1222 (10th Cir. 2016); *Emps.' Ret. Sys. of R.I. v. Williams Cos.*, 889 F.3d 1158, 1158 (10th Cir. 2018) (noting that in motions to dismiss in securities cases, courts often consider documents filed with the SEC).

Defendants respectfully request that the Court find Exhibits 2-18 to the Jensen Declaration, ECF No. 46, incorporated by reference into the Complaint and/or proper subjects of judicial notice and consider these documents in connection with Defendants' Motion to Dismiss.

RESPECTFULLY SUBMITTED this 18th day of September, 2020.

**HOLLAND & HART LLP**

*/s/ Gregory M. Saylin*
Gregory M. Saylin
Cory A. Talbot

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Gregory L. Watts*
Gregory L. Watts (*pro hac vice*)
Ignacio E. Salceda (*pro hac vice*)
Stephanie L. Jensen (*pro hac vice*)

*Attorneys for Defendants Domo, Inc., Joshua G.
James, Bruce Felt, Fraser Bullock, Matthew R.
Cohler, Dana Evan, Mark Gorenberg, Nehal Raj, and
Glenn Solomon*

2