IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EXKAE LTD., Lead Plaintiff, and JARETT PATTON, MARISA ELLIS, JOHN MARBACH, and LISA DAVIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOMO, INC., JOSHUA G. JAMES, BRUCE FELT, FRASER BULLOCK, MATTHEW R. COHLER, DANA EVAN, MARK GORENBERG, NEHAL RAJ, and GLENN SOLOMON,<br><br>Defendants. | **JUDGMENT**<br><br>**Case No. 2:19-CV-781-DAK-DAO**<br><br>**Judge Dale A. Kimball Magistrate**<br><br>**Judge Daphne A. Oberg** |

Based on this court's December 15, 2020 Memorandum Decision and Order dismissing Plaintiffs' Amended Class Action Complaint against all Defendants, Plaintiffs' action is dismissed.

DATED this 15th day of December, 2020.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge